COMMONWEALTH OF VIRGINIA
**PETITION OF QUALIFIED VOTERS**
[Must be filed with Declaration of Candidacy]

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

_Alan Schintzius_

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

_3321 Garland ave_

ENTER ABOVE, CITY/TOWN        ENTER ABOVE, ZIP + 4

_Richmond Va   23222_

ENTER ABOVE, OFFICE SOUGHT        ENTER ABOVE, DISTRICT, IF APPLICABLE

_MAYOR_

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county/city to facilitate the processing of the filing. If you treat the number of signatures by congressional district enter district no.: _____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

_Alan Schintzius_ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the _8th_ day of _Nov_ 20 _16_, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|---|
| | 1. | SIGN | Wilda Jones | RESIDENCE 1816 Powhatan St | 4/1/16 | |
| | | PRINT | Wilda C. Jones | CITY/TOWN Richmond, VA | | |
| | 2. | SIGN | (signature) | RESIDENCE 3800 Montrose Ave | 4/1/16 | |
| | | PRINT | Meredyth Temple | CITY/TOWN Richmond VA 23222 | | |
| | 3. | SIGN | (signature) | RESIDENCE 3800 Montrose Ave | 4/1/16 | |
| | | PRINT | Silas Green | CITY/TOWN Richmond VA 23222 | | |
| | 4. | SIGN | (signature) | RESIDENCE 821 Catherine St | 4/1/16 | |
| | | PRINT | Stacey Randolph | CITY/TOWN Richmond VA 23220 | | |
| | 5. | SIGN | (signature) | RESIDENCE 2304 Parkwood Ave | 4/1/16 | |
| | | PRINT | Katy McCormack | CITY/TOWN Richmond VA 23220 | | |
| | 6. | SIGN | Will Boneford | RESIDENCE 3412 Monument Ave | 4/1/16 | |
| | | PRINT | Will Boneford | CITY/TOWN Richmond VA 23221 | | |
| | 7. | SIGN | Nikhita Jain | RESIDENCE Richmond | 4/1/16 | |
| | | PRINT | Nikhita Jain | CITY/TOWN 23 West Hampton Way | | |
| | 8. | SIGN | (signature) | RESIDENCE 215 N. 18th Street Apt 4 | 4/1/16 | |
| | | PRINT | Charlie Turner | CITY/TOWN Richmond VA 23223 | | |
| | 9. | SIGN | (signature) | RESIDENCE 212 (illegible) | (illegible) | |
| | | PRINT | (illegible) | CITY/TOWN Richmond VA | | |
| | 10. | SIGN | (illegible) | RESIDENCE (illegible) | (illegible) | |
| | | PRINT | (illegible) | CITY/TOWN Richmond | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

***Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

SBE-506/521  REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN / PRINT Gregory Nowotavski | RESIDENCE 2416 West Main St / CITY/TOWN Richmond | 4/1/16 | |
| 12. | SIGN / PRINT Justino Delacruz | RESIDENCE 14 E S Plum st / CITY/TOWN Richmond | 4/1/16 | |
| 13. | SIGN David Riddick / PRINT DAVID RIDDICKTON | RESIDENCE 3018 NEW KENT / CITY/TOWN RICHMOND, VA | 4/1/16 | |
| 14. | SIGN / PRINT Kyle Anderberg | RESIDENCE 2008 W Cary gd / CITY/TOWN Richmond VA | 4/1/16 | |
| 15. | SIGN / PRINT Grant Collier | RESIDENCE 8470 Wyndale Dr / CITY/TOWN Mechanicsville VA | 4/1/16 | |
| 16. | SIGN / PRINT Cynthia Reyes | RESIDENCE 2129 Atwood Ave / CITY/TOWN Richmond | 4/1/16 | |
| 17. | SIGN Mandla AD / PRINT Matthew Daniel | RESIDENCE 404 W 23rd St / CITY/TOWN RVA | 4/1/16 | |
| 18. | SIGN Welford Smith J / PRINT Welford Smith | RESIDENCE 2714 Bainbridge St / CITY/TOWN Richmond, VA 23225 | 4-1-16 | |
| 19. | SIGN Terry Bris / PRINT Terry S. Brisbane | RESIDENCE 1620 Claremont Ave / CITY/TOWN Richmond VA 23227 | 4-1-16 | |
| 20. | SIGN / PRINT Aubrey Neeley | RESIDENCE 1131 eggleston / CITY/TOWN Richmond, VA | 4/1/16 | |
| 21. | SIGN / PRINT Nick Smith | RESIDENCE 4 S Addson St / CITY/TOWN Richmond VA 23220 | 4/1/16 | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3371 Gallard in the State/Commonwealth of Virginia; in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a felon whose voting rights have not been restored; and (iv) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

SPACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 1st day of April, 20 16, by

Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

T04252950

VA

1493

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

** If not included in seal/stamp.

SBE-506/521  REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 Garland Ave*

ENTER ABOVE, CITY/TOWN

*Richmond Va 23222*

ENTER ABOVE, ZIP + 4

ENTER ABOVE, OFFICE SOUGHT        ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing

For a statewide office

It is suggested that you file petitions in county to facilitate the processing of the filing. If you use the number of signatures by congressional district enter district no.: _____ [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

_____ *Alan Schintzius* _____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the **8th** day of **November** 20 **16** and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| R | 1. SIGN | *Jessica Wonkelyn* | RESIDENCE 2016 Minginwood | 4/1 | |
| | PRINT | Jessica Wonkelyn | CITY/TOWN Richmond | | |
| R | 2. SIGN | | RESIDENCE 2114 HANOVER AVE | 4/1 | |
| | PRINT | KENNETH KOLB | CITY/TOWN RICHMOND 23220 | | |
| R | 3. SIGN | *Katherine Rivara* | RESIDENCE 3301 Rosewood Ave | 4/1 | |
| | PRINT | Katherine Rivara | CITY/TOWN Richmond, VA 23221 | | |
| R | 4. SIGN | | RESIDENCE 304 N. MULBERRY ST APT 1 | 4/1 | |
| | PRINT | CHRIS DAMON | CITY/TOWN RICHMOND, VA 23220 | | |
| R | 5. SIGN | | RESIDENCE 816 West Clay | 01 April | |
| | PRINT | PAUL R HINGLEY | CITY/TOWN Richmond, Va 23220 | | |
| | 6. SIGN | EMMA VEGA | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| R | 7. SIGN | | RESIDENCE 2115 Stuart Ave | 4/1 | |
| | PRINT | Gilbert Crockett | CITY/TOWN Richmond VA 23220 | | |
| | 8. SIGN | | RESIDENCE 2402 Northumberland Ave | 4/2 | |
| | PRINT | Michael Gilbert | CITY/TOWN Richmond, VA 23220 | | |
| | 9. SIGN | *Christina Sauer* | RESIDENCE 4321 Brundidge Rd | 4/1 | |
| | PRINT | Christina Sauer | CITY/TOWN North Chesterfield VA 23836 | | |
| R | 10. SIGN | | RESIDENCE 611 St. Peter St | 4/11 | |
| | PRINT | DEVIR MEHTA | CITY/TOWN Richmond, VA 23219 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

CANDIDATE NAME: _Alan Schintzius_ OFFICE SOUGHT: _Mayor_

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Helen S. McIver_ | RESIDENCE _3613 Seminary Ave_ | _4/2_ | |
| | PRINT _Helen S. McIver_ | CITY/TOWN _Richmond VA 23227_ | _16_ | |
| 12 | SIGN _(signature)_ | RESIDENCE _4430 Kew Lane_ | _4.2.16_ | |
| | PRINT _Ian Ingineer_ | CITY/TOWN _Richmond, VA_ | | |
| 13 | SIGN _Jim V Reed_ | RESIDENCE _3009 Grant St_ | _4/2_ | |
| | PRINT _Jim V Reed III_ | CITY/TOWN _Richmond, VA 23220_ | _16_ | |
| 14 | SIGN _(signature)_ | RESIDENCE _401 W. 39th St_ | _4/2/16_ | |
| | PRINT _Katie L. Braxton_ | CITY/TOWN _Richmond, VA 23225_ | | |
| 15 | SIGN _(signature)_ | RESIDENCE _2988 Park Ave_ | _4/2/16_ | |
| | PRINT _Alan Sanfratello_ | CITY/TOWN _Richmond, VA 23221_ | | |
| 16 | SIGN _(signature)_ | RESIDENCE _2908 Park Ave._ | _4/2/16_ | |
| | PRINT _Emily Sanfratella_ | CITY/TOWN _Richmond VA 23221_ | | |
| 17 | SIGN _(signature)_ | RESIDENCE _1000 W. Grace Street_ | _4-2-16_ | |
| | PRINT _Alexis Ward_ | CITY/TOWN _Richmond VA, 23220_ | | |
| 18 | SIGN _(signature)_ | RESIDENCE _2000 W Grace Street_ | _4/2/16_ | |
| | PRINT _(signature)_ | CITY/TOWN _Richmond VA, 2300_ | | |
| 19 | SIGN _(signature)_ | RESIDENCE _801 W Franklin_ | _4/2/16_ | |
| | PRINT _Austin Morales_ | CITY/TOWN _Richmond_ | | |
| 20 | SIGN _Adeline Colburn_ | RESIDENCE _714 W Main_ | _4-2-16_ | |
| | PRINT _Adeline Colburgh_ | CITY/TOWN _Richmond_ | | |
| 21 | SIGN _(signature)_ | RESIDENCE _916 W Grace_ | _Apr 2_ | |
| | PRINT _Issaw Bannourah_ | CITY/TOWN _Richmond_ | _2016_ | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, _Alan Schintzius_, swear or affirm that (i) my full residential address is _7329 Garland Ave._ in the State/Commonwealth of _Virginia_, in the County/City/Town of _Richmond_; (ii) I am a legal resident of United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE _T8425295C_

NAME OF STATE THAT ISSUED THE CIRCULATOR'S LICENSE _VA_

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER _1K3_

_(signature)_
SIGNATURE OF PERSON CIRCULATING THE PETITION

IF PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

State of _Virginia_ County/City of _Richmond_

The foregoing instrument was subscribed and sworn before me this _14th_ day of _April_, 20 _16_, by _Alan Schintzius_
PRINT NAME OF PERSON CIRCULATING THE PETITION

_(signature)_
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER**     DATE NOTARY COMMISSION EXPIRES**

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number if present thereof.

* If not included in seal/stamp.

SBE-506/521 REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 garland ave*

ENTER ABOVE, CITY/TOWN

*Richmond Va 23222*        ENTER ABOVE, ZIP + 4

ENTER ABOVE, OFFICE SOUGHT *MAYOR*        ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county/city to facilitate the processing of the filing. If you want the number of signatures by congressional district enter district no..... [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of the ____ *Alan Schintzius* signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the *8th* day of *November* 20 *16* and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED (Must be after January 1 of election year) | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| CY | 1. SIGN | *(signature)* | RESIDENCE *3204 Floyd Ave* | 4/2/16 | |
| | PRINT | *Lynley Ritchie* | CITY/TOWN *Richmond VA 23221* | | |
| R | 2. SIGN | *(signature)* | RESIDENCE *2414 Rosewood* | 4/2/16 | |
| | PRINT | *Chris Byrd* | CITY/TOWN *Richmond VA 23220* | | |
| R | 3. SIGN | *(signature)* | RESIDENCE *2414 Rosewood* | 4/2/16 | |
| | PRINT | *Sally Byrd* | CITY/TOWN *Richmond VA 23221* | | |
| R | 4. SIGN | *(signature)* | RESIDENCE *812 S Laurel St* | 4/2/16 | |
| | PRINT | *Scott Burger* | CITY/TOWN *Richmond VA 23220* | | |
| P | 5. SIGN | *(signature)* | RESIDENCE *7660 Cherokee Rd* | 4/2/16 | |
| | PRINT | *Michael Kelleher* | CITY/TOWN *R VA 23225* | | |
| CY | 6. SIGN | *(signature)* | RESIDENCE *305 Buford* | 4/1/16 | |
| | PRINT | *Stephen Nuthill* | CITY/TOWN *Richmond VA* | | |
| CI | 7. SIGN | *(signature)* | RESIDENCE *801 W Davis* | 4/3/16 | |
| | PRINT | *Laura Floyd* | CITY/TOWN *Richmond VA* | | |
| CY | 8. SIGN | *Julie Adler* | RESIDENCE *711 W Main* | 4/3/16 | |
| | PRINT | *(print)* | CITY/TOWN *Richmond VA* | | |
| R | 9. SIGN | *Leah MacDaniel* | RESIDENCE *3201 North Ave* | 4/3/16 | |
| | PRINT | *Leah Hurst* | CITY/TOWN *Richmond VA 23222* | | |
| N | 10. SIGN | *(signature)* | RESIDENCE *1615 Taylor Ave* | 4/3/16 | |
| | PRINT | *David Phinny* | CITY/TOWN *Richmond 23223* | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing a social security number or part thereof.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| 11. | SIGN | | RESIDENCE 7904 Cary Street Rd | 4/7/16 | |
| | PRINT | Richard Newberger | CITY/TOWN Richmond, VA | | |
| 12. | SIGN | | RESIDENCE 3412 Stuart Ave. | 4/3/16 | |
| | PRINT | Jonathan Lewis | CITY/TOWN Richmond, VA | | |
| 13. | SIGN | | RESIDENCE 1428 N Clay | 4/3/16 | |
| | PRINT | Heidi Mangiola | CITY/TOWN Richmond, VA | | |
| 14. | SIGN | | RESIDENCE 1209 Leicester Rd | 4/3/16 | |
| | PRINT | Lia Perille | CITY/TOWN Richmond 23225 | | |
| 15. | SIGN | Rhonda H Davis | RESIDENCE 1320 Wilkey St. | 4/3/16 | |
| | PRINT | Rhonda H. Davis | CITY/TOWN Richmond VA | | |
| 16. | SIGN | Scott Price | RESIDENCE 3105 Ellwood ave | 4/3/16 | |
| | PRINT | Scott Price | CITY/TOWN Richmond Va 23221 | | |
| 17. | SIGN | | RESIDENCE 6 N 31 St | 4/3/16 | |
| | PRINT | Amy Altizer | CITY/TOWN Ric LVA 23225 | | |
| 18. | SIGN | | RESIDENCE 1218 Whitby Dr. | 4/3/16 | |
| | PRINT | James P Armstrong | CITY/TOWN RVA 23227 | | |
| 19. | SIGN | | RESIDENCE 1818 Whitby Rd. | 04-03-16 | |
| | PRINT | Juanita L. Lee | CITY/TOWN Rich. Va. 23227 | | |
| 20. | SIGN | | RESIDENCE 314 NORTH 30th ST | 4/3/16 | — |
| | PRINT | RICHARD TATNALL | CITY/TOWN RICHMOND VA 23223 | | |
| 21. | SIGN | | RESIDENCE 1009 Porter St. APT B | 4/3/16 | |
| | PRINT | RYAN WILLIAMS | CITY/TOWN RICHMOND, VA 23224 | | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (I) my full residential address is 3521 Garland ave in the State/Commonwealth of Virginia in the County/City/Town of Richmond ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_____
SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Rich

The foregoing instrument was subscribed and sworn before me this ___ day of April , 20 16 by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

MADE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

T 64 25 29 50
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

Va
NAME OF STATE THAT ISSUED THE CIRCULATOR'S LICENSE

1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES**

**Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
## PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing

For a statewide office it is suggested that you file petitions in counties to facilitate the processing of the filing. If you are the number of signatures by congressional district enter district no. _____ [optional]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 Garland ave*

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

*Richmond Va   23220*

ENTER ABOVE, OFFICE SOUGHT  *Mayor*     ENTER ABOVE, DISTRICT IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of *Alan Schintzius* signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the *8th* day of *Nov*, 20 *16* and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/herself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| R 1. | SIGN *Christie Wisotzki* PRINT *Christie Wisotzki* | RESIDENCE *1305 Grove* CITY/TOWN *Richmond VA* | 4/10/16 | |
| R 2. | SIGN *Emel Phipps* PRINT *Emeline Phipps* | RESIDENCE *1900 Avondale* CITY/TOWN *Richmond, VA* | 4/10/16 | |
| R 3. | SIGN *Meghan Lamberta* PRINT | RESIDENCE *1012 Will 49m st* CITY/TOWN *Richmond, VA 23220* | 4/10/16 | |
| B Q 4. | SIGN *Susan Burke* PRINT *Susan Burke* | RESIDENCE *6480 Parksdale Rd* CITY/TOWN *Richmond, VA 23* | 4/10/16 | |
| R 5. | SIGN PRINT *Nicholas Spangler* | RESIDENCE *1 E Marshall st* CITY/TOWN *Richmond VA 23219* | 4/10/16 | |
| C J 6. | SIGN *Rogue* PRINT *Jonathan Logue* | RESIDENCE *1 E Marshall St* CITY/TOWN *Richmond VA 23220* | 4/10/16 | |
| R 7. | SIGN PRINT *Shannon Cassano* | RESIDENCE *3713 Crutchfield st* CITY/TOWN *Richmond VA 23225* | 4/10/16 | |
| R 8. | SIGN PRINT *Jessica Loving* | RESIDENCE *559 N meadow st* CITY/TOWN *Richmond, VA 23220* | 4/10/16 | |
| 9. | SIGN PRINT *Johnson, Mekai* | RESIDENCE *2209 Rat Will Rd* CITY/TOWN *Richland, VA 2320* | 4/10/16 | |
| 10. | SIGN *Quigley* PRINT *C.M. Brayshaw* | RESIDENCE *11½ W Clay St* CITY/TOWN *R VA 23320* | 4/10/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| 11. | SIGN | Kelly Wolf | RESIDENCE 10 N Auburn Ave | 4.11.16 | |
| | PRINT | Kelly Wolf | CITY/TOWN RVA 23221 | | |
| 12. | SIGN | C Nagi | RESIDENCE 4639 Kensington Ave | 4.11.16 | |
| | PRINT | Christina Nagi | CITY/TOWN RVA 23226 | | |
| 13. | SIGN | Larry E. Flythe | RESIDENCE 614 Henrico Blvd | 4.11.16 | |
| | PRINT | LARRY E. Flythe SR | CITY/TOWN Rich Va 23228 | | |
| 14. | SIGN | Caroline Cox | RESIDENCE 430 S. Laurel St | 4/11/16 | |
| | PRINT | Caroline Cox | CITY/TOWN Richmond Va | | |
| 15. | SIGN | John Richmond Jr | RESIDENCE 430 S Laurel St | 4/11-16 | |
| | PRINT | John Richmond Jr | CITY/TOWN Richmond VA 23220 | | |
| 16. | SIGN | Brionna Nomi | RESIDENCE 1804 Seddon Rd | 4-11-16 | |
| | PRINT | Brionna Nomi | CITY/TOWN Richmond VA 23227 | | |
| 17. | SIGN | | RESIDENCE 1804 SEDDON RD | 4/11/16 | |
| | PRINT | MICHAEL Broth | CITY/TOWN Richmond VA 23227 | | |
| 18. | SIGN | | RESIDENCE 610 S Laurel St. | 4/11/16 | |
| | PRINT | JAY SUNNER | CITY/TOWN R VA 23220 | | |
| 19. | SIGN | IAN HESS | RESIDENCE 111 W. MARSHALL St | 4/11/16 | |
| | PRINT | IAN C. HESS | CITY/TOWN RVA 23220 | | |
| 20. | SIGN | Kristopher Goad | RESIDENCE 2608 Hanover Ave | 4/11/16 | |
| | PRINT | KRISTOPHER GOAD | CITY/TOWN Richmond 23220 | | |
| 21. | SIGN | anderson crayford | RESIDENCE 2701 East Main | 4/12/16 | |
| | PRINT | anderson crayford | CITY/TOWN Richmond | | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, Alan Schintzius _____, swear or affirm that (i) my full residential address is 3521 Oakland ave _____ in the State/Commonwealth of VA _____; in the County/City/Town of Richmond _____; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 12th day of April, 2016, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

IMAGE PHOTOGRAPHICALLY REPRODUCIBLE

NOTARY SEAL/STAMP BELOW
Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7327182
My Commission Expires 11/30/2018

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
T642529 SC

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
PA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER
1193

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* not included in seal/stamp

K

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzus

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

Richmond Va   23222

ENTER ABOVE, OFFICE SOUGHT   MAYOR          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office
It is suggested that you file petitions in county or to facilitate the processing of the filing. If you read the number of signatures by congressional district enter district no.: ____ [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

_____ Alan Schintzus _____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of Nov, 2016, and we do further petition that his/her name be printed upon the official ballots to be used at the election

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| R | 1. | SIGN | RESIDENCE 603 Chamberlayne | 3/31 | |
| | | PRINT Sarah P. Stiller | CITY/TOWN Richmond, VA | 2016 | |
| N | 2. | SIGN Tiry K | RESIDENCE 18K Cooleford | 3/31 | |
| | | PRINT Tory Kopin | CITY/TOWN Richmond | | |
| R | 3. | SIGN | RESIDENCE 1601 Confederate | 3/31 | |
| | | PRINT Lori Knapp | CITY/TOWN Richmond VA | | |
| R | 4. | SIGN Matthew Zoll | RESIDENCE 3150 Floyd Ave | 3/31 | |
| | | PRINT MATTHEW ZOLLER | CITY/TOWN | | |
| | 5. | SIGN | RESIDENCE Richmond VA | 3/31 | |
| | | PRINT Joseph A DeLeon | CITY/TOWN 319 A N. Robinson | | |
| R | 6. | SIGN | RESIDENCE Richmond VA | 3/31 | |
| | | PRINT Ronald W. Rogers | CITY/TOWN 325 S. Cherry St. | | |
| | 7. | SIGN S. Mann | RESIDENCE 6229 Debora Dr. | 3/31 | |
| | | PRINT Sarah Mann | CITY/TOWN RVA | | |
| | 8. | SIGN Sheila Jones | RESIDENCE 3606 Chamberlayne | 3/31 | |
| | | PRINT Sheila Jones | CITY/TOWN RVA | | |
| | 9. | SIGN | RESIDENCE 1808 Powhatan | 3/31 | |
| | | PRINT Hugh Jones | CITY/TOWN Richmond VA | | |
| | 10. | SIGN | RESIDENCE 305 South | 3/31 | |
| | | PRINT Aaron Freed | CITY/TOWN Laurel Richmond VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for the purpose of checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

SBE-506/521  REV 1.2013

CIRCULATOR:   MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A  FELON  WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:   YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE.  YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _____ PRINT _____ | RESIDENCE 1767 Robinwood Dr CITY/TOWN Chesterfield VA 23334 | | |
| 12 | SIGN _____ PRINT Jonnelly Blake | RESIDENCE _____ CITY/TOWN _____ | | |
| 13 | SIGN _____ PRINT _____ | RESIDENCE _____ CITY/TOWN _____ | | |
| 14 | SIGN Taimur Mahmood PRINT Taimur Mehmood | RESIDENCE 900 West Franklin St CITY/TOWN Richmond, VA 23220 | 4/1/16 | |
| 15 | SIGN Carl Ridderhof PRINT Carl Ridderhof | RESIDENCE 3018 New Kent Ave CITY/TOWN Rich Va 23225 | 4/1/16 | |
| 16 | SIGN Andrea Halco PRINT Andrea Halco | RESIDENCE 112 W 20th St CITY/TOWN Richmond, 23225 | 4-1-16 | |
| 17 | SIGN Brin McCan PRINT Brianna McCarthy | RESIDENCE 8470 Wyndale Dr CITY/TOWN Mechanicsville, VA | 4/1/16 | |
| 18 | SIGN José Maria Galvez PRINT José M Galvez | RESIDENCE 3220 Barton ave CITY/TOWN Richmond VA | 04/01/16 | |
| 19 | SIGN Dennis H. Harvey PRINT Dennis H. Harvey | RESIDENCE 316 W. 29 St, CITY/TOWN Richmond, VA. | 4/1/16 | |
| 20 | SIGN F. Andy PRINT F. Andy Harris | RESIDENCE 1511 Westbrook E CITY/TOWN Richmond VA | 4/1/16 | |
| 21 | SIGN _____ PRINT Daniel Brisbane | RESIDENCE 1626 Claremont Ave CITY/TOWN Richmond Va | 4/1/16 | |

**AFFIDAVIT**

Commonwealth of Virginia

I, Alan Schintzius _____, swear or affirm that (i) my full residential address is 3329 Garland _____ in the State/Commonwealth of VA _____ in the County/City/Town of Richmond _____, (ii) I am a legal resident of United States of America, (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION _____

PRINT NAME OF PERSON CIRCULATING THE PETITION Alan Schintzius

State of Virginia  County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 18th day of April, 20 16, by Alan Schintzius

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS _____

NOTARY REGISTRATION NUMBER** _____  DATE NOTARY COMMISSION EXPIRES** _____

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S LICENSE 1193

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

DO NOT PHOTOGRAPHICALLY REPRODUCIBLE
ACKNOWLEDGMENT SEAL BELOW
Commonwealth of Virginia
Reg. #7527183
Commission Expires 11/30/2018

*Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

not included in seal/stamp.

SBE-506/521  REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave

ENTER ABOVE, CITY/TOWN     ENTER ABOVE, ZIP + 4

Richmond Va 23222

ENTER ABOVE, OFFICE SOUGHT     ENTER ABOVE, DISTRICT, IF APPLICABLE

MAYOR

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county/city to facilitate the processing of the filing. If you track the number of signatures by congressional district enter district no.: _____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Alan Schintzius signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the __8th__ day of __November__, 20_16_ and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| | 1. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| P | 2. SIGN | John | RESIDENCE 1409 WESTBROOK AVE | 4/1/16 | |
| | PRINT | JOHN MOSER | CITY/TOWN RICHMOND VA 23227 | | |
| P | 3. SIGN | Talia Moser | RESIDENCE 1409 Westbrook Ave. | 4/1/16 | |
| | PRINT | Talia Moser | CITY/TOWN Richmond Va | | |
| P | 4. SIGN | MSalley | RESIDENCE 503 Strawberry St #5 | 4/1/16 | |
| | PRINT | Meredith Salley | CITY/TOWN Richmond VA 23220 | | |
| P | 5. SIGN | James Hill | RESIDENCE 543 STRAWBERRY ST #5 | 4/1/16 | |
| | PRINT | James Hill | CITY/TOWN Richmond VA 23220 | | |
| P | 6. SIGN | Shannon Keeter | RESIDENCE 1443 Brownleaf Dr | 4/1/16 | |
| | PRINT | Shannon Keeter | CITY/TOWN Richmond, VA | | |
| P | 7. SIGN | Taylor-Leigh Adams | RESIDENCE 415 E Grace St | 4/1/16 | |
| | PRINT | Taylor-Leigh Adams | CITY/TOWN Richmond VA | | |
| P | 8. SIGN | | RESIDENCE 3102 Kensington Ave | 4/1/16 | |
| | PRINT | Josh Green | CITY/TOWN Richmond VA 23221 | | |
| P | 9. SIGN | Jay Wright | RESIDENCE 713 Catherine st | 4/1/16 | |
| | PRINT | Jay Wright | CITY/TOWN Richmond, VA | | |
| P | 10. SIGN | | RESIDENCE 1604 Grove Ave | 4/1/16 | |
| | PRINT | Arshao Pardashenas | CITY/TOWN Richmond, VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT C

***Privacy notice:*** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number. By checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the complete social security number or part thereof.

SBE-509/521 REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY |
|---|---|---|---|---|---|
| 11. | SIGN | | RESIDENCE 113 Church___ Ave | 4/02/16 | |
| | PRINT | George Kelley | CITY/TOWN Rich VA 23___ | | |
| 12. | SIGN | | RESIDENCE 317 West ___ | 4/2/16 | |
| | PRINT | | CITY/TOWN Raleigh | | |
| 13. | SIGN | | RESIDENCE 16 N MEADOW ST | 4/2/16 | |
| | PRINT | RYAN HOSS | CITY/TOWN RICHMOND | | |
| 14. | SIGN | Peter Lewis | RESIDENCE 1701 Grove St. | 4/2/16 | |
| | PRINT | Peter Lewis | CITY/TOWN Richmond | | |
| 15. | SIGN | | RESIDENCE 5316 Salem St | 4/2/16 | |
| | PRINT | Josh Snell | CITY/TOWN Richmond | | |
| 16. | SIGN | X | RESIDENCE X | X | |
| | PRINT | X | CITY/TOWN X | | |
| 17. | SIGN | Daniel Bush | RESIDENCE 2370 Brown's Ave | 4-2-16 | |
| | PRINT | | CITY/TOWN ___ VA | | |
| 18. | SIGN | | RESIDENCE 5858 Broadrock Blvd | 4-2-16 | |
| | PRINT | Tolha's Teeze | CITY/TOWN Richmond VA | | |
| 19. | SIGN | | RESIDENCE 409 HANCOCK | 4/2/16 | |
| | PRINT | Samuel S. Forrest | CITY/TOWN Richmond, VA 23220 | | |
| 20. | SIGN | | RESIDENCE 1130 Eggleston St | 4/2/2016 | |
| | PRINT | James Slade | CITY/TOWN Richmond VA | | |
| 21. | SIGN | Robin Silber | RESIDENCE 1126 Eggleston St | 4/2/16 | |
| | PRINT | Robin Silberman | CITY/TOWN Richmond, VA | | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 13321 Garland Ave in the State/Commonwealth of VA in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 18th day of April, 2016, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

DRIVER'S LICENSE NUMBER, IF APPLICABLE N/A
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER
1195

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 Garland Ave*

ENTER ABOVE, CITY/TOWN                                    ENTER ABOVE, ZIP + 4

*Richmond Va 23228*

ENTER ABOVE, OFFICE SOUGHT   MAYOR          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than a county or city, it is suggested that you use separate petition form for qualified voters in the county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions by county to facilitate the processing of the filing. If you list the number of signatures by congressional district enter district no. _____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

_Richmond_

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the _8th_ day of _November_, 20_16_ and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/him a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NO MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SSN |
|---|---|---|---|---|---|---|
| R | 1. | SIGN | | RESIDENCE 619 Aikson St | 3.22.16 | |
| | | PRINT Xavier McKeane | CITY/TOWN Richmond Va | | |
| R | 2. | SIGN Foundling | | RESIDENCE 2008 Park Ave | 3-8-16 | |
| | | PRINT Richard Collins | CITY/TOWN Richmond VA | | |
| R | 3. | SIGN | | RESIDENCE 116 N Plum St | 3/23/16 | |
| | | PRINT Jackson Majors | CITY/TOWN Richmond VA | | |
| R | 4. | SIGN | | RESIDENCE 201 N 3RD St | 3/8/16 | |
| | | PRINT | CITY/TOWN RICHMOND VA | | |
| R | 5. | SIGN Xvardra | | RESIDENCE 714 Holly St | 3.08 | |
| | | PRINT Phaedra Rose | CITY/TOWN RVA | | |
| R | 6. | SIGN Constance C. Costa | | RESIDENCE 519 Tiger Rd | 3/28 | |
| | | PRINT Constance Costas | CITY/TOWN Richmond VA 23229 | | |
| R | 7. | SIGN | | RESIDENCE 15 E Clay St | 3/13/16 | |
| | | PRINT Kathryn Forte | CITY/TOWN Richmond VA | | |
| R | 8. | SIGN Claire Myers | | RESIDENCE 500 Hull St (4th fl) | 3.13.16 | |
| | | PRINT Claire Myers | CITY/TOWN RVA | | |
| R | 9. | SIGN | | RESIDENCE 7104 Lams Ave | 3.8.16 | |
| | | PRINT Cheung Lyto | CITY/TOWN Richmond VA | | |
| R | 10. | SIGN Chas Page | | RESIDENCE 2617 E Grace St | 3/8/16 | |
| | | PRINT | CITY/TOWN Richmond VA 23223 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT

**\* Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing a social security number or part thereof.



CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN | RESIDENCE 2111 Oakwood ln. | 3/28/16 | |
| | PRINT Gilbert Crockett | CITY/TOWN Richmond VA 23228 | | |
| 12. | SIGN | RESIDENCE 1420 W Clay St | 3/28 | |
| | PRINT TYLER BEALL | CITY/TOWN Richmond, VA 23220 | | |
| 13. | SIGN | RESIDENCE 6 N Dooley Ave | 3/28/16 | |
| | PRINT Daniel Ravenal | CITY/TOWN Richmond VA 23221 | | |
| 14. | SIGN | RESIDENCE 3313 Suffolk Rd | 3/28/16 | |
| | PRINT William Rigsby | CITY/TOWN Richmond VA | | |
| 15 | SIGN | RESIDENCE 623 Grayson Ave | 3/28/16 | |
| | PRINT Ellsworth Jackson IV | CITY/TOWN Richmond VA, 23222 | | |
| 16. | SIGN | RESIDENCE 215 HERMITAGE RD | 3/28/16 | |
| | PRINT JEFF FOX | CITY/TOWN RICHMOND VA 23220 | | |
| 17. | SIGN | RESIDENCE 3434 McGuire Dr. | 3/28/16 | |
| | PRINT DAMON C. COOK | CITY/TOWN RVA 23224 | | |
| 18. | SIGN | RESIDENCE 3205 Park Ave | 3/28/16 | |
| | PRINT NANCY BAKER | CITY/TOWN Richmond, VA 23221 | | |
| 19. | SIGN | RESIDENCE 203 N Plum St | 3/28 | |
| | PRINT MYREN SCHWARZ | CITY/TOWN RICHMOND, VA 23220 | | |
| 20. | SIGN | RESIDENCE 1709 Grove | 3/28 | |
| | PRINT Joe Kincaid | CITY/TOWN Richmond | | |
| 21. | SIGN | RESIDENCE 1709 Grove | 3/28 | |
| | PRINT Nancy Kinkel | CITY/TOWN Richmond | | |

Commonwealth of Virginia

**- AFFIDAVIT -**

I Alan Schintzius _____, swear or affirm that (i) my full residential address is 3321 garland ave _____ in the State/Commonwealth of _____ V _____ in the County/City/Town of Richmond _____; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

764 252950
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7327182
My Commission Expires 11/30/2018

The foregoing instrument was subscribed and sworn before me this 18th day of March, 2016, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER**     DATE NOTARY COMMISSION EXPIRES**

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521 REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 Garland ave

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

Richmond Va 23222

ENTER ABOVE, OFFICE SOUGHT   MAYOR          ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of its filing

For a statement of office it is suggested that you file petitions in county to facilitate the processing of the filing. If you may the number of signatures by congressional district enter district no. ____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of __Alan Schintzius__ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the __8th__ day of __Nov__ 20 __16__, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is neither a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter

CIRCULATOR:  MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER (OPTIONAL) |
|---|---|---|---|---|---|---|
| C W | 1. | SIGN | Paul | RESIDENCE 1721 Grove Av #1 | 4/10/16 | |
| | | PRINT | PAUL LEWIS | CITY/TOWN Richmond, VA 23220 | | |
| R | 2. | SIGN | | RESIDENCE 1514 Richard st | 4/10/16 | |
| | | PRINT | Leah Page | CITY/TOWN Richmond | | |
| | 3. | SIGN | | RESIDENCE | | |
| | | PRINT | Aaron | CITY/TOWN | | |
| C W | 4. | SIGN | Av | RESIDENCE 2216 C, St | 4/10/16 | |
| | | PRINT | Andrew Michaels | CITY/TOWN Richmond | | |
| R | 5. | SIGN | | RESIDENCE 1411 W | | |
| | | PRINT | Kevin Christy | CITY/TOWN Richmond | | |
| R | 6. | SIGN | Eileen | RESIDENCE | | |
| | | PRINT | Ileen | CITY/TOWN RVA 23220 | | |
| R | 7. | SIGN | Jack | RESIDENCE 316 | 4/10/16 | |
| | | PRINT | Jack | CITY/TOWN RVA | | |
| C W | 8. | SIGN | | RESIDENCE 3910 | 4/1/16 | |
| | | PRINT | | CITY/TOWN Richmond, VA | | |
| R | 9. | SIGN | | RESIDENCE 475 | | |
| | | PRINT | | CITY/TOWN Richmond | | |
| | 10. | SIGN | | RESIDENCE 1892 Hanover Live | 4/10/16 | |
| | | PRINT | Brandon Simmons | CITY/TOWN Richmond VA 23220 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE S

* Privacy notice:  The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record.  You are not required to provide this information and may sign the petition without doing so.  The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN: Natalie Snider / PRINT: Natalie Snider | RESIDENCE: 3011 E. Broad St, Bsmt / CITY/TOWN: Richmond VA 23323 | 4.10.16 | |
| 12 | SIGN: Heidi Rugg / PRINT: Heidi Rugg | RESIDENCE: 1811 Maple Shade Ln / CITY/TOWN: Richmond 23227 | 4.10.16 | |
| 13 | SIGN: Katelyn Kress-Smith / PRINT: Katelyn Kress-Smith | RESIDENCE: 2204 E. Marshall / CITY/TOWN: Richmond, VA 23223 | 4/10/16 | |
| 14 | SIGN: Willa Pino / PRINT: Willa Pino | RESIDENCE: 1814 Hancock Ave Apt A / CITY/TOWN: Richmond, VA | 4/10/16 | |
| 15 | SIGN: Shawn Stone / PRINT: Shawn Stone | RESIDENCE: 3108 E Marshall / CITY/TOWN: Richmond VA 23223 | 4/10/16 | 1 |
| 16 | SIGN: / PRINT: Diana Collazo | RESIDENCE: 2615 W Cary / CITY/TOWN: Richmond VA | 4/10/16 | |
| 17 | SIGN: / PRINT: Elkins | RESIDENCE: / CITY/TOWN: | 4/10/16 | |
| 18 | SIGN: / PRINT: | RESIDENCE: 516 / CITY/TOWN: | 4/10/16 | |
| 19 | SIGN: / PRINT: Amanda Robinson | RESIDENCE: 2817 Edgewood Ave / CITY/TOWN: Richmond, VA 23222 | 4/10/16 | |
| 20 | SIGN: / PRINT: Ishan Khodabandeh | RESIDENCE: 2817 Edgewood / CITY/TOWN: Richmond VA 23222 | 4/10/16 | |
| 21 | SIGN: / PRINT: Luke Stevens | RESIDENCE: 616 Albemarle / CITY/TOWN: Richmond VA 23220 | 4/10/16 | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 7A 3321 Garland in the State/Commonwealth of in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_____
SIGNATURE OF PERSON CIRCULATING THE PETITION

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW:

Lisa Anna Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527162
Commission Expires 11/30/2018

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 14th day of April, 20 16 by Alan Schintzius

_____
PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
SIGNATURE OF JUDGE OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
103

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

164252956

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

** if not included in seal/stamp.

SBE-506/521 REV 1.2013

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Name and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN | RESIDENCE 308 W 30th | 5/20 | |
| | PRINT Eric Zellar | CITY/TOWN Richmond | | |
| 12. | SIGN | RESIDENCE 308 W 30 | 5/20 | |
| | PRINT Michael Zellar | CITY/TOWN RVA | | |
| 13. | SIGN Casey Criddle | RESIDENCE 3111 Condie St | 5/20 | |
| | PRINT Casey Criddle | CITY/TOWN Richmond | | |
| 14. | SIGN | RESIDENCE 3422 Stuart Ave | 5/16 | |
| | PRINT Susan Greer | CITY/TOWN RVA | | |
| 15. | SIGN Nancy Costello | RESIDENCE 2511 Grove Ave | 5/20 | |
| | PRINT Nancy Costello | CITY/TOWN RVA | | |
| 16. | SIGN Matt Costello | RESIDENCE 2511 Grove ave | 5/20 | |
| | PRINT Matt Costello | CITY/TOWN RVA 23220 | | |
| 17. | SIGN Florence Breedlove | RESIDENCE 3837 Hawthorne Ave #3 | 5/30/16 | |
| | PRINT Florence Breedlove | CITY/TOWN Rich. VA 23222 | | |
| 18. | SIGN D. J. Ferguson | RESIDENCE 4230 W. Grace | 20 MAY 2016 | |
| | PRINT D. J. Ferguson | CITY/TOWN Richmond 23230 | | |
| 19. | SIGN Helene Kastenbaum | RESIDENCE 104 Devon Dr | 20/5 2.16 | |
| | PRINT Helene Kastenbaum | CITY/TOWN Richmond VA 22228 | | |
| 20. | SIGN | RESIDENCE 3406 W Grace St | 5/20 16 | |
| | PRINT Jess Brooks | CITY/TOWN Richmond VA 2321 | | |
| 21. | SIGN | RESIDENCE 3154 Ellwood D | 5/30/16 | |
| | PRINT Jenn Bach | CITY/TOWN Richmond VA 2321 | | |

Commonwealth of Virginia  - AFFIDAVIT -

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland Ave Virginia, in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE   T64752950

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE   VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER   1193

CERTIFY PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL STAMP BELOW

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia  County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May, 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER   DATE NOTARY COMMISSION EXPIRES

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

Not included in seal stamp

SBE-506/521  REV 1.2013

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

3321 Garland Ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va          23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office, it is suggested that you file petitions in county to facilitate the processing of the filing. If you wish the number of signatures by congressional district enter district no. ____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the 8th day of November, 2016, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is he/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA AND MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY ANY INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|---|
| | 1. | SIGN John Willi... | RESIDENCE | 1517 N 19th St | 5/16/16 | |
| | | PRINT John Williams | CITY/TOWN | Richmond VA 23223 | | |
| | 2. | SIGN Wm Smith | RESIDENCE | 1519 N 99th St | 5-16-16 | |
| | | PRINT William Smith | CITY/TOWN | Richmond VA 2300 | | |
| | 3. | SIGN Delores J. Banks | RESIDENCE | 2308 Lamb Ave | 05/16/16 | |
| | | PRINT | CITY/TOWN | | | |
| | 4. | SIGN Rochelle Banks | RESIDENCE | 2208 Lamb Ave | 5/16/16 | |
| | | PRINT Rochelle Banks | CITY/TOWN | Richmond | | |
| | 5. | SIGN Karen Tyler | RESIDENCE | 2303 Lamb Ave | 5/17/16 | |
| | | PRINT Karen Tyler | CITY/TOWN | Richmond Va | | |
| | 6. | SIGN | RESIDENCE | 3901 3rd Ave | 5/18/16 | |
| | | PRINT John Hall | CITY/TOWN | Richmond VA | | |
| | 7. | SIGN Jonathan Davila | RESIDENCE | 8 C. 44th St | 5/20/16 | |
| | | PRINT Jonathan Davila | CITY/TOWN | R... 23223 | | |
| | 8. | SIGN Mike Dulm | RESIDENCE | 1607 Hull St | 5/20/16 | |
| | | PRINT Mike Dulm | CITY/TOWN | Richmond VA 23224 | | |
| | 9. | SIGN Trista Thomas | RESIDENCE | 1854 nd Ave | 5/20/16 | |
| | | PRINT Trista Thomas | CITY/TOWN | n. ward 23027 | | |
| | 10. | SIGN Stephen Smith | RESIDENCE | 1508 Broad bridge Rd | 5/20/16 | |
| | | PRINT S Smith | CITY/TOWN | Richmond VA 23... | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN Matthew Biddle | RESIDENCE 300 W. 41st St | 5/20 | |
| | PRINT M Biddle | CITY/TOWN Richmond, VA 23225 | | |
| 12 | SIGN X (HANDICAPPED UNABLE TO SIGN) C. Biddle POA | RESIDENCE 1206 W. 41-th St | 5/20 | |
| | PRINT JAMES B BROCK | CITY/TOWN Richmond, VA 23225 | | |
| 13 | SIGN Julia W Seward | RESIDENCE 1149 West Ave | 5/21/16 | |
| | PRINT Julia W Seward | CITY/TOWN Richmond Va 23220 | | |
| 14 | SIGN Lavenia J Walters | RESIDENCE 3211 Chamberlayne | 3/? | |
| | PRINT Lavenia Walters | CITY/TOWN Richmond VA | 5/23/16 | |
| 15 | SIGN Iris Houston | RESIDENCE 1250 North Coburn House | 23/28/16 | |
| | PRINT Iris Houston | CITY/TOWN Rich C Cotula VA | 5/24/16 | |
| 16 | SIGN E. Martin Jewell | RESIDENCE 805 Old Nicholson St | 5/ | |
| | PRINT E. Martin Jewell | CITY/TOWN Richmond, Va. 23?? | 24/16 | |
| 17 | SIGN Alice Tait | RESIDENCE Richmond VA. | 5/24 | |
| | PRINT Alice Tait | CITY/TOWN 6381 Derwent Rd | | |
| 18 | SIGN Sylvia C. Wood | RESIDENCE 675 Westover Hill | 5/24 | |
| | PRINT Sylvia C. Wood | CITY/TOWN Richmond va 23225 | | |
| 19 | SIGN Cassandra Shaw | RESIDENCE 2709 Matisse | 5/24 | |
| | PRINT Cassandra Shaw | CITY/TOWN Richmond VA 24 | | |
| 20 | SIGN Terri Johnson | RESIDENCE P O Box 25756 | 5/25/16 | |
| | PRINT Terri Johnson | CITY/TOWN 23226 | | |
| 21 | SIGN Nathan Beyah | RESIDENCE 1609 Rogers St | 5/25/16 | |
| | PRINT Nathan Beyah | CITY/TOWN 23223 | | |

Commonwealth of Virginia - AFFIDAVIT -

I Alan Schintzius , swear or affirm that (i) my full residential address is 3371 Garland Ave in the State/Commonwealth of Virginia in the County/City/Town of Richmond ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side). I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

BE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May 20 16 , by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES 8/31/2019

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1193

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER
T64752950

Princetta Irena Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

**not included in seal/stamp

SBE-506/521 REV 1.2013

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va 23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
## PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in court to facilitate the processing of the filing. If you are collecting the number of signatures by congressional district enter district no. _____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of Richmond signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the 8th day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is neither a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| | 1. SIGN | Kirsten Gray | RESIDENCE 2305 East Broad St | 5/21/16 | |
| | PRINT | Kirsten Gray | CITY/TOWN Richmond VA | | |
| | 2. SIGN | John | RESIDENCE 1601 1/2 Carlisle Ave | 5/26/16 | |
| | PRINT | Jenni Bachman | CITY/TOWN Richmond VA 23831 | | |
| | 3. SIGN | Jered Lucas | RESIDENCE 511 S. Pine St | 5/29/16 | |
| | PRINT | Jered Lucas | CITY/TOWN Richmond VA 23220 | | |
| | 4. SIGN | Lisa Miller | RESIDENCE 414 Newton | | |
| | PRINT | Lisa Miller | CITY/TOWN Richmond Va 2/20/16 | | |
| | 5. SIGN | | RESIDENCE 600 N 25 St | 5/26/16 | |
| | PRINT | JAMES MARIS | CITY/TOWN RICHMOND 23223 | | |
| | 6. SIGN | HOWARD Elford | RESIDENCE 3313 Gloucester Rd | 5/20/16 | |
| | PRINT | Howard Elford | CITY/TOWN Rich Va 23227 | | |
| | 7. SIGN | Roberta Elford | RESIDENCE 3313 Gloucester | 5/ | |
| | PRINT | Roberta Elford | CITY/TOWN Richmond VA 23227 | | |
| | 8. SIGN | Michael Davy | RESIDENCE 4462 W. Franklin St | 5/24/16 | |
| | PRINT | Michael J Davy | CITY/TOWN Richmond VA 2322 | | |
| | 9. SIGN | Natalie Snider | RESIDENCE 3011 E. Broad St. Bsmt Apt | 5 26 16 | |
| | PRINT | Natalie Snider | CITY/TOWN Richmond, VA 23223 | | |
| | 10. SIGN | | RESIDENCE 3002 E. Broad St A. | 5/24/16 | |
| | PRINT | Maria Basic | CITY/TOWN Richmond VA 23223 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Jodi Teitelman_  PRINT jtteitel@vcu.edu | RESIDENCE 3867 Fauquier Ave  CITY/TOWN Richmond, VA | 5/28/16 | |
| 12 | SIGN _Bernice Baker_  PRINT BERNICE BAKER | RESIDENCE 3225 Cliff Ave  CITY/TOWN Rich, VA | 5/28 | |
| 13 | SIGN _Coqui Maldonald_  PRINT COQUI MALDONALD | RESIDENCE 2218 E Franklin  CITY/TOWN 23223 RICH | ✓ | |
| 14 | SIGN _Ray M_  PRINT Ray Muhammed | RESIDENCE 3015 Hopkins  CITY/TOWN Richmond, VA | 5/29/16 | |
| 15 | SIGN _Sa'ad El-Amin_  PRINT Sa'ad El-Amin | RESIDENCE 24 Overbrook Rd  CITY/TOWN Richmond, VA 23222 | 6/29/16 | |
| 16 | SIGN _W. Jerry Teachey_  PRINT W. Jerry Teachey | RESIDENCE 2333 Floyd Ave  CITY/TOWN Richmond VA | 5/31 | |
| 17 | SIGN  PRINT | RESIDENCE  CITY/TOWN | | |
| 18 | SIGN  PRINT | RESIDENCE  CITY/TOWN | | |
| 19 | SIGN  PRINT | RESIDENCE  CITY/TOWN | | |
| 20 | SIGN  PRINT | RESIDENCE  CITY/TOWN | | |
| 21 | SIGN  PRINT | RESIDENCE  CITY/TOWN | | |

Commonwealth of Virginia                - AFFIDAVIT -

I Alan Schintzius , swear or affirm that (i) my full residential address is 3321 Garland Ave in the State/Commonwealth of Virginia , in the County/City/Town of Richmond (ii) I am a legal resident of the United States of America, (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

IF PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May 20 16 , by Alan Schintzius PRINT NAME OF PERSON CIRCULATING THE PETITION

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
T64752950

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER
1193

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2016

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

not included in seal/stamp

SBE-506/521  REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS

(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in each county, to facilitate the processing of the filing. If you enter the number of signatures by congressional district enter district no.: _____ (optional).

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va        23222

ENTER ABOVE, CITY/TOWN        ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT        ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the 8th day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR:  MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA AND A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| R | 1. SIGN | _(signature)_ | RESIDENCE 3913 W Grace St | 5/  /16 | |
| | PRINT | Dudney Hinterstehl | CITY/TOWN Richmond VA 23220 | | |
| N | 2. SIGN | _(signature)_ | RESIDENCE 76 Sherman St | 5/21/16 | |
| | PRINT | Rev. Bruz TALEN | CITY/TOWN Brooklyn NY | | |
| R | 3. SIGN | _(signature)_ | RESIDENCE 618 E Franklin St | 5/27/16 | |
| | PRINT | Tristan Brennis | CITY/TOWN Richmond, VA | | |
| R | 4. SIGN | _(signature)_ | RESIDENCE 618 E Franklin St | 5/27/16 | |
| | PRINT | Matthew Wild | CITY/TOWN Richmond, VA | | |
| | 5. SIGN | _(signature)_ | RESIDENCE 3163 Dill Ave | 5/27/16 | |
| | PRINT | Emily Thornsbury | CITY/TOWN Richmond VA | | |
| C | 6. SIGN | _(signature)_ | RESIDENCE 2209 Rosewood | 5/27/16 | |
| | PRINT | Isaac Ramey | CITY/TOWN Richmond VA | | |
| R | 7. SIGN | _(signature)_ | RESIDENCE 1236 Warren | 5/24/16 | |
| | PRINT | Jason R. Kinter | CITY/TOWN Richmond VA | | |
| R | 8. SIGN | _(signature)_ | RESIDENCE 29 W Jackson St #4 | 5/27/16 | |
| | PRINT | Daniel Ross Huddleston | CITY/TOWN Richmond VA | | |
| R | 9. SIGN | _(signature)_ | RESIDENCE 1111 Goddin St | 5/8/16 | |
| | PRINT | Daniel Y. Finney | CITY/TOWN Richmond, VA 23231 | | |
| | 10. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A  FELON  WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| 11 | SIGN | | RESIDENCE W 15th St | 4/10/16 | — |
| | PRINT | Jesh Berman | CITY/TOWN RVA | | |
| 12 | SIGN | Hannah Brown | RESIDENCE 7030 W Grace St. | 4/11/16 | |
| | PRINT | Hannah Brown | CITY/TOWN Richmond, VA | | |
| 13 | SIGN | | RESIDENCE 3  W 78th St. | 4/15/16 | |
| | PRINT | Jonathan Fuller | CITY/TOWN R. VA | | |
| 14 | SIGN | Kathryn M Rosberr | RESIDENCE 3206 Forest Hill | 4/25/16 | |
| | PRINT | Kathryn M Rosberry | CITY/TOWN Richmond | | |
| 15 | SIGN | | RESIDENCE 4407 S Villa Dr | 4/25/16 | |
| | PRINT | Kurt Stemhagen | CITY/TOWN RVA | | |
| 16 | SIGN | | RESIDENCE 3700 W Franklin St | 4/25/16 | |
| | PRINT | Aaron Sorman | CITY/TOWN RVA | | |
| 17 | SIGN | | RESIDENCE 519 Catherine St | 4/25/16 | |
| | PRINT | Arthur L. Burton | CITY/TOWN Richmond, Va 23220 | | |
| 18 | SIGN | Ken Treadway | RESIDENCE 3809 Cedar Grove Rd | 4/25 | |
| | PRINT | Keri Treadway | CITY/TOWN Richmond, VA | | |
| 19 | SIGN | Jackson Turill | RESIDENCE 3414 Cooper Rd | one | |
| | PRINT | | CITY/TOWN Richmond, VA | | |
| 20 | SIGN | | RESIDENCE 3428 S St | 4/25/16 | |
| | PRINT | Annette Vinon | CITY/TOWN RVA | | |
| 21 | SIGN | | RESIDENCE 2114 Miller Ave | 4/25/16 | |
| | PRINT | Jeremy Lazarus | CITY/TOWN Rich 23221 | | |

Commonwealth of Virginia     - AFFIDAVIT -                                              T642S2950

I Alan Schintzius _____ swear or affirm that (i) my full residential
address I 3321 garland av _____ in the State/Commonwealth of
Virginia _____ in the County/City/Town of Richmond _____ ; (ii) I am a legal resident of
the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1197

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this
31st day of May _____, 20 16 , by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037195
My Commission Expires 5/31/2018

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER     DATE NOTARY COMMISSION EXPIRES

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
any social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521 REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 garland ave*

ENTER ABOVE, CITY/TOWN  *Rich Va*   ENTER ABOVE, ZIP + 4  *23222*

ENTER ABOVE, OFFICE SOUGHT  *MAYOR*   ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than on county or city, it is suggested that you use separate petition form for qualified voters in eac county or city to facilitate the processing of th filing.

For a statewide office it is suggested that you file petitions in county or to facilitate the processing of the filing. If you us the number of signatures by congressional distr enter district no.: _____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

_____*Richmond*_____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the *8th* day of *November* 20 *16* and we do further petition that his/her name be printed on the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of Americ and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MOR THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS O SOCIAL SECURIT NUMBER [optional] |
|---|---|---|---|---|---|
| | 1. SIGN | | RESIDENCE *509 Hundell Ave* | *4/3/16* | |
| | PRINT | *Ezra Moon* | CITY/TOWN *Richmond VA* | | |
| | 2. SIGN | | RESIDENCE *312 E 3rd 25* | *4/3/16* | |
| | PRINT | *Jessica* | CITY/TOWN *RVA* | | |
| | 3. SIGN | | RESIDENCE *2513 E 6ore* | *4/3/16* | |
| | PRINT | *Billy MARTIN* | CITY/TOWN *Richmond V* | | |
| | 4. SIGN | | RESIDENCE *Henrico* | | |
| | PRINT | *EDALIO GALARZA* | CITY/TOWN *3503 Bartley Pond Ct 23233* | | |
| | 5. SIGN | *Diane ONeal* | RESIDENCE *Church Hill* | *4/3/16* | |
| | PRINT | *Diane ONeal* | CITY/TOWN *Richmond 23223* | | |
| | 6. SIGN | | RESIDENCE *Shockoe Bottom* | *4/3/16* | |
| | PRINT | *Joshua Adams* | CITY/TOWN *Richmond 23219* | | |
| | 7. SIGN | | RESIDENCE *Southside* | *4/5/16* | |
| | PRINT | *Dyron Chaus* | CITY/TOWN *Richmond VA 23024* | | |
| | 8. SIGN | | RESIDENCE *1516 E* | *4/3/16* | |
| | PRINT | *Maleika Slimp* | CITY/TOWN *Richmond* | | |
| | 9. SIGN | *J McDermy* | RESIDENCE *1628 Dartmouth Ave* | *4/3/16* | |
| | PRINT | *Juliette McDermy* | CITY/TOWN *Richmond Va 23216* | | |
| | 10. SIGN | | RESIDENCE *1516 Wallace s* | *4/3/16* | |
| | PRINT | *Bryan Gardener* | CITY/TOWN *Richmond VA* | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SID

* Privacy notice:  The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilita checking this petition with the official voter registration record.  You are not required to provide this information and may sign the petition without doir so.  The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing ar social security number or part thereof.

COMMONWEALTH OF VIRGINIA

# PETITION OF QUALIFIED VOTERS

[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office

It is suggested that you file petitions in county/city to facilitate the processing of the filing. If you track the number of signatures by congressional district enter district no.: _____ [optional].

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]
Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
3321 Garland ave        Richmond Vg 23222

ENTER ABOVE, CITY/TOWN        ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT        ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
Richmond
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN        signed hereunder or on the reverse
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary
to be held on the 8th day of November, 20 16, and we do further petition
that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| R 1. | SIGN John M. Vassar / PRINT John M. Vassar | RESIDENCE 3714 Cary St. Rd / CITY/TOWN Rich. Va 23221 | 4/25/16 | |
| R 2. | SIGN Anita Holloman / PRINT ANITA HOLLOMAN | RESIDENCE 3108 Enslow Ave / CITY/TOWN Richmond VA 23222 | 4/25/16 | |
| 3. | SIGN Yiedra Rom / PRINT Tyra Rom | RESIDENCE 3130 Griffin Ave / CITY/TOWN Richmond VA 2322 | 4/25/16 | |
| R 4. | SIGN Rosa Allen / PRINT | RESIDENCE 1405 Windrow Cy / CITY/TOWN Richmond VA. 2322 | 1/25/16 | |
| 5. | SIGN S Uecker / PRINT Samantha Uecker | RESIDENCE 1701 Summit Ave #11 / CITY/TOWN Richmond VA 23130 | 4/25/16 | |
| 6. | SIGN JoBlack / PRINT JoBlack | RESIDENCE 306 W 78th Cr / CITY/TOWN RVA 23225 | 4/25/16 | |
| 7. | SIGN Michelle Owen / PRINT Michelle Owen | RESIDENCE 1204 Richmond Ave / CITY/TOWN RVA 23227 | 4/25/16 | |
| 8. | SIGN Phillip Rux / PRINT PHILLIP Rux | RESIDENCE / CITY/TOWN Crol wolfis cr | 4-24/16 | |
| 9. | SIGN Katherine C Terall / PRINT Katy C Tull | RESIDENCE 3414 Cooper Rd / CITY/TOWN Richmond VA 2322 | 4/25/16 | |
| 10. | SIGN Bernadine Elam / PRINT BERNADINE ELAM | RESIDENCE 609 E. Brookland / CITY/TOWN Richmond Va | 4/25/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE — RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN: Will Edd | RESIDENCE: 3405 3rd Ave CITY/TOWN: Richmond Va 23222 | 5/13/ | |
| 12 | SIGN: Robert W. Edwards Jr. PRINT: Robert W. Edwards Jr. | RESIDENCE: 320 W Midlothian Turnpike Apt P CITY/TOWN: Richmond, Va. 23224 | 5/13/16 | |
| 13 | SIGN: Nu le PRINT: Nils Grell | RESIDENCE: 2423 Barton Ave CITY/TOWN: Rich, VA 23222 | 5/14/16 | |
| 14 | SIGN: Kenneth Larson PRINT: Kenneth Larson | RESIDENCE: 3517 Englside br CITY/TOWN: Richmond VA 23224 | 5/14/16 | |
| 15 | SIGN: Michael Harris PRINT: Michael Harris | RESIDENCE: 3604 Delaware Ave CITY/TOWN: Richmond E 23222 | 5/14/16 | |
| 16 | SIGN: Jacques Snyder PRINT: Jacques Snyder | RESIDENCE: 1902 – Porter CITY/TOWN: Richmond, VA 23224 | 5/14/16 | |
| 17 | SIGN: PRINT: Linwood Jones | RESIDENCE: 3110 Carolina Ave CITY/TOWN: Rich, VA 23222 | 5/14/16 | |
| 18 | SIGN: PRINT: James Mason | RESIDENCE: 210 Hos CT CITY/TOWN: Ric VA | 5/14/16 | |
| 19 | SIGN: Louise Benjamin PRINT: Louise Benjamin | RESIDENCE: 317 Calhoun St CITY/TOWN: Richmond Va | 5/14/16 | |
| 20 | SIGN: PRINT: Robert Truetiest | RESIDENCE: 3204 Britton CITY/TOWN: Richmond | 5/14/16 | |
| 21 | SIGN: Demetria Davis PRINT: Demetria Evans | RESIDENCE: 2304 Lamb Ave CITY/TOWN: Richmond | 5/14/16 | |

Commonwealth of Virginia  - **AFFIDAVIT** -

I, Alan Schintzius , swear or affirm that (i) my full residential address is 321 Garland Ave in the State/Commonwealth of Virginia in the County/City/Town of Richmond ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION: John Schintzius

PLACE PHOTOGRAPH CALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May , 2016 , by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS  NOTARY REGISTRATION NUMBER**  DATE NOTARY COMMISSION EXPIRES

'CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S LICENSE 1193

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

T64252950

Princetta Irene Clarke NOTARY PUBLIC Commonwealth of Virginia Reg. #7037191 My Commission Expires 8/31/2018

* **Privacy notice**: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

** If not included in seal/stamp.

SBE-506/521  REV 1/2013

CANDIDATE NAME: _Alan Schintzius_ OFFICE SOUGHT: _MAYOR_

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN _Carol A. Maul_ | RESIDENCE _4022 Clinton Ave_ | 4/3/16 | |
| | PRINT _Carolyn A. Maul_ | CITY/TOWN _Richmond_ | | |
| 12 | SIGN _Albert Semmons_ | RESIDENCE _2222 Rosewood Ave_ | 4/3/16 | |
| | PRINT _Albert Simmons_ | CITY/TOWN _Richmond_ | | |
| 13 | SIGN _Robert Alexander_ | RESIDENCE _1510 Palomyra_ | 4/3/16 | 3 |
| | PRINT _Robert Alexander_ | CITY/TOWN _Richmond_ | | |
| 14 | SIGN _R. Bastow_ | RESIDENCE _719 Blandy Ave._ | 4/3/16 | 1 |
| | PRINT _Richard Bastow_ | CITY/TOWN _Richmond VA_ | | |
| 15 | SIGN _BD Gilchrist_ | RESIDENCE _1203 Wilirby Rd_ | 4/3/16 | 1 |
| | PRINT _BD Gilchrist_ | CITY/TOWN _Richmond VA_ | | |
| 16 | SIGN _Zoe_ | RESIDENCE _408 Forest View Dr_ | 4/3/16 | |
| | PRINT _Zoe Neale_ | CITY/TOWN _Richmond VA_ | | |
| 17 | SIGN _Iga Kuzmierczak_ | RESIDENCE _801 W Franklin St_ | 4/3/16 | |
| | PRINT | CITY/TOWN _Richmond VA_ | | |
| 18 | SIGN _Hannah Horstmyer_ | RESIDENCE _801 W. Franklin St_ | 4/3/16 | |
| | PRINT _Hannah Horstmyer_ | CITY/TOWN _Richmond, VA_ | | |
| 19 | SIGN _Adam Lavy_ | RESIDENCE _801 W Franklin St_ | 4/3/16 | |
| | PRINT _Adam Lavy_ | CITY/TOWN _Richmond, VA_ | | |
| 20 | SIGN _Joshua Macdaniel_ | RESIDENCE | | |
| | PRINT | CITY/TOWN | | |
| 21 | SIGN | RESIDENCE _3201 North Ave_ | 04/03/16 | |
| | PRINT _Joshua Macdaniel_ | CITY/TOWN _Richmond_ | | |

Commonwealth of Virginia - **AFFIDAVIT** -

I, _Alan Schintzius_ , swear or affirm that (i) my full residential address is _3321 Garland ave_ in the State/Commonwealth of _Virginia_ ; in the County/City/Town of _Richmond_ ; (ii) I am a legal resident of United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION _Alan Schintzius_

State of _Virginia_ County/City of _Richmond_

The foregoing instrument was subscribed and sworn before me this _18th_ day of _April_ , 20 _16_ by _Alan Schintzius_

PRINT NAME OF PERSON CIRCULATING THE PETITION

NOTICE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
Commission Expires 11/30/2018

_Lisa Anne Cosby_
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS     NOTARY REGISTRATION NUMBER**     DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE _VA_

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

_1193_
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

T642529SC

*Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar when copying this document for public inspection, must cover the column containing any social security number or part thereof.

** if not included in seal/stamp.

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS

(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county or city to facilitate the processing of the filing. If you wish the number of signatures by congressional district, enter district no.: _____ (optional).

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT): Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE: 2521 Garland Ave

ENTER ABOVE, CITY/TOWN: Richmond Va          ENTER ABOVE, ZIP + 4:

ENTER ABOVE, OFFICE SOUGHT: Mayor          ENTER ABOVE, DISTRICT, IF APPLICABLE:

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
_____ signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☐ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the _____ day of _____, 20____, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT SHE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED (Must be after January 1 of election year) | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| R | 1. | SIGN: G Schatz  PRINT: Gabrielle Schatz | RESIDENCE: 4611 Devonshire Rd  CITY/TOWN: Richmond, VA | Apr 3, 16 | |
| R | 2. | SIGN: D Janet Hampton  PRINT: D Janet Ha | RESIDENCE: 4503 New Kent Ave  CITY/TOWN: Richmond VA | Apr 3 | |
| | 3. | SIGN: Ms Carolyn Overton  PRINT: CAROLYN OVERTON | RESIDENCE:  CITY/TOWN: | 4-3-16 | |
| R | 4. | SIGN: Amy Kell  PRINT: Suzanne J. Keller | RESIDENCE: 1430 Lorraine Ave  CITY/TOWN: Richmond, VA 23224 | April 3, 2016 | |
| | 5. | SIGN: Beth B Morris  PRINT: BETH B MORRIS | RESIDENCE: 3107 Stuart  CITY/TOWN: Richmond | 4-3-13 | |
| | 6. | SIGN: Diana G. Westbrook  PRINT: | RESIDENCE: 313 Claremont  CITY/TOWN: R 23227 | 4/3/16 | |
| | 7. | SIGN: Anne I. Gray  PRINT: Anne I. Gray | RESIDENCE: Westminster  CITY/TOWN: Centerburg | 4/3/16 | |
| | 8. | SIGN: Wade K Smith  PRINT: Wade K. Smith | RESIDENCE: 3211 Noble Ave  CITY/TOWN: Richmond VA 23224 | 4/3/16 | |
| | 9. | SIGN: Diana Cole  PRINT: Diana Cole | RESIDENCE: 1206 Palmyra Ave  CITY/TOWN: Richmond, VA 23227 | 4/3/16 | |
| | 10. | SIGN: Marcia Dickinson  PRINT: Marcia Dickinson | RESIDENCE: 2222 Rosewood  CITY/TOWN: Richmond, VA 23220 | 4/3/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

ENTERED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintz  OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN: | RESIDENCE: VT | 4/1 | |
| | PRINT: | CITY/TOWN: VT | | |
| 12. | SIGN: | RESIDENCE: RVH | 4/10/16 | |
| | PRINT: | CITY/TOWN: VT | | |
| 13. | SIGN: Tim L Byrn | RESIDENCE: Richmond | 4/10/16 | |
| | PRINT: Tina L Byrn | CITY/TOWN: Richmond, VA | | |
| 14. | SIGN: | RESIDENCE: Richmond VA | 4/10/16 | |
| | PRINT: Samuel K. Ryen | CITY/TOWN: 1811 Maple Shade Lane | | |
| 15. | SIGN: | RESIDENCE: 10. 5 14th St | 4/10/16 | |
| | PRINT: R Allen Botaling | CITY/TOWN: Richmond VA | | |
| 16. | SIGN: Scott Tankersley | RESIDENCE: 3000 W. Grace St. #302 | 4/10/16 | |
| | PRINT: Scott Tankersley | CITY/TOWN: Richmond VA 23221 | | |
| 17. | SIGN: | RESIDENCE: 7101 Glen St Hall Ave | 4/10/16 | |
| | PRINT: Ben Carollo | CITY/TOWN: Richmond Va 23225 | | |
| 18. | SIGN: | RESIDENCE: Deandre Ave | 4/10 16 | |
| | PRINT: BARRY RESS | CITY/TOWN: Richmond VA | | |
| 19. | SIGN: | RESIDENCE: 2401 Rockwood Ave | 4/10/16 | |
| | PRINT: MELISSA GRAY | CITY/TOWN: Richmond VA 23221 | | |
| 20. | SIGN: | RESIDENCE: 1521 Hull St | 4/10/16 | |
| | PRINT: Reed Humphrey | CITY/TOWN: Richmond VA | | |
| 21. | SIGN: | RESIDENCE: 308 E Marshall St | 4/10/16 | |
| | PRINT: | CITY/TOWN: RICHMOND VA | | |

Commonwealth of Virginia  - AFFIDAVIT -

I Alan Schintz, swear or affirm that (i) my full residential address is 3321 Garland in the State/Commonwealth of VA in the County/City/Town of Richmond; (ii) I am a legal resident of United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony, punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond
The foregoing instrument was subscribed and sworn before me this
12th day of April, 20 16 by
Alan Schintz
PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE: VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE: 1622
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

T64 7529 SC

BE PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW:
Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7827192
Commission Expires 11/30/2018

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate securing this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

*Not included in seal/stamp.

SBE-506/521  REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave R. Va 23222

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
**PETITION OF QUALIFIED VOTERS**
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in county, to facilitate the processing of the filing. If you list the number of signatures by congressional district enter district no. _____ (optional).

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Alan Schintzius

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the 8 th day of Nov br 20___, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is harhim a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, IS NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER (OPTIONAL) |
|---|---|---|---|---|
| 1. | SIGN ____ | RESIDENCE ____ | | |
| | PRINT Mark Carpenter | CITY/TOWN ____ | 4 | |
| 2. | SIGN Melanie Sears | RESIDENCE 3369 Park Ave | 4.10.16 | |
| | PRINT Melanie Sears | CITY/TOWN Richmond | | |
| 3. | SIGN Adelheid R. Lewis | RESIDENCE 1721 Grove Ave. | 4.10.16 | |
| | PRINT Adelheid R. Lewis | CITY/TOWN Richmond, VA | | |
| 4. | SIGN Patrice Jean | RESIDENCE ____ | 4.10.16 | |
| | PRINT PATRICE JEAN | CITY/TOWN Richmond VA | | |
| 5. | SIGN Emily Walker | RESIDENCE Richmond VA | 4 | |
| | PRINT ____ | CITY/TOWN ____ | | |
| 6. | SIGN Andrea L. Dritten | RESIDENCE ____ | | |
| | PRINT Andrea L. Dritten | CITY/TOWN Richmond | | |
| 7. | SIGN ____ | RESIDENCE 3004 Forest St | | |
| | PRINT Oliver R. Miller | CITY/TOWN Richmond VA | | |
| 8. | SIGN Erin Bishop | RESIDENCE 5709 Dwernier | 4.10.16 | |
| | PRINT Erin Bishop | CITY/TOWN RVA | | |
| 9. | SIGN Ryan Green | RESIDENCE 612 W 28th | 4/10/16 | |
| | PRINT Ryan Green | CITY/TOWN Richmond | | |
| 10. | SIGN Cath Cowan | RESIDENCE 3101 Tidal Hutpk | 4/10/2016 | |
| | PRINT Cath Cowan | CITY/TOWN Richmond VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

**\* Privacy notice.** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.