CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: _Alan Schintzius_  OFFICE SOUGHT: _Mayor_

CIRCULATOR: I MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY # | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN _____ PRINT _W. M. Stevenson_ | RESIDENCE _214_ CITY/TOWN _____ | 4/9/16 | |
| 12. | SIGN _____ PRINT _Karen H. Coll_ | RESIDENCE _1719 Avondale Ave_ CITY/TOWN _Richmond VA 23227_ | 4/9/16 | |
| 13. | SIGN _____ PRINT _Phillip W. Burnett_ | RESIDENCE _1719 Avondale Ave_ CITY/TOWN _Richmond 23227_ | 4/9/16 | |
| 14. | SIGN _ERIC J SORENSEN_ PRINT _Eric Sorensen_ | RESIDENCE _3107 Groveland Dr_ CITY/TOWN _Richmond Va 23001_ | APR 10/16 | |
| 15. | SIGN _Lauren Wark_ PRINT _Lauren Wark_ | RESIDENCE _921 N Boulevard_ CITY/TOWN _Richmond, VA_ | April 10/16 | |
| 16. | SIGN _Bronwyn Ihrig_ PRINT _Bronwyn Ihrig_ | RESIDENCE _2923 Floyd Ave_ CITY/TOWN _Richmond, VA_ | 4/10/16 | |
| 17. | SIGN _____ PRINT _Edward Meyer_ | RESIDENCE _3208 Ellwood Ave Apt. C4_ CITY/TOWN _Richmond, VA 23221_ | 4/10/16 | |
| 18. | SIGN _Brigitte Newberry_ PRINT _Brigitte Newberry_ | RESIDENCE _5413 Park Ave_ CITY/TOWN _Rich. Va 23226_ | 4/10/16 | |
| 19. | SIGN _Lisa M. Kizer_ PRINT _Lisa McKizzon_ | RESIDENCE _2415 Grove Avenue_ CITY/TOWN _Richmond, VA 23220_ | 4/10/16 | |
| 20. | SIGN _____ PRINT _Eliz Turner_ | RESIDENCE _106 W Lancaster Rd_ CITY/TOWN _Richmond, VA 23222_ | 4/10/16 | |
| 21. | SIGN _____ PRINT _Silver Persinger_ | RESIDENCE _1215 Williamsburg Ave_ _RVA 23231_ | 4/10/16 | |

- AFFIDAVIT -

Commonwealth of Virginia

I, _Alan Schintzius_, swear or affirm that (i) my full residential address is _3521 Garland_, in the State/Commonwealth of _VA_; in the County/City/Town of _Richmond_; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_[signature]_

SIGNATURE OF PERSON CIRCULATING THE PETITION

NOT PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW:

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527162
My Commission Expires 11/30/2016

State of _Virginia_ County/City of _Richmond_

The foregoing instrument was subscribed and sworn before me this _12th_ day of _April_, 20 _16_, by _Alan Schintzius_

PRINT NAME OF PERSON CIRCULATING THE PETITION

_[signature]_

NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

_T647252950_
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE

_VA_
NAME OF STATE THAT ISSUED THE CIRCULATOR'S LICENSE

_1193_
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

* If not included in seal/stamp.

SBE-506/521 REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

**Alan Schintzius**

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

**3321 garland ave**

ENTER ABOVE, CITY/TOWN **Richmond Va** .23222 ENTER ABOVE, ZIP + 4

ENTER ABOVE, OFFICE SOUGHT **MAYOR** ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than 1 county or city, it is suggested that you use separate petition form for qualified voters in ea county or city to facilitate the processing of filing

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you in the number of signatures by congressional dis enter district no.: ____ (optional).

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

**Alan Schintzius** signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the **8th** day of **Nov**, 20 **16**, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be o the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/him a legal resident of the United States of Amer and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA AN MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR M THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELO LAST 4 DIGITS SOCIAL SECUR NUMBER [OPT P. 4-] |
|---|---|---|---|---|---|
| ✓ | 1. SIGN | *illegible signature* | RESIDENCE 1502 Wen... | 4/4/16 | |
| | PRINT | MARIAM EQBAL | CITY/TOWN Richmond VA 23237 | | |
| ⟋ | 2. SIGN | J Blunt | RESIDENCE 307 N ... st | 4/4/16 | |
| | PRINT | J.T. Blunt | CITY/TOWN Rich VA 23023 | | |
| ✓ | 3. SIGN | *illegible* | RESIDENCE 1800 C... | 4/6/16 | |
| | PRINT | *illegible* | CITY/TOWN *illegible* | | |
| ✓ | 4. SIGN | *illegible* | RESIDENCE 519 Catherine St. | 4/6/16 | |
| | PRINT | ARTHUR LOUIS BURTON | CITY/TOWN Richmond City 2322 | | |
| ⟋ | 5. SIGN | M Chandler | RESIDENCE 1208 Brookland Pkwy | | |
| | PRINT | Mary L Chandler | CITY/TOWN Rich VA 23227 | | |
| ✓ | 6. SIGN | *illegible* | RESIDENCE 1915 ... | 4/2/16 | |
| | PRINT | Carrie M. Hooper | CITY/TOWN Richmond VA 77... | | |
| R | 7. SIGN | *illegible* | RESIDENCE 1418 W Crawshill | 4/2/16 | |
| | PRINT | Allison Cobbs | CITY/TOWN Richmond VA 23220 | | |
| R | 8. SIGN | Arthur Woodward | RESIDENCE 2039 N C.R.7est | 4/6/16 | |
| | PRINT | ARTHUR WOODWARD | CITY/TOWN RICHMOND, VA | | |
| R | 9. SIGN | *illegible* | RESIDENCE 3430 Stuart Ave | 04/09/16 | |
| | PRINT | David W Bartlett | CITY/TOWN Richmond Va 23221 | | |
| R | 10. SIGN | *illegible* | RESIDENCE 4715 Polfe Rd | | |
| | PRINT | MARY HENDERSON | CITY/TOWN Richmond VA 2322... | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE S

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facili checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without d so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521 REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius  OFFICE SOUGHT: Mayor

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | RESIDENCE ADDRESS | DATE SIGNED | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| 11 | SIGN Carrie Barb... / PRINT Carrie Barbanallo | RESIDENCE 1035 N Lombardy St / CITY/TOWN Richmond 23220 | 4/11/2016 | |
| 12 | SIGN Kelly Callahan / PRINT Kelly Callahan | RESIDENCE 1035 N Lombardy st / CITY/TOWN Richmond VA 23220 | 4/12/2016 | |
| 13 | SIGN Jack Johnson / PRINT Jack Johnson | RESIDENCE 7715 Tug LN / CITY/TOWN Richmond, VA 23225 | 4/11/2016 | |
| 14 | SIGN / PRINT C Ingold | RESIDENCE 1808 Newman Rd / CITY/TOWN Richmond VA 23231 | 4/1/16 | |
| 15 | SIGN Kim Gray / PRINT Kimberly Gray | RESIDENCE 123 W Clay / CITY/TOWN RVA 23220 | 4/11/16 | |
| 16 | SIGN / PRINT Kristyn Gray | RESIDENCE 2305 East Broad / CITY/TOWN Richmond, VA | 4/10/16 | |
| 17 | SIGN / PRINT Michelle H Jones | RESIDENCE 2614 Barton Ave / CITY/TOWN Richmond 23222 | 4/11 | |
| 18 | SIGN Molly Hayes / PRINT Molly Hayes | RESIDENCE 1825 Floyd Ave / CITY/TOWN Richmond VA 23220 | 4/11 | |
| 19 | SIGN / PRINT Jennifer Sargent | RESIDENCE 1827 Floyd Ave / CITY/TOWN Richmond VA | 4/11/16 | |
| 20 | SIGN / PRINT Ami Hunter | RESIDENCE 3434 Street Ave / CITY/TOWN Richmond VA | 4/11/16 | |
| 21 | SIGN / PRINT Sarah Anderson | RESIDENCE 906 N 5th St / CITY/TOWN Richmond VA | 4/11/16 | |

- AFFIDAVIT -

Commonwealth of Virginia  Alan Schintzius , swear or affirm that (i) my full residential address is 3521 garland ave in the State/Commonwealth of VA in the County/City/Town of Richmond ; (ii) I am a legal resident of United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia  County/City of Richmond
The foregoing instrument was subscribed and sworn before me this 11 day of April, 2016, by (Alan Schintzius)

PRINT NAME OF PERSON CIRCULATING THE PETITION

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S LICENSE
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Lisa Anne Cosby NOTARY PUBLIC Commonwealth of Virginia Reg. #7527182 My Commission Expires 11/30/2020

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER   DATE NOTARY COMMISSION EXPIRES

Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

SBE-506/521  REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan Schintzius

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland ave

ENTER ABOVE, CITY/TOWN   Richmond   Va   23222   ENTER ABOVE, ZIP + 4

ENTER ABOVE, OFFICE SOUGHT   MAYOR   ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing

For a statewide office

It is suggested that you file petitions in counties to facilitate the processing of the filing. If you list the number of signatures by congressional district enter district no.: _____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Alan Schintzius

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN   signed hereunder or on the reverse

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary

to be held on the 8th day of Nov, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/herself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA AND NO MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| ℣ | 1. | SIGN *(signature)* PRINT GORDON W607261 | RESIDENCE 1305 GROVE AVE CITY/TOWN Richmond 23220 | 4/10/16 | |
| ℣ | 2. | SIGN *(signature)* PRINT Michael Lellea | RESIDENCE 2229 12 ome st CITY/TOWN Richmond VA 23220 | 4/10/16 | |
| ℣ | 3. | SIGN *(signature)* PRINT Barelle Wampole | RESIDENCE 1 E Marshall st CITY/TOWN Richmond 23219 | 4/10/16 | |
| ℣ | 4. | SIGN *(signature)* PRINT Meranda Coodburrel | RESIDENCE 513 N 29th CITY/TOWN RVA 23225 | 4/10/16 | |
| ℣ | 5. | SIGN *(signature)* PRINT Laurel Deffenbaugh | RESIDENCE 1100 Ive + Bend st CITY/TOWN Richmond 23220 | 4/10/16 | |
| ℣ | 6. | SIGN *(signature)* PRINT | RESIDENCE 2300 Idlewood CITY/TOWN | 4/10/16 | |
| NO | 7. | SIGN *(signature)* PRINT Brian L. Fagan | RESIDENCE 11725 S. Briar Pillip CITY/TOWN Midlothian, VA 23112 | 4/10/16 | - - - - |
| NO | 8. | SIGN *(signature)* PRINT Julie Guild Smith | RESIDENCE 1100 Skipwith Ci CITY/TOWN Henr co Va 23229 | 4/11/16 | |
| ℣ | 9. | SIGN *(signature)* PRINT MICHAEL OTTEY | RESIDENCE 1320 N 38th St CITY/TOWN Richmond VA 23223 | 4/11/16 | |
| NO | 10. | SIGN *(signature)* PRINT *(name)* Ottey | RESIDENCE 1320 N 38th St CITY/TOWN Richmond 23223 | 4/11/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for facilitating checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va          23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIE
VOTERS
[Must be filed with Declaration of Candidac

When an election district includes more than
county or city it is suggested that you us
separate petition form for qualified voters in
county or city to facilitate the processing o
filing.

For a statewide office
It is suggested that you file petitions in coun
to facilitate the processing of the filing. If yo
the number of signatures by congress onal c
enter district no. ____ [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of ____ Richmond ____ signed hereunder or on the reverse COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check one] ☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary to be held on the 8th day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be o
the same page of the petition. Numerous
pages may be circulated. The circulator of
each page must be a person who is herse
a legal resident of the United States of Am
and who is not a minor nor a felon whose
voting rights have not been restored. The
circulator also must swear or affirm in the
affidavit that s/he personally witnessed th
signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BE LAST 4 DIGIT SOCIAL SECU NUMBER [optional] |
|---|---|---|---|---|
| 1. | SIGN Ophelia ... | RESIDENCE 1217 Irby Dr | 5-88 | |
| | PRINT Ophelia Ann More | CITY/TOWN Richmond VA | | |
| 2. | SIGN Mike Judin | RESIDENCE | | |
| | PRINT | CITY/TOWN | | |
| 3. | SIGN Mary E Jones | RESIDENCE 1218 Irby Dr | 5-22- | |
| | PRINT Mary F Jones | CITY/TOWN Richmond VA 23225 | | |
| 4. | SIGN Cynthia White | RESIDENCE PO Box 74524 | 5/22 | |
| | PRINT Cynthia White | CITY/TOWN Rich VA 23236 | | |
| 5. | SIGN R... | RESIDENCE 1212 Irby DC | 5/22 | |
| | PRINT Reginald Lewis | CITY/TOWN Rich VA 23225 | | |
| 6. | SIGN Perry Yellowday | RESIDENCE 1200 Irby Dr | 5/22/16 | |
| | PRINT Perry Yellow | CITY/TOWN Rich VA 23225 | | |
| 7. | SIGN Wm Georges | RESIDENCE 1113 Irby Dr | 5/22 | |
| | PRINT William FV Ms | CITY/TOWN Richmond 23225 | | |
| 8. | SIGN Amy Hardin | RESIDENCE 1106 Irby Dr | 5/22/16 | |
| | PRINT Amy Hardin | CITY/TOWN Richmond Va | | |
| 9. | SIGN Theadore Brown | RESIDENCE 1101 Irby Dr | 5/22 | |
| | PRINT Theodore Brown | CITY/TOWN Richmond 23225 | | |
| 10. | SIGN Morin Hawker | RESIDENCE Richmond. 23225 | 5/... | |
| | PRINT Morin Hawley | CITY/TOWN 551 Bonanza Dr | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERS

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for
checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition witho
so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column contai
social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE **CANDIDATE NAME:** Alan Schintzius **OFFICE SOUGHT:** MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN V.M. / PRINT Virgil Castle | RESIDENCE 513 M...ck.... / CITY/TOWN Richmond 23225 | 5/22/16 | |
| 12. | SIGN Tammi Spann / PRINT [signature] | RESIDENCE 1291 Keswn / CITY/TOWN Richmond 23225 | 5/22 | |
| 13. | SIGN [signature] / PRINT Nicole Dawson | RESIDENCE 1213 Keswick Lane / CITY/TOWN Richmond, VA 2325 | 5/20/16 | |
| 14. | SIGN [signature] / PRINT Hannah Murphey | RESIDENCE 1236 Keswick Ln / CITY/TOWN RVA 23225 | 5/22 | |
| 15. | SIGN Nana Estup / PRINT Nana Estup | RESIDENCE 1366 Keswick Ln / CITY/TOWN Rich 23225 | 5/22 | |
| 16. | SIGN [signature] / PRINT Russel A Cobb | RESIDENCE 1314 Irby Drive / CITY/TOWN Rich 23225 | 5/22 | |
| 17. | SIGN [signature] / PRINT VICKI KOLAR | RESIDENCE 1319 IRBY DRIVE / CITY/TOWN RICHMOND, VA 23225 | 5/22 | |
| 18. | SIGN [signature] / PRINT NANCY MCGEE | RESIDENCE 1313 IRBY DR / CITY/TOWN RICH VA 23225 | 5/22 | |
| 19. | SIGN [signature] / PRINT Maggie & George Lake | RESIDENCE 1313 Irby Dr / CITY/TOWN Rich VA 23225 | 5/22 | 1 person signed for 2 names |
| 20. | SIGN [signature] / PRINT Stephen Davis | RESIDENCE 1224 Irby Drive / CITY/TOWN Richmond VA 23225 | 5/22 | |
| | SIGN [signature] / PRINT Steve Young | RESIDENCE 1217 Irby Dr / CITY/TOWN Richmond 23225 | 5/22 | |

**Commonwealth of Virginia**    **- AFFIDAVIT -**

I Alan Schintzius , swear or affirm that (i) my full residential address is 3371 Garland Ave in the State/Commonwealth of Virginia ; in the County/City/Town of Richmond ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a crime punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

[signature] _____
SIGNATURE OF PERSON CIRCULATING THE PETITION

IF PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW:

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May 2016 by Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

[signature] _____
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

_____ NOTARY REGISTRATION NUMBER** _____ DATE NOTARY COMMISSION EXPIRES

T64752950
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521 authorizes requesting the last four digits of your social security number to facilitate locating this petition in the official voter registration record. You are not required to provide this information and may sign the petition without listing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security numbers or part thereof.

** not included in sealed stamp

SBE-506/521 REV 1.2013

**COMMONWEALTH OF VIRGINIA**
## PETITION OF QUALIFIE
### VOTERS
(Must be filed with Declaration of Candidacy)

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

3321 Garland Ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va    23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition forms for qualified voters in county or city to facilitate the processing of filing

For a statewide office, it is suggested that you file petitions in count to facilitate the processing of the filing. If you the number of signatures by congressional d enter district no. _____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of _____ Richmond _____ signed hereunder or on the reverse COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check one only]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the __8th__ day of __November__, 20 _16_, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is herein a legal resident of the United States of Am and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE RE LAST 4 DIGIT SOCIAL SECU NUMBER [opt onal] |
|---|---|---|---|---|---|
| R | 1. SIGN | SM't | RESIDENCE 5235 High Land D | | |
| | PRINT | SJ West of 1 | CITY/TOWN Richmond Va 23235 | | |
| R | 2. SIGN | n | RESIDENCE 41 Beaumont Ave | | |
| | PRINT | Thomas Fitzpatrick | CITY/TOWN Richmond VA 23221 | | |
| R | 3. SIGN | Michael F Lee | RESIDENCE 366 Richmond Dr | | |
| | PRINT | Michael F Lee | CITY/TOWN Richmond | | |
| R | 4. SIGN | | RESIDENCE 6047 Woodrow Ave | | |
| | PRINT | Manuel Vasquez | CITY/TOWN Richmond 23225 | | |
| R | 5. SIGN | R St | RESIDENCE 5 N Robinson | | |
| | PRINT | Rosemarie Stuber | CITY/TOWN Richmond | | |
| R | 6. SIGN | | RESIDENCE 719 Oak Street | | |
| | PRINT | Annette June Weinstein | CITY/TOWN Rich 23225 | | |
| R | 7. SIGN | Diana J Jones | RESIDENCE 1809 Grove Ave | | |
| | PRINT | Diana J Jones | CITY/TOWN Richmond | | |
| R | 8. SIGN | | RESIDENCE 2005 Garland | | |
| | PRINT | Dominick Dimino | CITY/TOWN Richmond 23225 | | |
| R | 9. SIGN | Katherine H Shinfield | RESIDENCE 821 Tank Rd | | |
| | PRINT | Katherine H Shinfield | CITY/TOWN Richmond VA 23804 | | |
| R | 10. SIGN | P M Hollica | RESIDENCE 4015 Dunsie Ave | 5/26/16 |
| | PRINT | Peter M Hollica | CITY/TOWN Richmond VA 23225 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ... RS

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column contain social security number or part thereof.

SBE-506/521   REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN C E DeRoche PRINT C. D. DeRoche | RESIDENCE 715 A N. Meadow St CITY/TOWN Richmond VA 23220 | 5/22/16 | |
| 12. | SIGN Kathryn Spry PRINT KATHRYN SPRY | RESIDENCE 3166 Brithtwood Dr CITY/TOWN Richmond VA 23225 | 5/21/16 | |
| 13. | SIGN Kathleen VanPaasschen PRINT KATHLEEN VANPAASSCHEN | RESIDENCE 3110 Yukon Rd CITY/TOWN RICHMOND 23235 | 5/22/16 | |
| 14. | SIGN Debbie Dell Drum PRINT Jennie Kim | RESIDENCE 2410 Grove Ave #3 CITY/TOWN Richmond VA 23220 | 5/22/16 | |
| 15. | SIGN Steven Saltzberg PRINT Steve Saltz | RESIDENCE 3323 Hanover Ave CITY/TOWN Richmond 23221 | 5/22/16 | |
| 16. | SIGN Sheila Chandler PRINT Sheila Chandler | RESIDENCE 3323 Hanover Ave CITY/TOWN Richmond 23221 | 5/22/16 | |
| 17. | SIGN Mariah Travis PRINT MARIAH TRAVIS | RESIDENCE 2927 Monteith CITY/TOWN Richmond VA | 5/22/16 | |
| 18. | SIGN Louise H Werner PRINT Louise H Werner | RESIDENCE 5818 Wilton Rds Dr CITY/TOWN Richmond 23226 | 5/22/16 | |
| 19. | SIGN Joshua Largent PRINT JOSHUA LARGENT | RESIDENCE 7876 Jahnke Hill Ave CITY/TOWN Richmond 23225 | 5/22/16 | |
| 20. | SIGN Doug Henke PRINT Doug Henke | RESIDENCE 3132 Barclay Rd CITY/TOWN Richmond 23222 | 5/22/16 | |
| 21. | SIGN Michael Henke PRINT Michael Henke | RESIDENCE 3732 Brook Rd CITY/TOWN Richmond VA 23225 | 5/22/16 | |

Commonwealth of Virginia — AFFIDAVIT —

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland Ave in the State/Commonwealth of Virginia in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or less. I understand that falsely signing this affidavit is a felony punishable by a maximum of $2,500 and/or imprisonment up to ten years.

IF PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May, 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE: T64252950 VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE: VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER: 1193

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7032191
My Commission Expires...

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate locating this petition with the official voter registration record. You are not required to provide this information and may sign the petition without it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

not included in see-stamp

SBE-506/521 REV 1.2013

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland Ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va    23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than county or city, it is suggested that you use separate petition form for qualified voters in county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you the number of signatures by congressional or enter district no. ____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of Richmond COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/herself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BEL LAST 4 DIGITS SOCIAL SECURI NUMBER [optional] |
|---|---|---|---|---|---|
| 1. | SIGN | Scott Andrews | RESIDENCE 11 W. Leigh St | 5/26/6 | |
| | PRINT | Scott Andrews | CITY/TOWN Richmond VA | | |
| 2. | SIGN | | RESIDENCE 4371 lamplighter Ct | | |
| | PRINT | Brianna Letsinger | CITY/TOWN Richmond VA 23234 | | |
| 3. | SIGN | | RESIDENCE 31 Mulberry Ave #1 | | |
| | PRINT | Julie Stephen | CITY/TOWN Richmond VA | | |
| 4. | SIGN | William L Roye II | RESIDENCE 2329 Fleet Avenue | 5/26/16 | |
| | PRINT | | CITY/TOWN Henrico | | |
| 5. | SIGN | Matthew Lurie | RESIDENCE 2216 Rosewood | 5/26/16 | |
| | PRINT | MAtthew Lurie | CITY/TOWN Richmond VA | | |
| 6. | SIGN | | RESIDENCE 307 Stockton S | 5-26-16 | |
| | PRINT | Preston Brown | CITY/TOWN Rich VA | | |
| 7. | SIGN | | RESIDENCE 419 Gilmer St | 5/26/16 | |
| | PRINT | Carl Krantz | CITY/TOWN Richmond VA | | |
| 8. | SIGN | DMCoope | RESIDENCE 300 N. 26t st | 5/26/16 | |
| | PRINT | D Mcooper | CITY/TOWN Richmond | | |
| 9. | SIGN | | RESIDENCE 700 W 31st S | 5/26/16 | |
| | PRINT | Allison Andrews | CITY/TOWN Richmond VA | | |
| 10. | SIGN | Margie Langston | RESIDENCE 2312 Stratford Ct | 5/26/16 | |
| | PRINT | Margaret Langston | CITY/TOWN Richmond 23225 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to fa checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN Brooke L March / PRINT BROOKE L. MARCH | RESIDENCE 4524 DEVONSHIRE RD. APT. 4 / CITY/TOWN RICHMOND, VA 23225 | 5/17/16 | |
| 12 | SIGN Tracey Pollock / PRINT TRACEY POLLOCK | RESIDENCE 1339 N. 21st ST / CITY/TOWN RVA 23223 | 5/17/16 | |
| 13 | SIGN Elizabeth Berman / PRINT Elizabeth Berman | RESIDENCE 634 W 20th St. / CITY/TOWN RVA 23225 | 5/17/16 | |
| 14 | SIGN Brooke Schmerge / PRINT Brooke Schmerge | RESIDENCE 1910 Princess Anne Ave / CITY/TOWN Richmond, VA | 5/17/16 | |
| 15 | SIGN Elaine Odell / PRINT ELAINE ODELL | RESIDENCE 2610 Riverside Ave / CITY/TOWN Richmond VA 23225 | 5/17/16 | |
| 16 | SIGN (cw) / PRINT Carter Snipes | RESIDENCE 2914 Floyd Ave / CITY/TOWN Richmond VA | 5/17/16 | |
| 17 | SIGN Michael Murphy / PRINT Michael Murphy | RESIDENCE 2716 Kendall Ave / CITY/TOWN Richmond VA 23228 | 5/17/16 | |
| 18 | SIGN Meghan M / PRINT Meghan Worsham | RESIDENCE 3200 Carlisle Ave / CITY/TOWN Richmond, VA | 5/17/16 | |
| 19 | SIGN Anna W / PRINT Anna Wittel | RESIDENCE 1133 N 31st / CITY/TOWN RVA 23223 | 5/17/16 | |
| 20 | SIGN Charles Field / PRINT Charles Field | RESIDENCE 515 N 22nd Street / CITY/TOWN Richmond VA 23223 | 5/17/16 | |
| 21 | SIGN Keriann Steinruck / PRINT Keriann Steinruck | RESIDENCE 917 N 22nd APT A / CITY/TOWN Richmond VA 23223 | 5/17/16 | |

- AFFIDAVIT -

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland Ave, in the State/Commonwealth of Virginia, in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION _Alan Schintzius_

BE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL STAMP BELOW:

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

TITLE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER   DATE NOTARY COMMISSION EXPIRES

Princette Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7634191
My Commission Expires 05/31/2019

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE T64752950

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER 1193

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

not included in seal/stamp

SBE-506/521 REV 1.2013

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va 23222

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE ZIP+4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city it is suggested that you use a separate petition form for qualified voters in each county, or city to facilitate the processing and filing.

For a statewide office it is suggested that you file petitions in court to facilitate the processing of the filing. If you list the number of signatures by congressional district enter district no. _____ (optional).

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
Richmond signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary
to be held on the 8th day of November, 20 16, and we do further petition
that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of this petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/herself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 1. | SIGN _Jacob Vaughan_ PRINT Jacob Vaughan | RESIDENCE 3306 W. Franklin St. CITY/TOWN Richmond, VA 23221 | 5/14/16 | |
| 2. | SIGN _Jeff Govea_ PRINT Jeff Govea | RESIDENCE 3114 Ellwood Ave CITY/TOWN Richmond VA 23221 | 5/14/16 | |
| 3. | SIGN _Jenna Dono_ PRINT Jenna Abere | RESIDENCE 3114 Ellwood Ave CITY/TOWN Richmond VA 23221 | 5/14/16 | |
| 4. | SIGN Karlin St. Rein PRINT Karlin St. Rein | RESIDENCE 3114 Ellwood Ave CITY/TOWN Richmond VA 23221 | 5/14/16 | |
| 5. | SIGN Amanda Cleland PRINT Amanda Cleland | RESIDENCE 3139 Ellwood Ave CITY/TOWN Richmond VA 23221 | 5/14/16 | |
| 6. | SIGN _Mitch Kordell_ PRINT Mitch Kordell | RESIDENCE 111 E Clay St CITY/TOWN Richmond, VA 23219 | 5/14/16 | |
| 7. | SIGN Alan C. Miles PRINT Alan C. Miles | RESIDENCE 1420 Nottoway Ave CITY/TOWN Richmond, VA 23227 | 5/14/16 | |
| 8. | SIGN _Phil Ford_ PRINT Phil Ford | RESIDENCE 1420 Nottoway Ave CITY/TOWN Richmond, VA 23227 | 5/14/16 | |
| 9. | SIGN Morgan Niles PRINT Morgan Niles | RESIDENCE 1100 S. Randolph CITY/TOWN RVA | 5/14/16 | YES |
| 10. | SIGN Marlena Anderson PRINT MARLENA ANDERSON | RESIDENCE 959 MYERS ST CITY/TOWN RVA | 5/14/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CONTINUED FROM REVERSE SIDE CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN | RESIDENCE 2218 Park Ave | | |
| | PRINT Hazen W. Cumpin | CITY/TOWN Richmond, VA 23220 | 5/14/16 | |
| 12 | SIGN | RESIDENCE 1834 Grote tourt | 5/15 | |
| | PRINT Kyle Pedersen | CITY/TOWN Richmond, Va 232__ | | |
| 13 | SIGN | RESIDENCE 7221 Barwick Rd | 5/15 | 9 |
| | PRINT Carstin Brady | CITY/TOWN Richmond V__ | | |
| 14 | SIGN Becca | RESIDENCE 1902 Carter St. | 5/15 | |
| | PRINT Becca Amos | CITY/TOWN Richmond, VA | | |
| 15 | SIGN | RESIDENCE 505 S. Laurel St | 3/15 | 0 |
| | PRINT Bega Baynes | CITY/TOWN Richmond VA | | |
| 16 | SIGN | RESIDENCE 2609 Semmes Ave | -/16 | |
| | PRINT Alison Rios | CITY/TOWN Richmond VA | | |
| 17 | SIGN | RESIDENCE 316__ Porter St | 5/16 | |
| | PRINT | CITY/TOWN Richmond VA | | |
| 18 | SIGN | RESIDENCE 316 Kira | 5/16 | |
| | PRINT | CITY/TOWN | | |
| 19 | SIGN | RESIDENCE 5237 Kassdd Av | 5/16 | |
| | PRINT Josh Barker | CITY/TOWN RVA 23225 | | |
| 20 | SIGN | RESIDENCE 2__1 Stockton | 5/16 | |
| | PRINT __ Cichiarelli | CITY/TOWN Richmond | | |
| 21 | SIGN | RESIDENCE 3c7 Stockton | 5/16 | |
| | PRINT Virginia | CITY/TOWN Richmond | | |

Commonwealth of Virginia - AFFIDAVIT -

I Alan Schintzius _____ swear or affirm that (i) my full residential
address is 3321 Garland Ave _____ in the State/Commonwealth of
Virginia _____ in the County/City/Town of Richmond _____; (ii) I am a legal resident of
United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

[signature] SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this
31st day of _____ , 2016 , by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

[signature]
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1193

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

T64'13 2450

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

DO NOT PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW

**Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
recording this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
any social security number or part thereof.

not included in statewide

SBE-506/521 REV 1.2013

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va          23222

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
**PETITION OF QUALIFIED VOTERS**
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in one county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in count to facilitate the processing of the filing. If you know the number of signatures by congressional dis enter district no. ____ [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of **Richmond** signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the **8th** day of **November**, 20**16**, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/him a legal resident of the United States of Ame and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICAN MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE BY YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR M THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELO LAST 4 DIGITS SOCIAL SECUR NUMBER [optional] |
|---|---|---|---|---|---|
| | 1. SIGN | [signature] | RESIDENCE 6_0 N 32 St | | |
| | PRINT | Jason Andersen | CITY/TOWN Richmond, VA | 5/15/16 | |
| | 2. SIGN | [signature] | RESIDENCE 603 N 26+h ST | | |
| | PRINT | Tasbee Costimilia | CITY/TOWN R VA 23223 | 5/5/16 | |
| | 3. SIGN | [signature] | RESIDENCE 811 Turner St | | |
| | PRINT | Bent Ecwitz | CITY/TOWN Richmond, VA 23224 | 5/15/16 | |
| | 4. SIGN | [signature] | RESIDENCE 3608 Tindall | | |
| | PRINT | Molya Clayfield | CITY/TOWN Richmond, VA | 5/15/16 | |
| | 5. SIGN | Craig Green | RESIDENCE 4810 Kensington Ave | | |
| | PRINT | Amy Brachman | CITY/TOWN Richmond, VA 23221 | 5/15/16 | |
| | 6. SIGN | McCamp | RESIDENCE 1010 W. 42nd St | | |
| | PRINT | Mary Eixel Canup | CITY/TOWN Richmond VA | 5/15/16 | |
| | 7. SIGN | Raoul Griffin | RESIDENCE 4817 Augusta Ave | | |
| | PRINT | Rachel Griffin | CITY/TOWN Richmond, VA | 5/15/16 | |
| | 8. SIGN | [signature] | RESIDENCE 450 2 new Kent Ave | | |
| | PRINT | Jessica Rosenburg | CITY/TOWN Richmond, VA 23223 | 5/15/ | |
| | 9. SIGN | [signature] | RESIDENCE 1514 Zept Mark | | |
| | PRINT | Bill Nelson | CITY/TOWN Richmond, Va | 5/16/16 | |
| | 10. SIGN | Chelsea Wolf | RESIDENCE Richmond VA | | |
| | PRINT | CHELSEA WOLF | CITY/TOWN 1511 CARTER ST | 5/16/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to fac checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN ESSIE STAR KELLEY / PRINT JESSIE STAR KELLEY | RESIDENCE 829 IRBY DR / CITY/TOWN Richmond VA | 5/14 | |
| 12. | SIGN / PRINT Kitty Garman | RESIDENCE 1800 Rawlings St / CITY/TOWN Richmond VA | 5/15 | 2 |
| 13. | SIGN / PRINT Danie Cook | RESIDENCE 101 Carlisle ave / CITY/TOWN Richmond VA | 5/15 | |
| 14. | SIGN Margaret Cook / PRINT Margaret Cook | RESIDENCE 1101 Carlisle Re / CITY/TOWN Richmond VA 23225 | 5/14 | |
| 15. | SIGN Dennis Cullen / PRINT Dennis Cullender | RESIDENCE 1901 Cedarhurst Dr / CITY/TOWN Richmond, VA 23225 | 5/15 | |
| 16. | SIGN Garnell Pace / PRINT Garnell Pace | RESIDENCE 2000 semmes Ave / CITY/TOWN Richmond VA | 5/15 | |
| 17. | SIGN / PRINT Gail Manus | RESIDENCE 1010 W. 42nd St / CITY/TOWN RVA 23225 | 5/15 | 2 |
| 18. | SIGN / PRINT Ann Charlotte Camp | RESIDENCE 1010 W 42nd St / CITY/TOWN Richmond VA 23225 | 5/15 | |
| 19. | SIGN / PRINT Emily Watchin | RESIDENCE 2113 Park Ave / CITY/TOWN Richmond, VA 23280 | 5/15 | |
| 20. | SIGN Paul Ivey / PRINT PAUL M IVEY | RESIDENCE 213 W 30th St / CITY/TOWN Richmond 23225 | 5/15 | |
| 21. | SIGN / PRINT Peter Albigyn | RESIDENCE 525 E Grace St / CITY/TOWN Richmond Va | 5/15 | |

Commonwealth of Virginia - AFFIDAVIT -

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland ave in the State/Commonwealth of Virginia in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is any punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

NOT PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 3/5 day of May, 2016, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE T64752950 VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER 1193

Princetta Irene Clarke NOTARY PUBLIC Commonwealth of Virginia Reg. #7037191 My Commission Expires 8/31/2018

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar when copying this document for public inspection, must cover the column containing any social security number or part thereof.

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va 23222

ENTER ABOVE, CITY/TOWN        ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT        ENTER ABOVE, DISTRICT IF APPLICABLE

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a stated office, it is suggested that you, if a candidate in court, to facilitate the processing of the filing, reduce the number of signatures by congressional district and enter district no. ____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of __Richmond__ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary

to be held on the __8th__ day of __November__ , 20 __16__ , and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her his a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA AND IS NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| 1. | SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| 2. | SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| 3. | SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| 4. | SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| 5. | SIGN | LINDA PATTIE | RESIDENCE 3234 Kensington Ave | 5/19/16 | |
| | PRINT | Platts | CITY/TOWN Richmond, VA | | |
| 6. | SIGN | | RESIDENCE 3234 Kensington Ave | 5-19-16 | |
| | PRINT | Catherine Gilfoyle | CITY/TOWN Richmond VA | | |
| 7. | SIGN | JM Anderson | RESIDENCE 3215 KENSINGTON AVE | 5/19/16 | |
| | PRINT | J. M. Anderson | CITY/TOWN RICHMOND, VA 23221 | | |
| 8. | SIGN | | RESIDENCE 3216 Kensington Ave | 5/19/16 | |
| | PRINT | Edward Curry | CITY/TOWN Richmond VA 23221 | | |
| 9. | SIGN | | RESIDENCE 3204 Kensington Ave | 5/19/16 | |
| | PRINT | Sean Riley | CITY/TOWN Richmond VA 23221 | | |
| 10. | SIGN | Margaret R. Anderson | RESIDENCE 3215 KENSINGTON AVE | 5/19/16 | |
| | PRINT | MARGARET R. ANDERSON | CITY/TOWN RICHMOND, VA 23221 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER | RESIDENCE ADDRESS | DATE SIGNED | LAST 4 DIGITS SSN |
|---|---|---|---|---|
| 11 | SIGN / PRINT Jalli White | 3252 Huntersmill / Richmond | 5/14/16 | |
| 12 | SIGN / PRINT | 7400 central / Dinessa VA | 5/14/16 | |
| 13 | SIGN / PRINT Carissa Evans | 2309 Lamb Ave #2 Richmond VA | 5/14/16 | |
| 14 | SIGN / PRINT Stephanie Evans | 2309 Lamb Ave Rich VA 23222 | 5/14/16 | |
| 15 | SIGN / PRINT | 2710 Lamb St Rich 23222 | 5/14/16 | |
| 16 | SIGN / PRINT Barbara Muhammad | 2421 Lamb Ave Rich, VA 23222 | 5/14/16 | |
| 17 | SIGN / PRINT Naomi Taylor | Richmond VA 23232 | 5/14/16 | |
| 18 | SIGN / PRINT Shonette Ogar | 4304 Hillcrest Ave Richmond Va | 5/14/16 | |
| 19 | SIGN / PRINT | | | |
| 20 | SIGN / PRINT Jaquieta Fells | 2502 Haden Ave Richmond VA | 5/14/16 | |
| 21 | SIGN / PRINT Elizabeth Sykes | 3150 Ellwood Ave Richmond VA | 5/14/16 | |

- AFFIDAVIT -

Commonwealth of Virginia  TK4752950

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland Ave in the State/Commonwealth of Virginia, in the County/City/Town of Richmond; (ii) I am a legal resident of United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

CIRCULATOR'S LICENSE NUMBER VA 1193

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May 20 16, by Alan Schintzius

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia

SBE-506/521 REV 1.2013

*Alan Schintzius*

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

*3321 Garland ave*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*Richmond VA    23222*

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

*MAYOR*

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city it is suggested that you use separate petition form for qualified voters in a county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in counts to facilitate the processing of the filing. About the number of signatures by congressional district in ___ [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of ___ *Richmond* ___ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the *8th* day of *November*, 20 *16*, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR:  MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| | 1. SIGN | *Mona* | RESIDENCE *Richmond 23221* | *5/9/16* | |
| | PRINT | *Monica Johnston* | CITY/TOWN *4305 W Franklin* | | |
| | 2. SIGN | | RESIDENCE *1308 Broadway Rd* | *5/20/16* | |
| | PRINT | *Dave Smith* | CITY/TOWN *Richmond VA 23225* | | |
| | 3. SIGN | | RESIDENCE *2356 Broad St* | *5/20/16* | |
| | PRINT | *Reza Hosseini* | CITY/TOWN *Richmond VA 23223* | | |
| | 4. SIGN | | RESIDENCE *1712 Carlisle Ave #2* | *5/20/16* | |
| | PRINT *MEGAN S. SUMMERS* | | CITY/TOWN *Richmond VA 2321* | | |
| | 5. SIGN | | RESIDENCE *Glen Allen 23xxx* | *5/20/16* | |
| | PRINT | *Jared Marcus* | CITY/TOWN *41xx Krumm Ct* | | |
| | 6. SIGN | | RESIDENCE *5234 Barnsley Ter* | *5/20/16* | |
| | PRINT | *Hannah Zhang* | CITY/TOWN *Glen Allen, VA 2305x* | | |
| | 7. SIGN | | RESIDENCE *Richmond 2322x* | *5/20/16* | |
| | PRINT | *John Weinberg* | CITY/TOWN | | |
| | 8. SIGN | *Laurie Weinberg* | RESIDENCE *Richmond 2322x* | *5/20/16* | |
| | PRINT | *Laurie Weinberg* | CITY/TOWN *207 Grace Ave* | | |
| | 9. SIGN | *Anne M. Wynn* | RESIDENCE *321 N. Cleveland #4* | *5/20/16* | |
| | PRINT | *Anne M. Wynn* | CITY/TOWN *Richmond VA 2321* | | |
| | 10. SIGN | *Stephen Clark* | RESIDENCE *501 Stockton St* | *5/20/16* | |
| | PRINT | *Stephen Clark* | CITY/TOWN *RVA 23224* | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:**  The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record.  You are not required to provide this information and may sign the petition without doing so.  The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ☞ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| 11 | SIGN _(signature)_ | RESIDENCE | 2308 Lancashire Dr | 5/20/ 2016 | |
| | PRINT Aaron Marcinkevich | CITY/TOWN | Richmond VA | | |
| 12 | SIGN _(signature)_ | RESIDENCE | 1-222 Park ___ | 5/20 | |
| | PRINT Colleen Brennan | CITY/TOWN ___ Richmond | | | |
| 13 | SIGN Christina Lockesby | RESIDENCE | 600 N 22nd St | 5/20/ | |
| | PRINT Christina Lockesby | CITY/TOWN | Richmond VA 23223 | | |
| 14 | SIGN _(signature)_ | RESIDENCE | Richmond | 5/20 | |
| | PRINT Jessica Jean | CITY/TOWN | Richmond | | |
| 15 | SIGN _(signature)_ | RESIDENCE | Richm___ | 5 20 | |
| | PRINT Guy Mort___ | CITY/TOWN | Richm___ | | |
| 16 | SIGN Virginia Hensley | RESIDENCE | 2512 E Franklin St | 5/20 | |
| | PRINT MARY ANNE HENSLEY | CITY/TOWN | Richmond VA | | |
| 17 | SIGN Taylor Jewell Hensley | RESIDENCE | 2621 Stuart Ave #3 | 5/20/16 | |
| | PRINT Taylor Jewell Hensley | CITY/TOWN | RVA 23220 | | |
| 18 | SIGN _(signature)_ | RESIDENCE | 2322 E 1st Marshall St | 5/20/16 | |
| | PRINT Kirby Powels | CITY/TOWN | Richmond VA | | |
| 19 | SIGN _(signature)_ | RESIDENCE | 2204 E Marshall St | 5/20 | |
| | PRINT KELLY BARROWS | CITY/TOWN | RICHMOND VA | | |
| 20 | SIGN _(signature)_ | RESIDENCE | 331 Northview Pl | 5/20/16 | |
| | PRINT Virginia Boldry | CITY/TOWN | Richmond VA | | |
| 21 | SIGN _(signature)_ | RESIDENCE | 908 Roseimont Rd | 5/20/16 | |
| | PRINT K. Fleece | CITY/TOWN | Richmond VA | | |

Commonwealth of Virginia - AFFIDAVIT -

I, Alan Schintzius _____ swear or affirm that (i) my full residential address is 3371 Garland Ave _____ in the State/Commonwealth of Virginia, in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a crime punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_(signature)_
SIGNATURE OF PERSON CIRCULATING THE PETITION

BE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May, 20 16, by Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

_(signature)_
THE NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

TL4252950
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration records. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar when copying this document for public inspection, must cover the column containing social security number or part thereof.

not included in seal-stamp

SBE-506/521 REV 1.2013

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va          23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIE
VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than county or city, it is suggested that you use separate petition form for qualified voters county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in order to facilitate the processing of the filing. If you the number of signatures by congressional enter district no. _____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
_Richmond_ signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary
to be held on the _8th_ day of _November_, 20_16_, and we do further petition
that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/hi a legal resident of the United States of Am and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:     YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BEL LAST 4 DIGIT SOCIAL SECU NUMBER* |
|---|---|---|---|---|---|
| R | 1. SIGN | Ward Tritt | RESIDENCE 4/306 New K-- | 5/15/ | |
| | PRINT | H | CITY/TOWN RVA 23225 | | |
| R | 2. SIGN | Clr | RESIDENCE 705 ---- W--- | 5/1, | |
| | PRINT | M. Cromer Gul 5.1 | CITY/TOWN RVA 23225 | | |
| R | 3. SIGN | ern delp | RESIDENCE 2720 Warlun AVS | 5/15/ | |
| | PRINT | erin delp | CITY/TOWN RVA 23222 | | |
| R | 4. SIGN | Jin delp | RESIDENCE 2720 Wewli wofg | 5/15/ | |
| | PRINT | Jon DElp | CITY/TOWN RVA 23222 | | |
| | 5. SIGN | Ge Bu--- | RESIDENCE 430 S Pine | 5--- | |
| | PRINT | Gory Butler | CITY/TOWN R ichmond | | |
| IV | 6. SIGN | Kristin Picklmanah | RESIDENCE 2015 New Market Rd | 5/15/16 | |
| | PRINT | | CITY/TOWN Richmond, VA 2323) | | |
| R | 7. SIGN | Kim Kr | RESIDENCE 2413 Nicourt Cecil | 5/15/16 | |
| | PRINT | Kim MAMNJ | CITY/TOWN RICHMOND VA 23225 | | |
| 8. | SIGN | --- | RESIDENCE 3136 Ellwood Ave | 5/16/16 | |
| | PRINT | Paul Webb | CITY/TOWN RVA 23221 | | |
| | 9. SIGN | Clll | RESIDENCE 2015 Idlewild 0323/ | 5/16/16 | |
| | PRINT | ---- Juapla | CITY/TOWN Richmond | | |
| R | 10. SIGN | --- | RESIDENCE 8.----- 347 s- | 5/16/16 | |
| | PRINT | K. C BYRNES | CITY/TOWN 21 CK----3 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number or part thereof in checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

ter-1-16  7/2:

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|---|
| 11. | SIGN _(signature)_ | RESIDENCE | 7012 South Dr | 5/15 | |
| | PRINT Jacob Maktoor | CITY/TOWN Richmond VA | | | |
| 12. | SIGN _(signature)_ | RESIDENCE | 7203 Brigham d 23225 | 5/15 | |
| | PRINT Clair Morgan | CITY/TOWN Richmond VA 23226 | | | |
| 13. | SIGN _(signature)_ | RESIDENCE | 7203 Brigham Rd | 5/15 | |
| | PRINT CRISTIN MORGAN | CITY/TOWN Richmond VA 23226 | | | |
| 14. | SIGN _(signature)_ | RESIDENCE | 3203 Rueger x | 5/15 | |
| | PRINT Bonnie Hill | CITY/TOWN RVA | | | |
| 15. | SIGN _(signature)_ | RESIDENCE | 203 N Lot cir | 5/15 | |
| | PRINT NINA MARINO | CITY/TOWN RVA | | | |
| 16. | SIGN _(signature)_ | RESIDENCE | 2114 E. Leigh St. | 5/15 | |
| | PRINT Tyler C. Carter | CITY/TOWN RVA | | | |
| 17. | SIGN _(signature)_ | RESIDENCE | 3512 Stuart ave #1 | 5/15 | |
| | PRINT Kimberly Dangelo | CITY/TOWN Richmond VA | | | |
| 18. | SIGN _(signature)_ | RESIDENCE | | | |
| | PRINT JEFFREY | CITY/TOWN | | | |
| 19. | SIGN _(signature)_ | RESIDENCE | 4418 Cutshaw ave | 5/15/16 | |
| | PRINT Aaron Gooldwin | CITY/TOWN Richmond VA | | | |
| 20. | SIGN _(signature)_ | RESIDENCE | 4418 Cutshaw Ave | 5/15/16 | |
| | PRINT HEATHER CONAN | CITY/TOWN RICHMOND VA | | | |
| 21. | SIGN _(signature)_ | RESIDENCE | 6717 Sergeant Rd | 5/15 | |
| | PRINT Greg Burns | CITY/TOWN Richmond VA | | | |

Commonwealth of Virginia - AFFIDAVIT -

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3371 Garland Ave in the State/Commonwealth of Virginia, in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_(signature)_
SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May, 20 16, by

Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

_(signature)_
[SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES]

BE PHOTOGRAPHICALLY REPRODUCIBLE. NOTARY SEAL/STAMP BELOW)

T64752950
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

not included in seal/stamp
SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA
## PETITION OF QUALIFIED VOTERS

[Must be filed with Declaration of Candidacy]

When an election district includes more than county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you the number of signatures by congressional district enter district no.____ [optional]

**Alan Schintzius**
ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

**3321 Garland ave**
ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

**Richmond Va        23222**
ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

**MAYOR**
ENTER ABOVE, OFFICE SOUGHT            ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of **Richmond** COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the **8th** day of **November**, 20 **16**, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | [SEE NOTE BELOW] LAST 4 DIGITS SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| | 1. | SIGN _____ PRINT Danielle Reggie | RESIDENCE 310 Hawthorne Ave CITY/TOWN Richmond VA | 5/15 | |
| | 2. | SIGN _____ PRINT J. Barry Corr | RESIDENCE 3310 Hanove Ave #3 CITY/TOWN Richmond VA | 5/15 | |
| | 3. | SIGN _____ PRINT _____ | RESIDENCE 2515 Kensington Ave CITY/TOWN Richmond VA 23226 | 5/15 | |
| | 4. | SIGN _____ PRINT Nick Osborne | RESIDENCE 8th Kensington de CITY/TOWN Richmond VA | 5/15 | |
| | 5. | SIGN Kelly Lonergan PRINT Kelly Lonergan | RESIDENCE 3320 W. Grace St. B CITY/TOWN Richmond VA 23221 | 5/15 | |
| | 6. | SIGN _____ PRINT Evan Mackenzie | RESIDENCE 2222 Parkwood Ave CITY/TOWN Richmond VA 3226 | 5/15 | |
| | 7. | SIGN _____ PRINT Christina Thompson | RESIDENCE 2322 Parkwood Ave CITY/TOWN Richmond VA 23220 | 5/15 | |
| | 8. | SIGN _____ PRINT Ken Ruger | RESIDENCE 1906 _____ CITY/TOWN Richmond 23226 | 5/15 | |
| | 9. | SIGN _____ PRINT Katie McBride | RESIDENCE 1400 Carter St. CITY/TOWN Richmond 23226 | 5/15 | |
| | 10. | SIGN _____ PRINT _____ Grummet | RESIDENCE 1234 2nd St. Apt 2 CITY/TOWN Richmond VA | 5/15/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to assist in checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN Brigid Burns PRINT Brigid Burns | RESIDENCE 6717 Sherwood Rd CITY/TOWN Richmond VA 23801 | 5/16/16 | |
| 12 | SIGN Mary Angelo PRINT Mary Angelo | RESIDENCE 714 Bethel Ave CITY/TOWN Richmond | 5/16/16 | |
| 13 | SIGN Gee PRINT Sophia Comess | RESIDENCE 1913 Lakeview Avenue L CITY/TOWN Richmond, VA 23220 | 5/16/16 | |
| 14 | SIGN Grant Matthews PRINT GRANT MATTHEWS | RESIDENCE 1657 LIMERICK DR CITY/TOWN RICHMOND VA 23322 | 16-05-16 | |
| 15 | SIGN Jenny Birchett PRINT Jenny Birchett | RESIDENCE 410 S Laurel St CITY/TOWN Richmond VA 23220 | 5/16/16 | |
| 16 | SIGN Teresa Birchett PRINT Teresa Birchett | RESIDENCE 410 S. Laurel St CITY/TOWN Richmond VA 23220 | 5/16/16 | |
| 17 | SIGN PRINT TODD HERSEY | RESIDENCE 1112 N SHEPPARD CITY/TOWN Richmond, Va | 5/16/16 | |
| 18 | SIGN PRINT Tim Leinbroker | RESIDENCE Richmond, Va | 5/16/16 | |
| 19 | SIGN PRINT W. H | RESIDENCE 1864 GRACE ST CITY/TOWN RICHMOND | 5/16/16 | |
| 20 | SIGN PRINT | RESIDENCE 2115 PARK AVE, #4 CITY/TOWN RICHMOND | 5/16/16 | |
| 21 | SIGN PRINT | RESIDENCE 184 Texas Ave CITY/TOWN Richmond | 5/16/16 | |

- AFFIDAVIT -

Commonwealth of Virginia

I Alan Schintzius swear or affirm that (i) my full residential address is 3371 Garland Ave in the State/Commonwealth of Virginia ½ in the County/City/Town of Richmond (ii) I am a legal resident of the United States of America (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION: Alan Schintzius

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31st day of May 20 16, by
ALAN Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

IF PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE: T64752950

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE: VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER: 1193

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

Not to be used in seal/stamp

SBE-506/521 REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]
*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
*3321 Garland Ave*

ENTER ABOVE, CITY/TOWN   *Richmond Va*   ZIP + 4   *23222*

ENTER ABOVE, OFFICE SOUGHT   *MAYOR*   ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in counties to facilitate the processing of the filing. If you use the number of signatures by congressional districts enter district no. _____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of ___ *Richmond* ___ COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary

to be held on the *8th* day of *November* 20 *16*, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is herself a legal resident of the United States of America and who is not a minor or a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that she personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA AND NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | [SEE NOTE BELOW] LAST 4 DIGIT SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| ✓ | 1. SIGN / PRINT | Adi T... / Adrian Meyer | RESIDENCE 1411 Carter St / CITY/TOWN Richmond VA | 5/15/16 | |
| ✓ | 2. SIGN / PRINT | Chris Crave / Chris Crave | RESIDENCE 4103 Hillcrest Rd / CITY/TOWN Richmond VA | 5/15/16 | |
| ✓ | 3. SIGN / PRINT | ___ / John Crane | RESIDENCE 4103 Hillcrest / CITY/TOWN Richmond VA | 5/15/16 | |
| ✓ | 4. SIGN / PRINT | Jada Jackson / JADA JACKSON | RESIDENCE 1411 Carter St / CITY/TOWN Richmond VA | 5/15/16 | |
| ✓ | 5. SIGN / PRINT | John Hott / JOHNNY HOTT | RESIDENCE 8... Mumbert... / CITY/TOWN ... 23117 | 5/15/16 | |
| ✓ | 6. SIGN / PRINT | Chris Gere / Chris Gere | RESIDENCE 2818 Dupont Circle / CITY/TOWN Richmond VA 23222 | 5/15/16 | |
| ✓ | 7. SIGN / PRINT | ___ / Alanda Berry Jones | RESIDENCE 3408 Garland Ave / CITY/TOWN Richmond VA 23222 | 5/15/16 | |
| ✓ | 8. SIGN / PRINT | ___ / Matthew Jones | RESIDENCE 3408 Garland Ave / CITY/TOWN Richmond VA 23222 | 5/15/16 | |
| ✓ | 9. SIGN / PRINT | Julianna Szigarto / Julianna Szigarto | RESIDENCE 2911 Montrose Ave / CITY/TOWN Richmond, VA 23222 | 5/16/16 | |
| ✓ | 10. SIGN / PRINT | Jennifer H Mundin / Jennifer H. Mundin | RESIDENCE 2914 Montrose Ave / CITY/TOWN Richmond Va 23222 | 5/16/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR

RCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR, NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| FICE SE ILY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN Ronnie M. Johnson | RESIDENCE 2915 Montrose Ave | 3-16-26 | |
| | PRINT Ronnie M. Johnson | CITY/TOWN Richmond Va. 23222 | | |
| 12. | SIGN George Mundin | RESIDENCE 2916 Brinton Rux | 5-16- | |
| | PRINT George Mundin | CITY/TOWN Richmond Va 233 | | |
| 13. | SIGN Arnold Rosenbaum | RESIDENCE 4113 Kensington | 5-16 | |
| | PRINT ARNOLD ROSENBAUM | CITY/TOWN Richmond VA 23221 | | |
| 14. | SIGN George C Harris | RESIDENCE 2007 Hermitage | 5/16 | |
| | PRINT George Harris | CITY/TOWN Richmond Va | | |
| 15. | SIGN Joyce L Anderson | RESIDENCE 2308 Lamb Ave | 5/16 | |
| | PRINT Joyce L Anderson | CITY/TOWN Richmond, Va. | | |
| 16. | SIGN Wendy Price | RESIDENCE 2310 Hamb Ave | 5-16 | |
| | PRINT Brad Price | CITY/TOWN Richmond VG | | |
| 7. | SIGN Mary N Field | RESIDENCE 601 N. 22 nd St | 5-16 | |
| | PRINT MARY N Field | CITY/TOWN Richmond VA 23223 | | |
| 8. | SIGN Charles N Field | RESIDENCE 601 N. 22 ST | 5/16 | |
| | PRINT CHARLES N FIELD | CITY/TOWN Richmond, VA 23223 | | |
| 9. | SIGN Ste N Arnold | RESIDENCE 515 N 22 nd St | 5/16 | |
| | PRINT Ste N Arnold | CITY/TOWN Richmond VA 23223 | | |
| | SIGN Kelly Dotson | RESIDENCE 1002 N 21 st St | 5/16/16 | |
| | PRINT Kelly Dotson | CITY/TOWN Richmond VA 23223 | | |
| | SIGN Gina Jeter | RESIDENCE 724 Brantley Rd | 5-16-16 | |
| | PRINT Gina Jeter | CITY/TOWN North Chesterfield VA 23236 | | |

monwealth of Virginia — AFFIDAVIT —

I, Alan Schintzius, swear or affirm that (i) my full residential es is 3371 Garland Ave in the State/Commonwealth of Virginia, in the County/City/Town of Richmond; (ii) I am a legal resident of ited States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I sed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 31ST day of May 20 16, by Alan Schintzius PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES

PHOTOGRAPH CALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW.

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1195

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER
T6475 2950

Princette Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

acy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate king this petition into the official voter registration record. You are not required to provide this information and may sign the petition without g so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing soc'al security number or part thereof.

it included in seal/stamp    SBE-506/521 REV 1.2013

# PETITION OF QUALIFIED VOTERS

(Must be filed with Declaration of Candidacy)

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

Alan ___ T___

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

3321 garland a___

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

Rich___ Va 2___

ENTER ABOVE, OFFICE SOUGHT                ENTER ABOVE, DISTRICT IF APPLICABLE

MAJOR

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you like the number of signatures by congressional district enter district no: _____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of _____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☐ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the _____ day of _____, 20_____, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER (OPTIONAL) |
|---|---|---|---|---|
| 1. | SIGN _____ PRINT _____ | RESIDENCE _____ CITY/TOWN _____ | | |
| 2. | SIGN _____ PRINT Tody Wittemann | RESIDENCE 1319 _____ CITY/TOWN Richmond | 4/__/__ | |
| 3. | SIGN _____ PRINT Barbara Paupe | RESIDENCE 140 _____ CITY/TOWN Richmond, VA 2____ | 4/06/__ | |
| 4. | SIGN Mariah White PRINT MARIAH White | RESIDENCE 712 W Clay St CITY/TOWN Richmond Va 23220 | 4/__/__ | |
| 5. | SIGN Margaret R Rush PRINT Margaret R Rush | RESIDENCE 1009 Catherine St. CITY/TOWN RVA 23220 | 4/26/10 | |
| 6. | SIGN _____ PRINT _____ | RESIDENCE _____ CITY/TOWN _____ | | |
| 7. | SIGN _____ PRINT _____ | RESIDENCE _____ CITY/TOWN _____ | | |
| 8. | SIGN _____ PRINT _____ | RESIDENCE _____ CITY/TOWN _____ | | |
| 9. | SIGN _____ PRINT _____ | RESIDENCE _____ CITY/TOWN _____ | | |
| 10. | SIGN _____ PRINT _____ | RESIDENCE _____ CITY/TOWN _____ | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE SIDE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing a social security number or part thereof.

SBE-506/521  REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: _____  OFFICE SOUGHT: _____

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A  FELON  WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE.  YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN / PRINT | RESIDENCE / City/Town | | |
| 12. | SIGN / PRINT | RESIDENCE / City/Town | | |
| 13. | SIGN / PRINT | RESIDENCE / City/Town | | |
| 14. | SIGN / PRINT | RESIDENCE / City/Town | | |
| 15. | SIGN / PRINT | RESIDENCE / City/Town | | |
| 16. | SIGN / PRINT | RESIDENCE / City/Town | | |
| 17. | SIGN / PRINT | RESIDENCE / City/Town | | |
| 18. | SIGN / PRINT | RESIDENCE / City/Town | | |
| 19. | SIGN / PRINT | RESIDENCE / City/Town | | |
| 20. | SIGN / PRINT | RESIDENCE / City/Town | | |
| 21. | SIGN / PRINT | RESIDENCE / City/Town | | |

Commonwealth of Virginia  - AFFIDAVIT -

I, Rhonda H. Davis, _____, swear or affirm that (i) my full residential address is 1320 W. Clay St. _____ in the State/Commonwealth of Virginia _____ in the County/City/Town of Richmond _____; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

Rhonda H. Davis
SIGNATURE OF PERSON CIRCULATING THE PETITION

PLACE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

State of _____  County/City of Richmond _____

The foregoing instrument was subscribed and sworn before me this _____ day of _____, 20___, by _____, Rhonda H. Davis

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**  DATE NOTARY COMMISSION EXPIRES**

T64277289
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
Virginia
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
3172
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Privacy notice:  The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record.  You are not required to provide this information and may sign the petition without doing so.  The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing any social security number or part thereof.

If not included in seal/stamp.    SBE-506/521  REV 1.2013

[Must be filed with Declaration of Cand

When an election district includes more th
county or city, it is suggested that you
separate petition form for qualified voters
county or city to facilitate the process ng
filing.

For a statewide office
it is suggested that you file petitions in col
to facilitate the processing of the filing. T
the number of signatures by congress ona
election district no. _____ [optional].

**Alan Schintzius**

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

**3321 Garland Ave**

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

**Richmond Va    23222**

ENTER ABOVE, CITY/TOWN            ENTER ABOVE, ZIP + 4

**MAYOR**

ENTER ABOVE, OFFICE SOUGHT            ENTER ABOVE, DISTRICT, IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of **Richmond** signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated
above in the [check only one]

All signatures required by law need not t
the same page of the petition. Numerou
pages may be produced. The circulator
each page must be a person who is a leg
a legal resident of the United States of A
and who is not a minor nor a felon, whos
voting rights have not been restored. The
circulator also must swear or affirm in the
affidavit that s/he personally witnessed
signature of each voter.

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary
to be held on the **8th** day of **November** 20**16**, and we do further petition
that his/her name be printed upon the official ballots to be used at the election.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA
MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FO
THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE B LAST 4 DIGI SOCIAL SEC NUMBE [optional] |
|---|---|---|---|---|---|
| R | 1. SIGN | Arthur Poindexter | RESIDENCE 3400 3Rd AV | 6/11/16 | |
| | PRINT | ARTHUR R POINDEXER | CITY/TOWN Rich Va | | |
| R | 2. SIGN | Raneisha Goode | RESIDENCE 1800 Dinwiddie Ave | 6-11-16 | |
| | PRINT | leneisha Goode | CITY/TOWN Richmond VA 23221 | | |
| R | 3. SIGN | Thomas Williams | RESIDENCE Richmond 23224 | 6/11/16 | |
| | PRINT | Thomas Williams | CITY/TOWN 908 E 14th | | |
| CN | 4. SIGN | Zach Harden | RESIDENCE 2007 dinwiddie Ave | 6-11-16 | |
| | PRINT | Zach Harden | CITY/TOWN Richmond, va 23224 | | |
| CN | 5. SIGN | Sharon Smith | RESIDENCE 2016 Dinwiddie Ave | 6-11-16 | |
| | PRINT | Sharon Smith | CITY/TOWN Richmond, Va | | |
| R | 6. SIGN | Phillip Alderman | RESIDENCE 2016 dinwiddie Ave | 6/11/2016 | |
| | PRINT | PHILLIP ALDERMAN | CITY/TOWN Richmond VA | | |
| N | 7. SIGN | Kevin Smith | RESIDENCE 3309 Douglas St | 6/11/2016 | |
| | PRINT | Kevin Smith | CITY/TOWN Richmond Va | | |
| N | 8. SIGN | Ever Bright | RESIDENCE 2204 Hillcrest Ave | 6/11/2016 | |
| | PRINT | Ever Bright | CITY/TOWN Richmond VA | | |
| | 9. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| | 10. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

***Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to fa
checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition withou
so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column contain
social security number or part thereof.

LATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

IGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |

nonwealth of Virginia - **AFFIDAVIT** -

Alan Schintzius , swear or affirm that (i) my full residential
s is 3321 Garland Ave in the State/Commonwealth of
Virginia ; in the County/City/Town of Richmond ; (ii) I am a legal resident of
ited States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
sed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
T64757950

NAME OF STATE THAT ISSUED THE CIRCULATOR'S LICENSE
V A

PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW

SIGNATURE OF PERSON CIRCULATING THE PETITION

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER
1193

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this
14 day of June , 20 10 , by
Alan Schintzius

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

PRINT NAME OF PERSON CIRCULATING THE PETITION

RE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES**

acy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
cking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
g so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
social security number or part thereof.

st included in seal/stamp.

SBE-506/521 REV 1.2013

Alan Schintzius      <13A

**ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]**

3321 Garland Ave

**ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE**

Richmond Va    23222

**ENTER ABOVE, CITY/TOWN**     ENTER ABOVE ZIP #

MAYOR

**ENTER ABOVE, OFFICE SOUGHT**     ENTER ABOVE DISTRICT IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you separate petition form for qualified voters in county or city, to facilitate the processing and filing.

For a statewide office,
it is suggested that you file petitions in order to facilitate the processing of the filing. Indicate the number of signatures by congressional district, senatorial district and ____ (optional).

We, the qualified voters of the district in which the above candidate seeks nomination or election and of Richmond COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the (check only one)

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is herself a legal resident of the United States of Am and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BEL LAST 4 DIGIT SOCIAL SECU NUMBER (optional) |
|---|---|---|---|---|---|
| W | 1. SIGN / PRINT | Rachel Lee | RESIDENCE 2317 Halifax Ave. CITY/TOWN Richmond Va 23222 | 6/11/16 | |
| R | 2. SIGN / PRINT | Selwynn Thompson | RESIDENCE 2223 Halifax CITY/TOWN Richmond Va | 6/9/16 | |
| P | 3. SIGN / PRINT | CHARLES EVANS HUGHES SR | RESIDENCE 6846 EVERGLADES DR. CITY/TOWN RICHMOND, VA 23225 | 6/11/16 | |
| | 4. SIGN / PRINT | | RESIDENCE CITY/TOWN | | |
| P | 5. SIGN / PRINT | Shiquita S. Lovin | RESIDENCE 2207 Gordan Ave CITY/TOWN Richmond Va | 6/11/16 | |
| P | 6. SIGN / PRINT | Teresa Williams | RESIDENCE 2207 Gordon Ave CITY/TOWN Richmond VA 23224 | 6/11/16 | |
| W | 7. SIGN / PRINT | Joan Loving | RESIDENCE 2207 Gordan Ave CITY/TOWN Rich Va | 6/11/16 | |
| W | 8. SIGN / PRINT | Glenn Jones | RESIDENCE 1605 Edwards Ave CITY/TOWN RICHMOND VA | 6/11/16 | |
| A | 9. SIGN / PRINT | Renee Harris | RESIDENCE 3621 Bentonville CITY/TOWN Rich Va 23222 | 6/11/16 | |
| P | 10. SIGN / PRINT | Betty Bridges | RESIDENCE 2001 Halifax CITY/TOWN Richmond Va | 6/11/16 | |

**CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE**

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to fac checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without do so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A    FELON    WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:   YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE.  YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|
| 1 SIGN: Marilyn Bridges | RESIDENCE 1608 Edwards Ave | 6/4/16 | |
| PRINT: Marcia Bridges | CITY/TOWN Richmond VA 23224 | | |
| 2 SIGN: Kermit Green | RESIDENCE 2113 Ingram Ave | 6/4/16 | |
| PRINT: Kermit Green | CITY/TOWN Richmond VA | | |
| 3 SIGN: Brenda Hooker | RESIDENCE 2113 Ingram Ave | 6/4/16 | |
| PRINT: Brenda Hooker | CITY/TOWN Richmond, VA | | |
| 4 SIGN: Tiffany Tingle | RESIDENCE 1500 Drewry St | 6/11/16 | |
| PRINT: Tiffany Tingle | CITY/TOWN Richmond, Va | | |
| 5 SIGN: Yield a Shelton | RESIDENCE 2415 Ingram Av | 6/11/16 | |
| PRINT: Yield a Shelton | CITY/TOWN Richmond VA | | |
| 6 SIGN: Damon Shelton | RESIDENCE 2415 Ingram | 6/11/16 | |
| PRINT: Damon Shelton | CITY/TOWN Richmond VA | | |
| 7 SIGN: Maria Tuppince | RESIDENCE 1808 Jenita Ave | 6/4/16 | |
| PRINT: Maria Tuppince | CITY/TOWN Richmond Va | | |
| 8 SIGN: Elliott Kerr | RESIDENCE 8104 Lee | 6/11/16 | |
| PRINT: Elliott Kerr | CITY/TOWN Richmond VA | | |
| 9 SIGN: Christine Harris | RESIDENCE 1800 Halifax Ave | 6/4/16 | |
| PRINT: Christine Harris | CITY/TOWN Richmond VA | | |
| 10 SIGN: Roberta F. Ratliff | RESIDENCE 6710 Enis St Ave | 6/11/16 | |
| PRINT: | CITY/TOWN Richmond VA | | |
| 11 SIGN: Marc Crewe | RESIDENCE 1700 Dinwiddie Ave. | 6/11/16 | |
| PRINT: Marc Crewe | CITY/TOWN Richmond, Va 23224 | | |

Commonwealth of Virginia  - **AFFIDAVIT** -

I, Alan Schintzius, swear or affirm that (i) my full residential
address is 3321 Garland Ave, in the State/Commonwealth of
Virginia, in the County/City/Town of Richmond; (ii) I am a legal resident of
United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side.  I understand that falsely signing this affidavit is a
felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia  County/City of Richmond

The foregoing instrument was subscribed and sworn before me this
14th day of June 20 16 by
Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**  DATE NOTARY COMMISSION EXPIRES**

ORCULATOR'S DRIVER'S
LICENSE NUMBER, IF
APPLICABLE
VA

NAME OF STATE THAT ISSUED
THE CIRCULATOR'S DRIVER'S
LICENSE
VA

CIRCULATOR'S LAST 4 DIGITS
OF SOCIAL SECURITY
NUMBER
1893

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

IF PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW

Privacy notice:  The  Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
matching this  petition with the official voter registration record.  You are not required to provide this information and may sign the petition without
doing so.  The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
the social security number or part thereof

not included in seal/stamp.

SBE-506/521  REV 1.2013

Alan Schintzius                                    L11✓

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland Ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va    23222

ENTER ABOVE, CITY/TOWN                              ENTER ABOVE ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT              ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in count to facilitate the processing of the filing. If you the number of signatures by congressional district enter a district no. _____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond _____ signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the 8th day of November, 2016, and we do further petition that his/her name be printed on the official ballots to be used at the election.

All signatures required by law need not be the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is herself a legal resident of the United States of Am and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|
| R | 1. SIGN | Lakisha Lau | RESIDENCE 2203 1st Ave | 6/11/16 | |
| | PRINT | Lakeisha R Denis | CITY/TOWN Richmond | | |
| R | 2. SIGN | Felicia Cosby | RESIDENCE 35/3 Garden the | 6/11/16 | |
| | PRINT | Felicia D. Cosby | CITY/TOWN Richmond | | |
| | 3. SIGN | Evelyn Henn | RESIDENCE 1124 Doke St | 6/10/16 | |
| | PRINT | Evelyn Henderson | CITY/TOWN Richmond VA 23225 | | |
| R | 4. SIGN | Keith Cole | RESIDENCE 2103 3rd Ave | 6-10-16 | |
| | PRINT | Keith Cole | CITY/TOWN Richmond VA 23222 | | |
| C | 5. SIGN | Kern Williams | RESIDENCE 114 N Ivy Ave | 6-10-16 | |
| | PRINT | Kern Williams | CITY/TOWN Highland Spring 23111 | | |
| R | 6. SIGN | Samad Khabir | RESIDENCE 2306 2nd Ave | 16 | |
| | PRINT | Samad Khabir | CITY/TOWN Richmond Va | | |
| R | 7. SIGN | Mary Pritchard | RESIDENCE 1102 Juniper St | 6/11/16 | |
| | PRINT | Mary Pritchard | CITY/TOWN Rich Va | | |
| | 8. SIGN | D Boyd | RESIDENCE 1910 1st Ave | 6/11/16 | |
| | PRINT | Donyna Boyd | CITY/TOWN Richmond Va 23222 | | |
| C | 9. SIGN | Roosevelt McCreey | RESIDENCE 2114 2nd Ave | 6/15/16 | |
| | PRINT | Roosevelt McCall | CITY/TOWN Richmond Va | | |
| C | 10. SIGN | Austin Mikelaites | RESIDENCE 2601 E Grace | 6/10/16 | |
| | PRINT | Austin Mikelaites | CITY/TOWN Richmond VA | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to fac checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CONTINUED FROM REVERSE SIDE  CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR  41B

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN _Michael Whoberg_ | RESIDENCE 3533 Hanover St. CITY/TOWN Richmond VA 23221 | 6-16-16 | |
| 12. | SIGN _Curtis Carter_ PRINT Curtis Carter | RESIDENCE 2601 3 Ave CITY/TOWN Richmond VA 23222 | 6/10/16 | |
| 13. | SIGN TARA Thomas PRINT Thomas TARA | RESIDENCE 2607 3rd VA CITY/TOWN Richmond VA 23222 | 6/10/16 | |
| 14. | SIGN Gotyria Thomas PRINT | RESIDENCE CITY/TOWN | | |
| 15. | SIGN _Gloria Thomas_ PRINT Gloria Thomas | RESIDENCE 2608 3rd Ave CITY/TOWN Rich VA 23222 | 6-10-16 | |
| 16. | SIGN _Eric Jones_ PRINT Eric Jones | RESIDENCE 2608 3rd Ave CITY/TOWN Rich VA 23222 | 6/10/2016 | |
| 17. | SIGN _Pete Fortenberry_ PRINT Pete Fortenberry | RESIDENCE 2319 3rd Ave CITY/TOWN Rich VA 23222 | 6-10-2016 | |
| 18. | SIGN _Doris W Jackson_ PRINT Doris W Jackson | RESIDENCE 2715 3rd Ave CITY/TOWN Rich VA 23222 | 6/10/16 | |
| 19. | SIGN _Soli Kafi_ PRINT Soli Kafi | RESIDENCE 2715 3rd Ave CITY/TOWN Rich Va 23222 | 6/10/16 | |
| 20. | SIGN _Alexa Prescod_ PRINT 431 Alexa Prescod | RESIDENCE 2606 1st Ave CITY/TOWN Richmond VA 23222 | 6/10/16 | |
| 21. | SIGN _Alexander Prescod_ PRINT Alexander Prescod | RESIDENCE 2606 1st Avenue CITY/TOWN Richmond Va | 6-10-16 | |

_mmonwealth of Virginia_ - **AFFIDAVIT** -    TK475 2950

I, Alan Schintzius, swear or affirm that (I) my full residential
ress is 3321 Garland Ave, in the State/Commonwealth of
Virginia in the County/City/Town of Richmond; (ii) I am a legal resident of
United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
essed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is
y punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1193

BE PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia  County/City of Richmond

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

The foregoing instrument was subscribed and sworn before me this
14th day of June, 20 16, by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

_Princetta_

TYPE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
adding this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
your social security number or part thereof.

not included in seal/stamp.

SBE-506/521 REV 1.2013

Alan Schintzius                    4 1 3 9

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va        23222

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than
one county or city, it is suggested that you use
separate petition form for qualified voters in each
county or city to facilitate the processing of
filing.

For a residence office
it is suggested that you file petitions in county
to facilitate the processing of the filing. If you list
the number of signatures by congressional district
enter district no.: _____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

_____Richmond_____ signed hereunder or on the reverse

COUNTY OR CITY, OR FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated
above in the [check only one]

☑ General Election  ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the __8th__ day of __November__, 20_16_, and we do further petition
that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on
the same page of the petition. Numerous
pages may be circulated. The circulator of
each page must be a person who is herhim
a legal resident of the United States of Ameri
and who is not a minor nor a felon whose
voting rights have not been restored. The
circulator also must swear or affirm in the
affidavit that s/he personally witnessed the
signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT SHE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, N
MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH'S SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE BY YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR
THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BEL LAST 4 DIGITS SOCIAL SECU NUMBER (OPTIONAL) |
|---|---|---|---|---|---|
| R | 1. SIGN | Erik Lawson | RESIDENCE 2618 Carline ave  CITY/TOWN Richmond Va 23222 | 6-10-16 | |
| R | 2. SIGN | Nicholas Kieczewski | RESIDENCE 11d E Richmond Hwy  CITY/TOWN Richmond VA 2324 | 6/9/16 | |
| R | 3. SIGN  PRINT | Marcus Smith | RESIDENCE Ri 2293 Barton Ave.  CITY/TOWN Richmond | 6-10-16 | |
| V | 4. SIGN  PRINT | Maurice Will | RESIDENCE 2713 Fendall  CITY/TOWN Rich VA 2353 | 6-10-16 | |
| R | 5. SIGN  PRINT | Jason Undestad | RESIDENCE 2305 Barton Ave  CITY/TOWN Richmond, VA 23222 | 6-10-16 | 7 |
| R | 6. SIGN  PRINT | Charles Watson | RESIDENCE 2411 2ND  CITY/TOWN Richmond Va | 6/10/16 | |
| R | 7. SIGN  PRINT | Andrew Stagey | RESIDENCE 1022 Redbanks  CITY/TOWN Rich, VA 23224 | 6-10-16 | |
| R | 8. SIGN  PRINT | Eddie Jackson Jr | RESIDENCE 3321 Dill Ave  CITY/TOWN Richmond | 6-10-16 | |
| R | 9. SIGN  PRINT | Eddie Jackson Sr  Jennifer Williams | RESIDENCE 3321 Dill Ave  CITY/TOWN Richmond Va | 6-10-16 | |
| 10. SIGN  PRINT | | | RESIDENCE Richmond VA 16  CITY/TOWN | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to fac
checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containin
social security number or part thereof.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE — RESIDENCE ADDRESS — House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN _Angela Lee_ PRINT Angela Lee | RESIDENCE 3114 Richmond Henrico CITY/TOWN Richmond VA 23227 | 6/10/16 | |
| 12. | SIGN _Gary Ogresham_ PRINT Gary Al | RESIDENCE 2606 5th Ave CITY/TOWN Richmond VA 23222 | 6/10/16 | |
| 13. | SIGN _Greg Har_ PRINT Gregory Harper | RESIDENCE 2517 3rd Ave CITY/TOWN Richmond Va | 6/10/16 | |
| 14. | SIGN _John Kilby_ PRINT John Kilby | RESIDENCE 3609 4th Ave. CITY/TOWN Richmond, VA. | 6/10/16 | |
| 15. | SIGN _Jessica JCJ_ PRINT Jessica JCJ | RESIDENCE 3509 King Henry W. CITY/TOWN Richmond VA | 6/10/16 | |
| 16. | SIGN _Cruneatta S. Helmer_ PRINT Cruneatta S. Helmer | RESIDENCE 4525 Crawford Ave CITY/TOWN Richmond | 6/10/16 | |
| 17. | SIGN _Jordan Stephens_ PRINT Jordan Stephens | RESIDENCE 512 Patrick Ave CITY/TOWN Richmond | 6/10/16 | |
| 18. | SIGN _Rita Robinson_ PRINT Rita J. Robinson | RESIDENCE 3304 Garland Ave CITY/TOWN Rich. Va 23222 | 6/10/2016 | |
| 19. | SIGN _Geraldine Richardson_ PRINT Geraldine Rd | RESIDENCE 2208 1st Ave CITY/TOWN Rich VA 23222 | 6-10-10 | |
| 20. | SIGN _Dean Scaturro_ PRINT Dean Scaturro | RESIDENCE 1203 Willow St. CITY/TOWN R. VA 23222 | 6-10-10 | |
| | SIGN _____ PRINT Brian Davis | RESIDENCE 1203 N CITY/TOWN Rich VA 23222 | 6/10/16 | |

## - AFFIDAVIT -

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland ave in the State/Commonwealth of Virginia in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_Alan Schintzius_
SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 14th day of June, 20 16, by Alan Schintzius

_Princetta_
PRINT NAME OF PERSON CIRCULATING THE PETITION

NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1193

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

TO BE PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

T64752950

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition against the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

** Not required if seal/stamp

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT TO APPEAR ON BALLOT)

*Alan Schintzius* 4/3/1

ENTER ABOVE, RESIDENCE ADDRESS OF CAND/DATE

*3321 Garland ave*

ENTER ABOVE, CITY/TOWN

*Richmond Va* 23222

ENTER ABOVE, OFFICE SOUGHT

*MAYOR*

ENTER ABOVE, DISTRICT IF APPLICABLE

We, the qualified voters of the district in which the above candidate seeks nomination or election and of *Richmond* COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the *8th* day of *November*, 20 *16*, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BE LAST 4 DIGIT SOCIAL SECU NUMBER (OPTIONAL) |
|---|---|---|---|---|---|
| R | 1. SIGN / PRINT | *MATT A CONRAD* | RESIDENCE *2002 Princess Ann* CITY/TOWN *RVA* | 6/10/16 | |
| C | 2. SIGN / PRINT | *Alicia Conrad* | RESIDENCE *2002 Princess Ann* CITY/TOWN *RVA* | 6/10/16 | |
| R | 3. SIGN / PRINT | *Christopher Fox* | RESIDENCE *1912 Princess Ann* CITY/TOWN *Richmond VA* | 6/10/16 | |
| R | 4. SIGN / PRINT | *Joseph Harker* | RESIDENCE *3509 E BROAD* CITY/TOWN *Rich VA 23223* | 6/10/16 | |
| R | 5. SIGN / PRINT | *Steve Rogers* | RESIDENCE *2908 E Broad S* CITY/TOWN *Richmond, VA* | 6/10/16 | |
| R | 6. SIGN / PRINT | *Mike Traschine* | RESIDENCE *2600 E Grace St* CITY/TOWN *Richmond VA 23223* | 6/1 | |
| R | 7. SIGN / PRINT | *Steve Lewis* | RESIDENCE *2600 E Grace St* CITY/TOWN *Richmond, VA 23223* | 6/10 | |
| R | 8. SIGN / PRINT | *Robert Poggioreklassi* | RESIDENCE *2600 E Grace St.* CITY/TOWN *Richmond, VA 23223* | 6/10 | |
| N | 9. SIGN / PRINT | *Mike Decker* | RESIDENCE *2708 E Broad St* CITY/TOWN *Richmond, VA* | 6/10 | |
| R | 10. SIGN / PRINT | *Aimee Decker* | RESIDENCE *2708 E Broad St* CITY/TOWN *Richmond, VA* | 6/10 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to fa checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

ULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|
| SIGN: Sam Tuttle / PRINT: Sam Tuttle | RESIDENCE: 615 N 29th St / CITY/TOWN: Richmond, VA | 6-10-16 | 7 |
| SIGN: / PRINT: Orlando Palmer | RESIDENCE: 4329 Beulah Oaks dirck / CITY/TOWN: Richmond Va | 10/14/91 | 3380 |
| SIGN: / PRINT: CHARLES SNYDER | RESIDENCE: 513 N 29TH ST / CITY/TOWN: RICHMOND | 6/10/16 | NA |
| SIGN: SG Cheek / PRINT: Sarah Grace Cheek | RESIDENCE: 573 N 29th St / CITY/TOWN: Richmond, VA | 6/10/16 | |
| SIGN: / PRINT: Nolan Delano | RESIDENCE: 65 Laura / CITY/TOWN: Richmon | 6/10/16 | |
| SIGN: / PRINT: Pete Nunnally | RESIDENCE: 2108 E Clay St / CITY/TOWN: RVA 23220 | 6/10/16 | |
| SIGN: / PRINT: Reeijah Waajid | RESIDENCE: 2301 Lamb ave / CITY/TOWN: Richmond, VA 23222 | 6/10/16 | |
| SIGN: Brenda White / PRINT: | RESIDENCE: 2309 Barton Ave / CITY/TOWN: 23222 | 6-10-16 | 7 |
| SIGN: / PRINT: Myra Haskins | RESIDENCE: 1800 Stockton St / CITY/TOWN: | 6/10/16 | |
| SIGN: Malinda / PRINT: MALINDA DAVI | RESIDENCE: 1414 Willow / CITY/TOWN: Richmond, Va 23224 | 6/10 | |
| SIGN: Theodore / PRINT: THEODORE Sames | RESIDENCE: / CITY/TOWN: | | |

**- AFFIDAVIT -**

nonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential

ss is 3321 Garland ave in the State/Commonwealth of

Virginia, in the County/City/Town of Richmond; (ii) I am a legal resident of

ited States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I

sed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a

punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this

14th day of June, 2016, by

Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

GE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S LICENSE 1193

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

ety notice. The Code of Virginia. §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate

king this petition with the official voter registration record. You are not required to provide this information and may sign the petition without

ng so. The State Board of Elections or the General Registrar when copying this document for public inspection, must cover the column containing

each security number or part thereof.

ot included in seal/stamp.

SBE-506/521 REV 1.2013

Alan Schintzius                    LILI A

ENTER ABOVE, NAME OF CANDIDATE (SHOULD BE AS IT IS TO APPEAR ON BALLOT)

3321 Garland ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va    23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT      ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office
It is suggested that you file petitions in county to facilitate the processing of the filing. If you multiply the number of signatures by congressional districts enter district no. ____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
Richmond
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]
☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary
to be held on the 8th day of November, 20 16, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is him/himself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit on the reverse side that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, N MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE BY YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | **SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|
| R | 1. | SIGN | RESIDENCE | | |
| | | PRINT | CITY/TOWN | | |
| R | 2. | SIGN | RESIDENCE | | |
| | | PRINT | CITY/TOWN | | |
| | 3. | SIGN | RESIDENCE | | |
| | | PRINT | CITY/TOWN | | |
| R | 4. | SIGN | RESIDENCE | | |
| | | PRINT | CITY/TOWN | | |
| | 5. | SIGN | RESIDENCE | | |
| | | PRINT | CITY/TOWN | | |
| R | 6. | SIGN | RESIDENCE | | |
| | | PRINT | CITY/TOWN | | |
| R | 7. | SIGN | RESIDENCE | 5/31/16 | |
| | | PRINT | CITY/TOWN | | |
| | 8. | SIGN | RESIDENCE | 5/1/16 | |
| | | PRINT | CITY/TOWN | | |
| | 9. | SIGN | RESIDENCE | | |
| | | PRINT | CITY/TOWN | | |
| | 10. | SIGN | RESIDENCE | | |
| | | PRINT | CITY/TOWN | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN / PRINT | RESIDENCE / City/Town | | |
| 12 | SIGN / PRINT | RESIDENCE / City/Town | | |
| 13 | SIGN / PRINT | RESIDENCE / City/Town Richmond VA | 6/2/16 | |
| 14 | SIGN / PRINT | RESIDENCE / City/Town | | |
| 15 | SIGN / PRINT | RESIDENCE / City/Town | | |
| 16 | SIGN / PRINT | RESIDENCE / City/Town Richmond VA | | |
| 17 | SIGN / PRINT | RESIDENCE / City/Town | | |
| 18 | SIGN / PRINT | RESIDENCE / City/Town | | |
| 19 | SIGN / PRINT | RESIDENCE / City/Town | | |
| 20 | SIGN / PRINT | RESIDENCE / City/Town | | |
| 21 | SIGN / PRINT | RESIDENCE / City/Town | | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland Ave in the State/Commonwealth of Virginia in the County/City/Town of Richmond; (ii) I am a legal resident of United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 14th day of June 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE T64752950

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE VA

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER 1193

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

**Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

**not included in seal/stamp.

SBE-506/521 REV 1.2013

COMMONWEALTH OF VIRGINIA

# PETITION OF QUALIFIED VOTERS

(Must be filed with Declaration of Candidacy)

**Alan Schintzius**

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

**3321 Garland ave**

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

**Richmond Va    23222**

ENTER ABOVE, CITY/TOWN                                    ENTER ABOVE, ZIP + 4

**MAYOR**

ENTER ABOVE, OFFICE SOUGHT                    ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you have the number of signatures by congressional district enter district no. _____ (optional)

---

We, the qualified voters of the district in which the above candidate seeks nomination or election and of **Richmond** COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the **8th** day of **November** 20 **16** and we do further petition that his/her name be printed upon the official ballots to be used at the election

All signatures required by law need not be the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is neither a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that she personally witnessed the signature of each voter.

---

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER (optional) |
|---|---|---|---|---|---|
| | 1. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| | 2. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| | 3. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| | 4. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| | 5. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| | 6. SIGN | | RESIDENCE | | 6/4/16 |
| | PRINT | | CITY/TOWN | | |
| | 7. SIGN | | RESIDENCE | | 6/4/16 |
| | PRINT | | CITY/TOWN | | |
| | 8. SIGN | | RESIDENCE | | 6/4/16 |
| | PRINT | | CITY/TOWN | | |
| | 9. SIGN | | RESIDENCE | 1711 Williamsburg | |
| | PRINT | | CITY/TOWN Richmond VA 232 | | |
| | 10. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

SBE-506/521   REV 1.2013

...RCULATOR:  MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A   FELON   WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

...SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE.  YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. SIGN | _illegible_ | RESIDENCE _illegible_ Ave | _illegible_ | |
| PRINT | _illegible_ HUMPHREY | CITY/TOWN Richmond VA _illegible_ | | |
| 12. SIGN | | RESIDENCE _illegible_ | | |
| PRINT | | CITY/TOWN _illegible_ | | |
| 13. SIGN | _illegible_ | RESIDENCE 3025 Dobie Ave | 6-7-16 | |
| PRINT | Hassan Fountain | CITY/TOWN Richmond VA 23222 | | |
| 14. SIGN | L. Sherry Harvey | RESIDENCE 1805 Steele Ave | 6-7-16 | |
| PRINT | 1805 Steele Ave | CITY/TOWN Richmond | | |
| 15. SIGN | _illegible_ | RESIDENCE 312 East Blvd, Apt 401 | 6-7-16 | |
| PRINT | Nate Peterson | CITY/TOWN Richmond | | |
| 16. SIGN | _illegible_ | RESIDENCE 340 _illegible_ Road | _illegible_ | |
| PRINT | _illegible_ Patterson | CITY/TOWN Richmond | | |
| 17. SIGN | _illegible_ | RESIDENCE 4031 Crutchfield St | _illegible_-8-16 | |
| PRINT | Ellen _illegible_ Azinbann | CITY/TOWN Richmond | | |
| 18. SIGN | _illegible_ | RESIDENCE 4031 Crutchfield St | 6-8-16 | |
| PRINT | _illegible_ Azinbann | CITY/TOWN Richmond | | |
| 19. SIGN | _illegible_ William | RESIDENCE _illegible_ Q Venable _illegible_ | 6/8/16 | |
| PRINT | Philandus Williams | CITY/TOWN Rich VA. | | |
| 20. SIGN | Grace Al-Wazzur | RESIDENCE 2600 Lamb Ave | 6/10/16 | |
| PRINT | Grace Al-Wazzur | CITY/TOWN Richmond VA | | |
| 21. SIGN | James Rice | RESIDENCE 261 _illegible_ | 6/_illegible_16 | |
| PRINT | James Rice | CITY/TOWN Richmond VA | | |

**- AFFIDAVIT -**

...mmonwealth of Virginia

I Alan Schintzius , swear or affirm that (i) my full residential
...ess is 3321 Garland Ave in the State/Commonwealth of
Virginia in the County/City/Town of Richmond ; (ii) I am a legal resident of the
...ited States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
...ssed the signature of each person who signed this page or its reverse side.  I understand that falsely signing this affidavit is
...y punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION _Alan Schintzius_

...E PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL/STAMP BELOW.

State of Virginia County/City of Richmond
The foregoing instrument was subscribed and sworn before me this
14th day of June 20 16 by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

_Princetta_

...TURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**   DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

T64752950

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

...vacy notice:  The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
...ching this petition with the official voter registration record.  You are not required to provide this information and may sign the petition without
...ng so.  The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
...y social security number or part thereof.

...not included in seal/stamp

SBE-506/521  REV 1.2013