ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]
*Alan Schintzius* 4/3?

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE
*3321 Garland ave*

ENTER ABOVE, CITY/TOWN *Richmond Va* ZIP + 4 *23222*

ENTER ABOVE, OFFICE SOUGHT *MAYOR*     ENTER ABOVE, DISTRICT IF APPLICABLE

COMMONWEALTH OF VIRGINIA
## PETITION OF QUALIFIED VOTERS
(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use separate petition forms for qualified voters in each county or city to facilitate the processing of the filing.

For a statewide office, it is suggested that you file petitions in columns to facilitate the processing of the filing. Add the number of signatures by congressional district and enter district no. _____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of _____ *Richmond* _____ signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check one] box:

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the *8th* day of *November*, 20 *16*, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. This circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE — RESIDENCE ADDRESS — House Number and Street Name or Rural Route and Box Number and City Town | DATE SIGNED [Must be after January 1 of election year] | *Use [NOTE BY] LAST [4 DIGIT] SOCIAL SECT NUMBER (OPTIONAL)* |
|---|---|---|---|---|---|
| R | 1. SIGN | *Tracy Mastrell* | RESIDENCE *5310 Media Rd* | *6/12/16* | |
| | PRINT | *TRACY MASTRELL* | CITY/TOWN *Richmond VA 23225* | | |
| R | 2. SIGN | *Raymond Mastrell* | RESIDENCE *5310 Media Rd* | *6/12/16* | |
| | PRINT | *RAYMOND MASTRELL* | CITY/TOWN *Richmond VA 23225* | | |
| P | 3. SIGN | | RESIDENCE *501 Byswick Ln* | *6/12/16* | |
| | PRINT | *Jeff Nester* | CITY/TOWN *Richmond VA 23225* | | |
| R | 4. SIGN | *Heath MF Springs* | RESIDENCE *5415 Stratton Rd* | *06/12/16* | |
| | PRINT | *Nicole MF Springs* | CITY/TOWN *Richmond, VA 23225* | | |
| R | 5. SIGN | | RESIDENCE *5211 Stratton Rd* | *6/12/16* | |
| | PRINT | *Debbie Miller* | CITY/TOWN *Richmond Va* | | |
| P | 6. SIGN | *AD Beverley* | RESIDENCE *5201 Tilford Rd* | *6/12/16* | |
| | PRINT | *AD Beverley* | CITY/TOWN *Richmond* | | |
| R | 7. SIGN | | RESIDENCE *5224 Tilford Rd* | | |
| | PRINT | *R. Salvatori* | CITY/TOWN *Richmond* | *6/12/16* | |
| R | 8. SIGN | *M Burgess* | RESIDENCE *632 Byswick Ln* | *6/12* | |
| | PRINT | *Maggie Burgess* | CITY/TOWN *23225* | | |
| R | 9. SIGN | *Carey Jones* | RESIDENCE *555 Byswick* | *6/12* | |
| | PRINT | *Carey Jones* | CITY/TOWN *23225* | | |
| R | 10. SIGN | *Ruth N Frase* | RESIDENCE *1001 Byswick Ln* | *6-12-16* | |
| | PRINT | *Ruth D. Frase* | CITY/TOWN *Richmond VA 23225* | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE.

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number in checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521  REV 1.2013

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] | |
|---|---|---|---|---|
| SIGN _Alisa Owens_ PRINT _Iris Owens_ | RESIDENCE _1022 Leicester_ CITY/TOWN _Rich, VA_ | 6-12-2016 | | CI |
| SIGN _Cassandra S Mattox_ PRINT _Cassandra S Mattox_ | RESIDENCE _1047 Leicester Rd_ CITY/TOWN _Richmond VA 23225_ | 6-12-2016 | | R |
| SIGN _Holly Slemaker_ PRINT _Holly Slemaker_ | RESIDENCE _5209 Pine Crest Ave_ CITY/TOWN _Richmond VA 23225_ | 6-12-16 | | CI |
| SIGN _____ PRINT _Mike Thompson_ | RESIDENCE _5217 Pine Crest Ave_ CITY/TOWN _Richmond VA 23225_ | 6/12 2016 | | |
| SIGN _____ PRINT _William H Nickens_ | RESIDENCE _5240 Pinecrest_ CITY/TOWN _Richmond VA_ | 6/6/16 | | |
| SIGN _Karen Akers_ PRINT _Karen L Akers_ | RESIDENCE _5240 Pine Crest ave_ CITY/TOWN _Richmond va_ | 6/18/16 | | |
| SIGN _Cora B Kramer_ PRINT _Cora Kramer_ | RESIDENCE _5232 PineCrest Ave_ CITY/TOWN _Richmond Va. 23225_ | 6/12/16 | | |
| SIGN _Gwen Myers_ PRINT _Gwen Myers_ | RESIDENCE _835 Faye St_ CITY/TOWN _Richmond, VA 23225_ | 6/12/16 | | |
| SIGN _____ PRINT _Calvin Neverson_ | RESIDENCE _810 Faye St_ CITY/TOWN _Richmond, VA 2322_ | 6/12/16 | | |
| SIGN _T. Bey_ PRINT _T. Bey_ | RESIDENCE _2901 Faye Street_ CITY/TOWN _Richmond, VA 2322_ | 6-12-16 | | |
| SIGN _Glenda Williams_ PRINT _Glenda Williams_ | RESIDENCE _821 Faye St_ CITY/TOWN _Richmond 23225_ | 6-12-2016 | | |

Commonwealth of Virginia — **AFFIDAVIT** —

I, _Alan Schintzius_, swear or affirm that (i) my full residential address is _8321 Garland ave_ in the State/Commonwealth of _Virginia_ in the County/City/Town of _Richmond_; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

_Alan Schintzius_
SIGNATURE OF PERSON CIRCULATING THE PETITION

State of _Virginia_ County/City of _Richmond_

The foregoing instrument was subscribed and sworn before me this _14th_ day of _June_, 20 _16_, by _Alan Schintzius_

PRINT NAME OF PERSON CIRCULATING THE PETITION

PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

_signature_
SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE _T64252950_

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE _VA_

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER _1193_

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

*Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate linking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing such social security number or part thereof.

**Not included in seal/stamp.

SBE-506/521  REV 1.2013

_Alan Schintzus_     47A

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT TO APPEAR ON BALLOT]

_3321 Garland Ave_

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

_Richmond Va_     _23222_

ENTER ABOVE, CITY/TOWN     ENTER ABOVE, ZIP + 4

_MAYOR_

ENTER ABOVE, OFFICE SOUGHT     ENTER ABOVE, DISTRICT, IF APPLICABLE

### COMMONWEALTH OF VIRGINIA
# PETITION OF QUALIFIED VOTERS

[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file petitions in county to facilitate the processing of the filing. If you list the number of signatures by congressional district enter district no. _____ [optional]

We, the qualified voters of the district in which the above candidate seeks nomination or election and of _Richmond_

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the _8th_ day of _November_, 20_16_, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is neither a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NO MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 1. | SIGN _Kyle P._ / PRINT _Kyle Prince_ | RESIDENCE _610 Fire St_ / CITY/TOWN _Rich, VA_ | _6/11/16_ | |
| 2. | SIGN _Mary E Stafford_ / PRINT _Mary E Stafford_ | RESIDENCE _808 Frby Dr_ / CITY/TOWN _Richmond VA_ | _6/12/16_ | |
| 3. | SIGN _James L Rosser_ / PRINT _James L Rosser Jr_ | RESIDENCE _807 Erich Rd_ / CITY/TOWN _Rich va_ | _6/12/16_ | |
| 4. | SIGN _Martha Rosser_ / PRINT _MARTHA ROSSER_ | RESIDENCE _807 Erich Rd_ / CITY/TOWN _Rich VA_ | _6/12/16_ | |
| 5. | SIGN _Joyce Moon_ / PRINT _Joyce Moon_ | RESIDENCE _2524 Wainwright_ / CITY/TOWN _Richmond VA 23805_ | _6/12/16_ | |
| 6. | SIGN _Joshua Satterwil_ / PRINT _Joshua Satterfield_ | RESIDENCE _5521 Wainwright_ / CITY/TOWN _Richmond VA 23825_ | _6/12/16_ | |
| 7. | SIGN _Wayne Saunders_ / PRINT _Wayne Saunders_ | RESIDENCE _5515 Wainwright_ / CITY/TOWN _Richmond VA 23278_ | _6/12/16_ | |
| 8. | SIGN _Ramon Jones_ / PRINT _Ramon Jones_ | RESIDENCE _717 Fay St 23226_ / CITY/TOWN _Rich Va_ | _6/12/16_ | |
| 9. | SIGN _Carlos Spencer_ / PRINT _CARLOS SPENCER_ | RESIDENCE _717 Faye St 23226_ / CITY/TOWN _RICHMOND, VA_ | _6/12/16_ | |
| 10. | SIGN _Orlando Delgado_ / PRINT _Orlando Delgado_ | RESIDENCE _717 Faye St. 23225_ / CITY/TOWN _Richmond_ | _6/12/16_ | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11 | SIGN Heather Worsham PRINT HEATHER WORSHAM | RESIDENCE 607 Boyd Cresent Dr CITY/TOWN NChesterfield VA | 6/12/16 | |
| 12 | SIGN Melvin C. Goode PRINT MELVIN C. GOODE | RESIDENCE 5901 Larrymore Rd CITY/TOWN Richmond, VA 23225 | 6/12/16 | |
| 13 | SIGN Joyce P. Johnson PRINT Joyce P. Johnson | RESIDENCE 600 Faye St CITY/TOWN Richmond, VA 23225 | 6/12/16 | |
| 14 | SIGN Collette Terry PRINT Collette Terry | RESIDENCE 524 Faye St CITY/TOWN Richmond, VA. | 6/12/16 | |
| 15 | SIGN Ken Wootton PRINT Ken Wootton | RESIDENCE 647 Faye ST CITY/TOWN Richmond Va 23225 | 6/12/16 | |
| 16 | SIGN Kathleen Wootton PRINT Kathleen Wootton | RESIDENCE 647 Faye St CITY/TOWN RVA 23225 | 6/12/16 | |
| 17 | SIGN S McLaughn PRINT Shanequa McLaughlin | RESIDENCE 540 Larrimore Rd CITY/TOWN Richmond VA 23225 | 6/10/16 | |
| 18 | SIGN K Bockfield PRINT K. Bockfield | RESIDENCE 5512 Larrymore Rd CITY/TOWN Rich. Va. 23225 | 6/12/16 | |
| 19 | SIGN David Boyd PRINT David Boyd | RESIDENCE 5606 Larrymore Rd CITY/TOWN Richmond V. 23225 | 6/12/16 | |
| 20 | SIGN Anne Boyd PRINT Anne Boyd | RESIDENCE 5606 Larrymore R.d. CITY/TOWN Richmond VA 23225 | 6/12/16 | |
| 21 | SIGN Brenda Fenus PRINT Brenda Fenus | RESIDENCE 5819 Larrymore CITY/TOWN Rich VA | 6/12/16 | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I Alan Schintzius _____, swear or affirm that (i) my full residential address is 3521 Garland av _____ in the State/Commonwealth of Virginia _____ in the County/City/Town of Richmond _____; (ii) I am a legal resident of United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony, punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

X _____
SIGNATURE OF PERSON CIRCULATING THE PETITION

IF PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 14th day of June, 20 16, by Alan Schintzius

ALAN SCHINTZIUS
PRINT NAME OF PERSON CIRCULATING THE PETITION

_____
TYPE OF OFFICER OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   NOTARY REGISTRATION NUMBER**  DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
693
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

T 14 252952

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar when copying this document for public inspection, must cover the column containing your social security number or part thereof.

not included in seal/stamp.

SBE-506/521  REV 1.2013

**Alan Schintzius** LISA

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

**3321 Garland ave**

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

**Richmond Va   23222**

ENTER ABOVE, CITY/TOWN                ENTER ABOVE ZIP + 4

**MAYOR**

ENTER ABOVE, OFFICE SOUGHT        ENTER ABOVE, DISTRICT, IF APPLICABLE

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city, to facilitate the processing of filing.

For a statewide office, it is suggested that you file petitions in counties to facilitate the processing of the filing. If you count the number of signatures by congressional district, enter district no. ____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of **Richmond** _____ signed hereunder or on the reverse COUNTY OR CITY, OR, FOR TOWN COUNCIL, NAME OF TOWN side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the (check only one)

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary to be held on the **8th** day of **November**, 20**16**, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is her/him a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER (OPTIONAL) |
|---|---|---|---|---|
| R 1. | SIGN _Pearl Johnson_ PRINT Pearl Johnson | RESIDENCE _Richmond_ CITY/TOWN 210 North St | 6/1/2016 | |
| 2. | SIGN _Andrew Magnusson_ PRINT Andrew Magnusson | RESIDENCE _Richmond_ CITY/TOWN 201 13th | 6/11/16 | |
| 3. | SIGN _____ PRINT Brian H. | RESIDENCE _Richmond, Hanco_ CITY/TOWN Richmond, VA | 6/11/16 | |
| 4. | SIGN _Robert Thanis_ PRINT Robert Thanis | RESIDENCE 3908 Reidof Ct CITY/TOWN North Chesterfield | 6/11/16 | |
| 5. | SIGN _Matthew Groves_ PRINT Matthew Groves | RESIDENCE Westover Dr CITY/TOWN Richmond | 6/11/16 | |
| 6. | SIGN _Tony Williams_ PRINT Tony Williams | RESIDENCE North Side  3302 Cumberland CITY/TOWN Richmond VA | 6/11/16 | |
| 7. | SIGN _Pamela Bradshaw_ PRINT Pamela Bradshaw | RESIDENCE Southside CITY/TOWN Richmond | 6/11/16 | |
| 8. | SIGN _____ PRINT Vincent Terry | RESIDENCE 1307 Decatur CITY/TOWN Rich Va | 6/11/16 | |
| R 9. | SIGN _Charles Holley_ PRINT Charles Holley | RESIDENCE Richmond CITY/TOWN 1514 Decatur | 6/11/16 | |
| R 10. | SIGN _Shirley Thomas_ PRINT Shirley Thomas | RESIDENCE 1704 Decatur CITY/TOWN Richmond VA | 6/11/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

***Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

SBE-506/521  REV 1.2013



CONTINUED FROM REVERSE SIDE CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR 118R

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE
VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE
THAN ONE CANDIDATE.

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] | |
|---|---|---|---|---|---|---|
| 11 | SIGN Claudette Archer | RESIDENCE | 607 Milton St | 6-11 | | 3 |
| | PRINT Claudette Archer | CITY/TOWN | Richmond VA 2322 2016 | | | |
| 12 | SIGN Patty Archer | RESIDENCE | 607 M. Hen St | 6-11-2016 | | 3 |
| | PRINT Patty Archer | CITY/TOWN | Richmond, VA-23222 | | | |
| 13 | SIGN Kushiele Rhoms | RESIDENCE | 1704 Dorothy St | 6-11-2016 | | |
| | PRINT Kristele Thoms | CITY/TOWN | Richmond, VA | | | |
| 14 | SIGN Marguette Kenney | RESIDENCE | 1700 Edwards Ave | 6-11-16 | | |
| | PRINT Marguinette Kenney | CITY/TOWN | Richmond, VA | | | |
| 15 | SIGN Qutwanisha Brown | RESIDENCE | 1700 Edwards Ave | 6-11-16 | | |
| | PRINT Qutwanisha Brown | CITY/TOWN | Richmond, VA | | | |
| 16 | SIGN Antwanette Brown | RESIDENCE | 1700 Edwards Ave | 6-11-16 | | |
| | PRINT Antwanette Brown | CITY/TOWN | Richmond, VA | | | |
| 17 | SIGN Anthony A Whitaker | RESIDENCE | 1703 Ingram Ave | 6-11-16 | | |
| | PRINT Anthony Whitaker | CITY/TOWN | Richmond Va | | | |
| 18 | SIGN George L Claiborne | RESIDENCE | 1707 Ingram Ave | 6/11/16 | | |
| | PRINT George L Claiborne | CITY/TOWN | Richmond, VA 23224 | | | |
| 19 | SIGN Sallie Pope | RESIDENCE | 1206 E 17th St | 6/11/16 | | |
| | PRINT Sallie Pope | CITY/TOWN | Richmond, VA 23224 | | | |
| 20 | SIGN Inna Tune | RESIDENCE | 800 Hickory Ave 23224 | 6/11/16 | | |
| | PRINT Inna Tune | CITY/TOWN | Richmond Va | | | |
| 21 | SIGN Mary E McLeod | RESIDENCE | 2017 Halifax Ave | 6/11/16 | | |
| | PRINT Mary E McLeod | CITY/TOWN | Richmond, VA 23224 | | | |

Commonwealth of Virginia - AFFIDAVIT -

I, Alan Schintzius, swear or affirm that (i) my full residential
address is 3321 Garland Ave in the State/Commonwealth of
Virginia in the County/City/Town of Richmond; (ii) I am a legal resident of the
United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I
witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a
felony punishable by a maximum fine up to $2,500 or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION Alan S Schintzius

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this
14th day of June 20 16, by
Alan Schintzius
PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES**

TB4752950
CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA
NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1193
CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

Princetta Irene Clarke
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7037191
My Commission Expires 8/31/2018

THIS PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Privacy Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate
locating this petition with the official voter registration record. You are not required to provide this information and may sign the petition without
signing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing
your social security number or part thereof.

not included in seal/stamp

SBE-506/521 REV 1.2013

_Alan Schintzius_  ← [handwritten]

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TC APPEAR ON BALLOT]

_2321 Garland Ave_

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

_Richmond Va    23222_

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE DP – 4

_MAYOR_

ENTER ABOVE, OFFICE SOUGHT        ENTER ABOVE, DISTRICT IF APPLICABLE

(Must be filed with Declaration of Cand[idacy])

When an election district includes more th[an] county or city, it is suggested that you [use] separate petition forms for qualified voters [in each] county or city to facilitate the processing [...]ling

For a statewide office, it is suggested that you, the petitioner in ord[er] to facilitate the processing of the filing. For this, the number of signatures by congressional [...] enter district no. _____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of _Richmond_ COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN signed hereunder or on the reverse side of this page, do hereby petition the above named individual to become a candidate for the office stated above in (the check only one)

☒ General Election    ☐ Special Election    ☐ Democratic Primary    ☐ Republican Primary
to be held on the _8th_ day of _November_, 20 _16_, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator [for] each page must be a person who is her[self] a legal resident of the United States of A[merica] and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA [...] MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR [MORE] THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTES LAST 4 DIG[ITS] SOCIAL SEC[URITY] NUMBE[R] |
|---|---|---|---|---|---|
| CX | 1. SIGN | _Michael Haskell_ | RESIDENCE _3714 Gu...e_ | _6-13_ | |
| | PRINT | _Michael Haskell_ | CITY/TOWN _Richmond VA_ | | |
| R | 2. SIGN | _Rachel Wende xx_ | RESIDENCE _3830 Guilder Ln_ | _6/13/16_ | |
| | PRINT | _Rachel Wender xx_ | CITY/TOWN _Richmond VA_ | | |
| C | 3. SIGN | _Mikaya Wallace_ | RESIDENCE _3710..._ | _6/13/16_ | |
| | PRINT | _Mikaya Wallace_ | CITY/TOWN _Richmond_ | | |
| R | 4. SIGN | _Christy Sams_ | RESIDENCE _3713 Guilder Ln_ | _6/13/16_ | |
| | PRINT | _Christy Sams_ | CITY/TOWN _Richmond VA_ | | |
| | 5. SIGN | _Diamond Majette_ | RESIDENCE _5600 Knockadoone_ | _6/13/16_ | |
| | PRINT | _Diamond Majette_ | CITY/TOWN _Richmond, VA_ | | |
| R | 6. SIGN | _Tyler Huggins_ | RESIDENCE _3306 Ashton Ave_ | _6/13_ | |
| | PRINT | _Tyler Huggins_ | CITY/TOWN _Richmond, VA_ | | |
| | 7. SIGN | | RESIDENCE _3019 Hopkins Rd_ | _6/14/16_ | |
| | PRINT | _Shaya Monroe_ | CITY/TOWN _Richmond VA 23234_ | | |
| R | 8. SIGN | _Yvette Cardelotte_ | RESIDENCE _629 Faye street_ | _6-14-16_ | |
| | PRINT | _Yvette Cardelotte_ | CITY/TOWN _Rich. VA 23225_ | | |
| | 9. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |
| | 10. SIGN | | RESIDENCE | | |
| | PRINT | | CITY/TOWN | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERS[E]

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without so. The State Board of Elections or the General Registrar, when copying this document for public inspection must cover the column containing social security number or part thereof.

SBE-506/521 REV 1.2013

CULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |
| SIGN | RESIDENCE | | |
| PRINT | CITY/TOWN | | |

**- AFFIDAVIT -**

...monwealth of Virginia

Alan Schintzius , swear or affirm that (i) my full residential is 3321 garland ave in the State/Commonwealth of Virginia ; in the County/City/Town of Richmond ; (ii) I am a legal resident of ...ted States of America; (iii) I am not a felon whose voting rights have not been restored; and (v) I ...ed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a ...unishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

...OTOGRAPHICALLY REPRODUCIBLE
...OT ARY SEAL/STAMP BELOW:

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
Commission Expires 11/30/2018

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 14th day of June , 20 16 by Alax Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

Lisa G Cosby 752/82 11-30-18

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS NOTARY REGISTRATION NUMBER** DATE NOTARY COMMISSION EXPIRES

T64752950

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE
VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE
1193

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

...cy notice The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate ...ing this petition with the official voter registration record. You are not required to provide this information and may sign the petition without ...t so. The State Board of Elections or the General Registrar when copying this document for public inspection, must cover the column containing ...cial security number or part thereof.

...: included in seal/stamp.

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland Ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va 23222

ENTER ABOVE, CITY/TOWN          ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT          ENTER ABOVE DISTRICT, IF APPLICABLE

(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing and filing.

Enter a statewide office ...

It is suggested that you file petitions in order to facilitate the processing of the filing. Also, the number of signatures by congressional district cannot be ___ (optional).

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond

signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election  ☐ Special Election  ☐ Democratic Primary  ☐ Republican Primary

to be held on the 8th day of November, 2016 and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numerical pages may be provided also. The circulator of each page must be a person who is at least a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. This circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, IS NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE AT LEFT LAST 4 DIGITS SOCIAL SECURITY NUMBER (OPTIONAL) |
|---|---|---|---|---|---|
| R | 1. SIGN | Peggy Gerely | RESIDENCE 6300 Kenelandn Dr | 6/1/16 | |
| | PRINT | Peggy Gerely | CITY/TOWN Richmond Va | | |
| R | 2. SIGN | Togo Whelan | RESIDENCE 217 Westend Hells | 6/14/16 | |
| | PRINT | Togo Whelan | CITY/TOWN Richmond Va | | |
| R | 3. SIGN | Marilyn Mixie | RESIDENCE 5510 Westmoreland dr | 6/14/16 | |
| | PRINT | Marilyn Y Mixie | CITY/TOWN Richmond Va | | |
| R | 4. SIGN | Charles Engel | RESIDENCE 5232 Richard Rd | 6/14/16 | |
| | PRINT | CHARLES H. ENGEL | CITY/TOWN RICHMOND | | |
| R | 5. SIGN | Smith Mills | RESIDENCE Church St | 6/14/16 | |
| | PRINT | SMITH MILLS | CITY/TOWN Richmond Va | | |
| R | 6. SIGN | Alethia E. Holmes | RESIDENCE 526 German School R | 6/14 | |
| | PRINT | Alethia E. Holmes | CITY/TOWN Rich VA 23225 | | |
| R | 7. SIGN | Marie Hay | RESIDENCE 5098 44 street | 6/14/16 | |
| | PRINT | Marie Hay | CITY/TOWN Richmond VA 23225 | | |
| R | 8. SIGN | Ernest Elliott | RESIDENCE 840 Faya St | 6/14/16 | |
| | PRINT | ERNEST Elliott | CITY/TOWN Richmond | | |
| R | 9. SIGN | Stephen Hymes | RESIDENCE 923 Leby Dr | 6/14/16 | |
| | PRINT | Stephen Hymes | CITY/TOWN Richmond VA 23225 | | |
| R | 10. SIGN | Betsy B. Carr | RESIDENCE 1413 Floyd Ave | 6/14/16 | |
| | PRINT | Betsy B. Carr | CITY/TOWN Richmond VA 23220 | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

SBE-506/521  REV 1.2013

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|
| 1. SIGN _Carly Baddy_ PRINT Carley Baddy | RESIDENCE 666 Brick Rd CITY/TOWN Richmond | 6-14-16 | |
| 2. SIGN _Furnell McWean_ PRINT Furnell McWean | RESIDENCE 523 Duftor 8A CITY/TOWN Richmond 23224 | 6/14/16 | |
| 3. SIGN _Brenda L. Phillips_ PRINT Brenda L. Phillips | RESIDENCE 312 Melmark Ct CITY/TOWN Richmond, VA 23225 | 6-14-16 | |
| 4. SIGN _Gloria A. Piery_ PRINT Gloria A. Piery | RESIDENCE 3250 Siena Ct, CITY/TOWN Richmond, Va 23224 | 6-14-16 | |
| 5. SIGN _Virginia Hayes_ PRINT Virginia Hayes | RESIDENCE 691 Westover Wood Dr CITY/TOWN Richmond, VA 23225 | 6/14/16 | |
| 6. SIGN _Eva Goudelock_ PRINT Eva Goudelock | RESIDENCE 629 Faye St CITY/TOWN Richmond Va | 6-14-16 | |
| 7. SIGN _Evelyn McGowen_ PRINT Evelyn McGowens | RESIDENCE 5620 Clinton Rd CITY/TOWN Richmond, Va | 6-14-16 | |
| 8. SIGN _Patrice M. Crawley_ PRINT Patrice M. Crawk | RESIDENCE 657 LaBrick Dr CITY/TOWN Richmond, VA 23224 | 6/14/16 | |
| 9. SIGN _Barbara Trynh_ PRINT Barbara T Trynh | RESIDENCE 5573 Saticola Rd CITY/TOWN Richmond, Va | 6-14-16 | |
| 10. SIGN _Charles E. Fleming Jr_ PRINT Charles E. Fleming Jr | RESIDENCE 713 Blandy Ave CITY/TOWN Richmond, VA 23225 | 6/14/16 | |
| 11. SIGN _James Vince_ PRINT James Vince | RESIDENCE Richmond CITY/TOWN 234 Cnst | 6/14/16 | |

- AFFIDAVIT -

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3371 Garland Ave in the State/Commonwealth of Virginia; in the County/City/Town of Richmond; (ii) I am a legal resident of United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 14th day of June, 20 16, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE T64752950 VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE 1193

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

IF PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP HERE ROTARY PUBLIC Commonwealth of Virginia Reg. #7527182 My Commission Expires 11/30/2018

_Lisa O. Cooley_ SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS   7527182 NOTARY REGISTRATION NUMBER**   11.30.18 DATE NOTARY COMMISSION EXPIRES**

*Va. Code Notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing your last four social security number or part thereof.

** not included in seal/stamp.

SBE-505/521 REV 1.2013

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

*Alan Schintzius*

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

*3321 Garland Ave*

ENTER ABOVE, CITY/TOWN ____ ENTER ABOVE, ZIP + 4

*Richmond Va  23222*

ENTER ABOVE, OFFICE SOUGHT ____ ENTER ABOVE, DISTRICT, IF APPLICABLE

*MAYOR*

When an election district includes more th[an] county or city, it is suggested that you [use] separable petition form for qualified voters [in each] county or city to facilitate the processing [and] Filing.

For a statewide office it is suggested that you file petitions in [a manner] to facilitate the processing of the filing. If you [desire] the number of signatures by congressional [district,] enter district no. ____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of
____ *Richmond* ____ signed hereunder or on the reverse
COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN
side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☒ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary
to be held on the *8th* day of *November* 20 *16*, and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not b[e on] the same page of the petition. Numerous [separate] pages may be circulated. The circulator [of] each page must be a person who is her[self] a legal resident of the United States of A[merica] and who is not a minor nor a felon whose voting rights have not been restored. The [circulator also must swear or affirm in the] affidavit that s/he personally witnessed t[he] signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, [A] MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.
SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FO[R] THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE B[ELOW] LAST 4 DIGI[TS] SOCIAL SEC[URITY] NUMBE[R] (OPTIONAL) |
|---|---|---|---|---|---|
| P | 1. SIGN | *Clifford* | RESIDENCE *515 Birch Road* | *6/14/16* | |
| | PRINT | *Candace Brown* | CITY/TOWN *Richmond Va 23___* | | |
| P | 2. SIGN | *Emma L. Clark* | RESIDENCE *596 Cornwood Rd* | *6/14/16* | |
| | PRINT | *Emma L. Clark* | CITY/TOWN *Richmond, VA* | | |
| P | 3. SIGN | *Matt O___* | RESIDENCE *8701 Long Hill* | *6/14/16* | |
| | PRINT | *Matt Elliott* | CITY/TOWN *23___* | | |
| P | 4. SIGN | *Kurt E. Caito* | RESIDENCE *901 Finny Creek* | *6/14/16* | |
| | PRINT | *Keith E. Caito* | CITY/TOWN *Richmond VA 23005* | | |
| P | 5. SIGN | *Thomas Bray* | RESIDENCE *407 Erich Lab* | *6/14/16* | |
| | PRINT | *Thomas Bray* | CITY/TOWN *Richmond* | | |
| P | 6. SIGN | *Gwendolyn S Pearson* | RESIDENCE *Richmond* | *6/14/16* | |
| | PRINT | *Gwendolyn S. Pearson* | CITY/TOWN *5001 Laburn Rd 300* | | |
| P | 7. SIGN | *Adriane Smith* | RESIDENCE *409 Everett Hill* | *6/14/16* | |
| | PRINT | *Adriane Smith* | CITY/TOWN *Richmond, Va 23385* | | |
| P | 8. SIGN | *Claudette L. Riley* | RESIDENCE *405 Beaufort St* | *6/14/16* | |
| | PRINT | *CLAUDETTE L. GRAYS* | CITY/TOWN *Richmond VA 23___* | | |
| P | 9. SIGN | *Manny Jones* | RESIDENCE *6009 Glenway Dr* | *6/14/16* | |
| | PRINT | *Manuel Jones* | CITY/TOWN *Rich 23225* | | |
| P | 10. SIGN | *Rawonda Freeman* | RESIDENCE *841 Westover Hills Blvd* | *6/14/16* | |
| | PRINT | *Rawonda Freeman* | CITY/TOWN *Richmond VA 23225* | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERS[E]

* **Privacy notice:** The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to [help in] checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without [doing] so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containi[ng the] social security number or part thereof.

SBE-506/521 REV 1.2013

**CIRCULATOR:** MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

**SIGNER:** YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 1. SIGN | C Byrn | RESIDENCE 656 Lebrock Dr | 6/14/16 | |
| PRINT | C Bragg m | CITY/TOWN RFA VA 23225 | | |
| 2. SIGN | | RESIDENCE 1023 Leicester Rd | 6/14/16 | |
| PRINT | Tici Malenke | CITY/TOWN Richmond VA 23225 | | |
| 3. SIGN | | RESIDENCE 680 Crigie Rd | 6.14.16 | |
| PRINT | John Johnson | CITY/TOWN Richmond VA 23225 | | |
| 4. SIGN | | RESIDENCE 707 | 6/4/16 | |
| PRINT | C H Wealth | CITY/TOWN Richmond | | |
| 5. SIGN | R | RESIDENCE 5216 Stratton Rd | 6/14/16 | |
| PRINT | Robert Miller | CITY/TOWN Richmond, VA 233 | | |
| 6. SIGN | | RESIDENCE | | |
| PRINT | | CITY/TOWN | | |
| 7. SIGN | | RESIDENCE | | |
| PRINT | | CITY/TOWN | | |
| 8. SIGN | | RESIDENCE | | |
| PRINT | | CITY/TOWN | | |
| 9. SIGN | | RESIDENCE | | |
| PRINT | | CITY/TOWN | | |
| 10. SIGN | | RESIDENCE | | |
| PRINT | | CITY/TOWN | | |

**- AFFIDAVIT -**

Commonwealth of Virginia

I, Alan Schintzius, swear or affirm that (i) my full residential address is 3321 Garland Ave in the State/Commonwealth of Virginia in the County/City/Town of Richmond; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I saw the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a felony punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

PHOTOGRAPHICALLY REPRODUCIBLE
NOTARY SEAL HERE
LISA ANNE Conley
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7527182
My Commission Expires 11/30/2018

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 14th day of June 2016, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

Lisa A. Conley    7527182    11.30.18

USE FOR NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

**CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE** VA

**NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE** 193

**CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER**

T64752950

*cy notice. The Code of Virginia §§ 24.2-506 and 24.2-521 authorizes requesting the last four digits of your social security number to facilitate *ving this petition with the official voter registration record. You are not required to provide this information and may sign the petition without *g so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing *cial security number contained thereof.

It included in seal/stamp.

SBE-506/521 REV 1.2013

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland Ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va          23222

ENTER ABOVE, CITY/TOWN                    ENTER ABOVE, ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT                ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED
VOTERS

(Must be filed with Declaration of Candidacy)

When an election district includes more than one county or city, it is suggested that a separate petition form for qualified voters county or city to facilitate the process of filing.

For a statewide office it is suggested that you file petitions in order to facilitate the processing of the filing. File the number of signatures by congress and enter district no. ____ (optional)

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond                    signed hereunder or on the reverse

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the (check only one)

☑ General Election   ☐ Special Election   ☐ Democratic Primary   ☐ Republican Primary

to be held on the  8th  day of  November , 20 16  and we do further petition that his/her name be printed upon the official ballots to be used at the election.

All signatures required by law need not be on the same page of the petition. Numbered pages may be circulated. The circulator of each page must be a person who is her a legal resident of the United States and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed signature of each voter

CIRCULATOR:  MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT SHE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE

SIGNER:  YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED (Must be after January 1 of election year) | [SEE NOTE LAST 4 DIGIT SOCIAL SEC NUMBE (OPTION) |
|---|---|---|---|---|
| 1. | SIGN Jessica Brown  PRINT Jessica Brown | RESIDENCE  CITY/TOWN | | |
| 2. | SIGN Latonya Jones  PRINT Latonya Jones | RESIDENCE 2402 Brady St  CITY/TOWN Richmond Va | 8/31/ | |
| 3. | SIGN Walter Jones  PRINT Walter Jones | RESIDENCE 2311 Yorktown Ave  CITY/TOWN Richmond Va | | |
| 4. | SIGN Barbara B Sanderson  PRINT BARBARA B SANDERSON | RESIDENCE 2309 Yorktown  CITY/TOWN Rich, VA 23234 | 6/3/16 | |
| 5. | SIGN Denise Spain  PRINT Denise Spain | RESIDENCE 2311 Yorktown Ave  CITY/TOWN Richmond, Va 23234 | 6/3/ | |
| 6. | SIGN Alice Tickey  PRINT Alice Tickey | RESIDENCE 2300 Yorktown Ave  CITY/TOWN Richmond Va 23234 | | |
| 7. | SIGN Leryn Battle  PRINT Leryn Battle | RESIDENCE 5054 Conrad Ave  CITY/TOWN Richmond Va 23234 | 8/18/16 | |
| 8. | SIGN Tanisha Winston  PRINT Tanisha Winston | RESIDENCE 2405 Conrad Ave 23234  CITY/TOWN Richmond Va | 8/18/16 | |
| 9. | SIGN Brian  PRINT Jecoe McHun | RESIDENCE 3500 Midlathian Trce  CITY/TOWN Richmond Va 23234 | 4/13/ | |
| 10. | SIGN Pamela Young  PRINT Pamela L Young | RESIDENCE 7403 Conrad Ave  CITY/TOWN Richmond Va 23234 | 6/13/16 | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE

* Privacy notice:  The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate checking this petition with the official voter registration record.  You are not required to provide this information and may sign the petition without doing so.  The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing the social security number or part thereof.

SBE-506/521  REV 1.2013

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| SIGNATURE OF REGISTERED VOTER (PRINT NAME IN SPACE BELOW SIGNATURE) | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|
| 1 SIGN: Kelly Durnett PRINT: Kelly Durnett | RESIDENCE: 6501 Larrymore Rd CITY/TOWN: Richmond VA 23225 | 6-12-16 | |
| 2 SIGN: Matthew Coleman PRINT: Matt Coleman | RESIDENCE: 5411 Larrymore Rd CITY/TOWN: Rich. VA 23225 | 6-12-16 | 9 |
| 3 SIGN: Pamela PRINT: | RESIDENCE: CITY/TOWN: | 6-1 | |
| 4 SIGN: Wayne M Jackson PRINT: WAYNE M JACKSON | RESIDENCE: Richmond CITY/TOWN: 5573 Larrymore Rd | 6/12/16 | 9 |
| 5 SIGN: Catherine Gee PRINT: Catherine Gee | RESIDENCE: 5619 Larry Rd CITY/TOWN: Richmond VA | 6/10/16 | |
| 6 SIGN: Leon Boyd PRINT: Leon Boyd | RESIDENCE: Larrymore CITY/TOWN: Richmond VA | 6/12/16 | |
| 7 SIGN: Catherine Mueller PRINT: Catherine Mueller | RESIDENCE: 5811 Larrymore Rd CITY/TOWN: Richmond VA 23225 | 6-12-16 | |
| 8 SIGN: Jean Mitchel PRINT: Jean Mitchel | RESIDENCE: 2435 Columbia St CITY/TOWN: Richmond VA 23234 | 6/12/16 | |
| 9 SIGN: Debra Winston PRINT: Debra Winston | RESIDENCE: 2621 Davis St CITY/TOWN: Richmond Va 23224 | 6/10/16 | |
| 10 SIGN: Rhoda A Payne PRINT: Rhoda A Payne | RESIDENCE: 2605 Columbia St CITY/TOWN: Richmond VA 23224 | 6-12-16 | |
| 11 SIGN: Cheris Warren PRINT: Cheris Warren | RESIDENCE: 1901 Greystone Ave CITY/TOWN: Richmond VA | 6/12/16 | |

- AFFIDAVIT -

commonwealth of Virginia

I Alan Schintzius swear or affirm that (i) my full residential address is 3371 Garland Ave in the State/Commonwealth of Virginia in the County/City/Town of Richmond ; (ii) I am a legal resident of the United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I witnessed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is a misdemeanor punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE    VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE    1193

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER

T64752950

PHOTOGRAPHICALLY REPRODUCIBLE NOTARY / SEAL/STAMP BELOW
Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
My Commission Expires 11/30/2018

SIGNATURE OF PERSON CIRCULATING THE PETITION

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 10 day of June, 2016, by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

SIGNATURE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS    7527182    11-30-18    NOTARY REGISTRATION NUMBER**    DATE NOTARY COMMISSION EXPIRES**

Privacy Notice: The Code of Virginia §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number to facilitate matching this petition with the official voter registration record. You are not required to provide this information and may sign the petition without providing it. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number information.

** not included in seal/stamp.

SBE-506/521 REV 1.2013

Alan Schintzius

ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT]

3321 Garland Ave

ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE

Richmond Va        23222

ENTER ABOVE, CITY/TOWN        ENTER ABOVE ZIP + 4

MAYOR

ENTER ABOVE, OFFICE SOUGHT        ENTER ABOVE, DISTRICT, IF APPLICABLE

COMMONWEALTH OF VIRGINIA
PETITION OF QUALIFIED
VOTERS
[Must be filed with Declaration of Candidacy]

When an election district includes more than one county or city, it is suggested that you use separate petition form for qualified voters in each county or city to facilitate the processing of filing.

For a statewide office it is suggested that you file a petition in each county to facilitate the processing of the filing. Also, the number of signatures for congress and the enter district to _____ [optional].

We, the qualified voters of the district in which the above candidate seeks nomination or election and of

Richmond

COUNTY OR CITY OR, FOR TOWN COUNCIL, NAME OF TOWN

side of this page, do hereby petition the above named individual to become a candidate for the office stated above in the [check only one]

☑ General Election ☐ Special Election ☐ Democratic Primary ☐ Republican Primary

to be held on the 8th day of November 20 16 and we do further petition that his/her name be printed upon the official ballots to be used at the election.

A. signatures required by law need not be on the same page of the petition. Numerous pages may be circulated. The circulator of each page must be a person who is herself a legal resident of the United States of America and who is not a minor nor a felon whose voting rights have not been restored. The circulator also must swear or affirm in the affidavit that s/he personally witnessed the signature of each voter.

CIRCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT ON THE REVERSE SIDE OF THIS FORM THAT SHE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| OFFICE USE ONLY ▼ | | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS SOCIAL SECURITY NUMBER [optional] |
|---|---|---|---|---|---|
| C W | 1. SIGN | Takia Winston | RESIDENCE 2222 Columbia St | 6/13/16 | |
| | PRINT | Takia Winston | CITY/TOWN Richmond VA 23234 | | |
| C W | 2. SIGN | Samuel Singleton | RESIDENCE 2405 Concord Ave | 6/3/16 | |
| | PRINT | Samuel Singleton | CITY/TOWN Richmond, Va 23234 | | |
| R W | 3. SIGN | Ronnie Battle | RESIDENCE 3425 Keighly Rd | 6-13-16 | |
| | PRINT | Ronnie Battle | CITY/TOWN Richmond, VA | | |
| C W | 4. SIGN | Ron Moses | RESIDENCE 1702 Gordon Ave | 6/15/16 | |
| | PRINT | Ron Moses | CITY/TOWN Richmond Va 23223 | | |
| C W | 5. SIGN | Teresa Wynn | RESIDENCE 2219 Ruffin Rd | 6/18/16 | |
| | PRINT | Teresa Wynn | CITY/TOWN Richmond VA | | |
| C W | 6. SIGN | Janice Jefferson | RESIDENCE 3414 Keighly Rd | 6/17/16 | |
| | PRINT | Janice Jefferson | CITY/TOWN Rich Va. | | |
| R W | 7. SIGN | Charlene Jones | RESIDENCE 2510 Lamberts Ave | 6-13-16 | |
| | PRINT | Charlene Jones | CITY/TOWN Richmond Va. 23234 | | |
| R W | 8. SIGN | Linda Bashy | RESIDENCE 2613 Lynhaven Ave | 6/13/16 | |
| | PRINT | Linda Bashy | CITY/TOWN Richmond, VA 23234 | | |
| R W | 9. SIGN | Benny Williams | RESIDENCE 2408 Cortland | 6/13/16 | |
| | PRINT | Benny Williams | CITY/TOWN Richmond Va | | |
| R W | 10. SIGN | Cabelle Hawk | RESIDENCE 2406 Cortland | 6/13/16 | |
| | PRINT | Cabelle Hawk | CITY/TOWN Richmond Va | | |

CONTINUE ADDITIONAL SIGNATURES AND COMPLETE AFFIDAVIT ON REVERSE.

* Privacy notice: The Code of Virginia, §§ 24.2-506 and 24.2-521, authorizes requesting the last four digits of your social security number for checking this petition with the official voter registration record. You are not required to provide this information and may sign the petition without doing so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing social security number or part thereof.

SBE-506/521   REV 1.2013

CANDIDATE NAME: Alan Schintzius OFFICE SOUGHT: MAYOR 53B

RCULATOR: MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE.

SIGNER: YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY AN INTENT TO VOTE FOR THE CANDIDATE. YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE.

| | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENCE ADDRESS House Number and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED [Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|
| 11. | SIGN _Loretta Mosby_ PRINT Loretta Mosby | RESIDENCE 2502 Lanvert Ave CITY/TOWN Richmond | 6/13/16 | |
| 12. | SIGN _(signature)_ PRINT Glenn Sears | RESIDENCE 3873 Guilder Lane CITY/TOWN Richmond | 6/13/16 | |
| 13. | SIGN _Ashley Pitman_ PRINT Ashley Pitman | RESIDENCE 3840 Guilder Lane CITY/TOWN Richmond VA | 6/13/16 | |
| 14. | SIGN _Timothy Jones_ PRINT Timothy Jones | RESIDENCE 1500 Nelson ST CITY/TOWN Richmond | 6/13/16 | |
| 15. | SIGN _Karel Mabry_ PRINT Karel Mabry | RESIDENCE 3869 Guilder Ln CITY/TOWN Richmond, Virginia | 6/13/16 | |
| 16. | SIGN _Dwayne Carroll_ PRINT Dwayne Carroll | RESIDENCE 3837 Guilder Ln CITY/TOWN Richmond VA | 6/13/16 | |
| 17. | SIGN _(signature)_ PRINT JeDon Cones | RESIDENCE 3837 Guilder Ln CITY/TOWN Richmond Va | 6/13/16 | |
| 18. | SIGN _Krystal Williams_ PRINT Krystal Williams | RESIDENCE 3837 Guilder Ln CITY/TOWN Richmond VA | 6/13/16 | |
| 19. | SIGN _Jose G_ PRINT Jose Gonzales | RESIDENCE 3815 Guilder LN CITY/TOWN Richmond, VA | 6/13 | |
| 20. | SIGN _Adrienne Y Love_ PRINT Adrienne Y Love | RESIDENCE 3834 Guilder Lane CITY/TOWN Richmond, VA | 6/13/16 | |
| 21. | SIGN _(signature)_ PRINT Bryant Kemp | RESIDENCE 3107 Glenoak RD CITY/TOWN Richmond VA | 6-13 | |

mmonwealth of Virginia - **AFFIDAVIT** -

I Alan Schintzius , swear or affirm that (I) my full residential ess is 3371 Garland Ave in the State/Commonwealth of Virginia in the County/City/Town of Richmond ; (ii) I am a legal resident of United States of America; (iii) I am not a minor; (iv) I am not a felon whose voting rights have not been restored; and (v) I ssed the signature of each person who signed this page or its reverse side. I understand that falsely signing this affidavit is y punishable by a maximum fine up to $2,500 and/or imprisonment up to ten years.

SIGNATURE OF PERSON CIRCULATING THE PETITION

E PHOTOGRAPHICALLY REPRODUCIBLE NOTARY SEAL/STAMP BELOW

Lisa Anne Cosby
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7527182
Commission Expires 11/30/2018

State of Virginia County/City of Richmond

The foregoing instrument was subscribed and sworn before me this 14th day of June , 2016 by Alan Schintzius

PRINT NAME OF PERSON CIRCULATING THE PETITION

_(signature)_ RE OF NOTARY OR OTHER PERSON AUTHORIZED TO ADMINISTER OATHS

7527182 NOTARY REGISTRATION NUMBER**

11-30-18 DATE NOTARY COMMISSION EXPIRES**

CIRCULATOR'S DRIVER'S LICENSE NUMBER, IF APPLICABLE T64752950

VA

NAME OF STATE THAT ISSUED THE CIRCULATOR'S DRIVER'S LICENSE

CIRCULATOR'S LAST 4 DIGITS OF SOCIAL SECURITY NUMBER 1195

vacy notice The Code of Virginia, §§ 24.2-506 and 24.2-521 authorizes requesting the last four digits of your social security number to facilitate eding this petition with the official voter registration record. You are not required to provide this information and may sign the petition without ng so. The State Board of Elections or the General Registrar, when copying this document for public inspection, must cover the column containing ld as security number or part thereof.

not included in seal/stamp. SBE-506/521 REV 1.2013

| Page | Line | Signer's Name | Marking | Documentation | Comment | Recommendation |
|---|---|---|---|---|---|---|
| J. Alan Schintzius, Mayor - Lacking 7 signatures in the 8th Council District | | | | | | |
| 48B | 14 | Annquinette Kenney | CI | Unsigned notice | The information provided included the last four digits of the social security number, which allowed us to identify the voter as a registered voter. However, the information necessary to determine whether or not the voter is qualified – the date moved from the voter registration address– was not provided. | Unable to determine qualification |
| 48B | 16 | Antwanette Brown | CI | Unsigned notice | The information provided included the last four digits of the social security number, which allowed us to identify the voter as a registered voter. However, the information necessary to determine whether or not the voter is qualified – the date moved from the voter registration address – was not provided. | Unable to determine qualification |
| 48B | 15 | Antwanishe Brown | CI | Unsigned notice | The voter is not currently registered to vote. The voter applied May 18, 2016 to register to vote. The application was denied. | Signer is not registered to vote |
| 40A | 1 | Rachel Lee | CI | Signed notice | There are three individuals by the name of Rachel Lee registered to vote in the City of Richmond. None of the three is registered to vote at either of the two addresses provided on the affidavit or the petition. | Unable to determine if the person signing the petition is registered |
| 40B | 16 | Damon Antoine Shelton | CI | Unsigned notice | An individual by the name given is currently registered to vote at 1403 Willis Street as stated on the affidavit. However, the voter registration address – which is the address that must be used for purposes of the petition counting – is in the 6th district. The appellant has sufficient signatures in the 6th district. | Registered in a district other than the one where signatures are needed |
| 53A | 6 | Janice Jefferson | CI | Signed notice | The voter is registered to vote at the address given on the affidavit. Given the date that the voter moved away from the voter registration address, the voter is still qualified to vote. The address at which the voter is registered is in the 8th district. | Accept |



EXHIBIT
B

| Page | Line | Signer's Name | Marking | Documentation | Comment | Recommendation |
|------|------|---------------|---------|---------------|---------|----------------|
| 40A | 7 | Joan Loving | CI | Signed notice | The voter is registered to vote at the address given on the affidavit. Given the date that the voter moved away from the voter registration address, the voter is still qualified to vote. The address at which the voter is registered is in the 8th district. | Accept |
| 53B | 11 | Latetia Mosby | CI | Signed notice | The voter is registered to vote at the address given on the affidavit. Given the date that the voter moved away from the voter registration address, the voter is still qualified to vote. The address at which the voter is registered is in the 8th district. | Accept |
| ? | ? | Sharon Smith | ? | Signed notice | The voter is registered to vote at the address given on the affidavit. Given the date that the voter moved away from the voter registration address, the voter is still qualified to vote. The address at which the voter is registered is in the 8th district. However, the appellant failed to identify the page and line number that the voter signed. It is recommended that this signature not be accepted unless it can be verified that this individual actually signed the petition. | See Comment |
| colspan Ricky Lamont Johnson, School Board, 6th District – 5 signatures needed | | | | | | |
| 5B | 14 | Eddie Lee Broidy | Illegible | Candidate provided information; mail from old and new address | The information provided included the last four digits of the social security number, which allowed us to identify the voter as a registered voter. However, the information necessary to determine whether or not the voter is qualified – the date moved from the voter registration address– was not provided. | Unable to determine qualification |
| 6B | 19 | George Ingram | CI | Candidate provided information; voter's driver's license | The information provided by the candidate (not the voter) states that the address the voter entered on the petition was not actually the voter's residence address. However, there is no independent information provided by the voter to corroborate that statement. Additionally, the address given on the voter's driver's license is yet a third address which lies in Henrico County. Thus, the voter's current residence cannot be clearly established. Furthermore, the information necessary to determine whether or not the voter is qualified – the date moved from the voter registration address– was not provided. | Unable to determine qualification |

| Page | Line | Signer's Name | Marking | Documentation | Comment | Recommendation |
|------|------|---------------|---------|---------------|---------|----------------|
| 10A | 4 | Bert Reed | CI | Candidate provided information; voter's driver's license | The driver's license is unhelpful in this matter as it merely reflects the information on file for the voter that is currently registered. The last four digits given for the voter's social security number the person that signed the petition to an individual registered to vote. However, there is no independent corroboration to link the two voters. Additionally, the information necessary to determine whether or not the voter is qualified – the date moved from the voter registration address– was not provided. | Unable to determine qualification |
| 10B | 12 | Irish Smith | CI | Candidate provided information; voter's driver's license | The driver's license is unhelpful in this matter as it merely reflects the information on file for the voter that is currently registered. The last four digits given for the voter's social security number link the person that signed the petition to an individual registered to vote. However, there is no independent corroboration to link the two voters, nor an independent statement made by the voter contradicting the residence information provided on the petition. | Unable to determine qualification |
| 12A | 7 | Marie Barnes | CI | Candidate provided information; voter's driver's license | The driver's license is unhelpful as it merely affirms the address written on the petition. There is a Narie Barnes registered to vote at 2204 2nd Avenue, however, the information necessary to determine whether or not the voter is qualified – the date moved from the voter registration address – was not provided. Furthermore, there is no independently provided information to link the two voters. | Unable to determine qualification. |



EXHIBIT

C

From: **Showalter, Kirk - General Registrar** <Kirk.Showalter@richmondgov.com>
Date: Tue, Jun 21, 2016 at 10:09 PM
Subject: Notice of deficiencies in petition signatures
To: AlanforRVAmayor@gmail.com


Dear Mr. Schintzius:


This e-mail is being sent to you at the request of the City of Richmond Electoral Board.


A candidate for Mayor must obtain 500 signatures of qualified registered voters of the City of Richmond. The Office of the General Registrar completed verification of the names on the petitions that you filed with your declaration of candidacy prior to the 7:00 PM deadline on June 14, 2016. We regret to inform you that, while 670 of the names submitted could be verified as qualified registered voters of the City of Richmond, you are also required to have at least 50 of these names in each of the nine council districts. Only 43 names could be verified as qualified registered voters of the City of Richmond in the 8th district. Therefore, you are disqualified.


Attached you will find:


- A report showing the status of each of the signatures that appear on your petitions;
- An explanation of what each status type means;
- Helpful hints for persons filing appeals;
- A copy of the Commonwealth of Virginia regulation, 1VAC20-50-20 which sets forth what is considered a material omission from candidate petitions and which guided us in checking your petitions; and,
- A copy of the Commonwealth of Virginia regulation, 1VAC20-50-30 which outlines the appeals process for candidates that fail to provide the required number of valid petition signatures needed to qualify for the ballot.

A hard copy of this information, along with photocopies of the marked petition pages will be available for pick up from the Office of the General Registrar through noon on Thursday, June 23, 2016. If it is not picked up by then, it will be sent to you by U.S. mail. The Office of the General Registrar is located in room 105, City Hall, 900 East Broad Street.

If you wish to appeal your disqualification you must present written evidence that rejected signatures were those of qualified registered voters of the City of Richmond, in the district (if applicable) in which you are seeking office. The voter must have been registered on the day that the petition was filed. This evidence must be filed in the office of the Electoral Board for the City of Richmond no later than 9:00 AM, Monday, June 27, 2016. That office is co-located with the Office of the General. The fax number is (804) 646-7848.

The City of Richmond Electoral Board will meet on Thursday, June 30, 2016 at 2:00 PM to review any appeal that is filed by the specified deadline. This meeting will be open to the public and will be held at 2910 West Moore Street, Richmond, Virginia..

Should you have any questions on this matter, please call me at 646-5950.

J. Kirk Showalter

General Registrar

City of Richmond

CERA, VREO

(304) 646-5950

<1VAC20-50-20 Material Ommissions on Petitions.pdf>
<1VAC20-50-30 Candidate appeals process.pdf>
<Helpful Hints 2016.pdf>
<Petition Status Definitions.pdf>

&lt;J. Alan Schintzius.pdf&gt;

## HELPFUL HINTS TO PERSONS APPEALING PETITION SIGNATURE COUNTS

Neither the State Board of Elections or the Code of Virginia provide written instructions as to what constitutes written evidence that must be accepted in the petition appeals process beyond that found in the regulation 1VAC20-50-30. The burden of proof, therefore, is placed on the person making the appeal. However, the following tips may help in identifying qualified voters that can legally be added to a petition count.

1. In order to be counted on a petition, the voter must be a qualified voter (§24.2-521 of the Code of Virginia). §24.2-101 of the Code of Virginia defines a qualified voter as someone who is, among other things, a resident of the precinct in which he offers to vote and registered voter. If a voter no longer lives at the address at which they are registered to vote, then the voter has a limited time in which they remain a qualified voter. After that time passes, they are no longer qualified to vote – even if they are registered to vote. Thus, if a voter no longer lives at the address at which they are registered to vote, the date that they moved away from the voter registration address is critical in being able to determine their qualification to vote. (The date that they moved to the new location is not important.) At a minimum, the last four digits of the voter's social security number are also necessary to link the person who signed the petition with the person's registration if they moved.

2. Social security number, date of birth and former voting residence (if any) of the person signing the petition are particularly helpful in identifying voters. The Virginia Voter Registration Application asks for all of this information. The Office of the General Registrar has voter registration applications available. They are also available for print out online at www.elections.virginia.gov.

3. It is helpful if you identify the voter for which the written proof is being submitted by the petition page and line number. The page numbers used by the Office of the General Registrar are handwritten in the upper margin of the each petition page. Call the Office of the General Registrar (646-5950) if you cannot find these numbers.

4. The Electoral Board does not require notarized or witnessed documents. However, it should be clear that the voter who originally signed the petition is the same person for whom the written evidence is being provided. Accordingly, the written proof should include an affirmation statement by the voter that they are the person that signed the petition on the date shown on the petition.

Please call the Office of the General Registrar (646-5950) if you have additional questions or we can assist you further.




**1VAC20-50-20. Material omissions from candidate petitions and petition signature qualifications.**

A. Pursuant to the requirements of §§ 24.2-506, 24.2-521, and 24.2-543 of the Code of Virginia, a petition or a petition signature should not be rendered invalid if it contains an error or omission not material to its proper processing.

B. The following omissions are always material and any petition containing such omissions shall be rendered invalid if:

1. The petition submitted is not the double-sided document, or a double-sided copy thereof, provided by the State Board of Elections;

2. The petition does not have the name, or some variation of the name, and address of the candidate on the front of the form;

3. The petition fails to identify the office sought on the front of the form;

4. The petition fails to identify the applicable election district in which the candidate is running for office;

5. The circulator has not signed the petition affidavit and provided his current address;

6. The circulator is a minor or a felon whose voting rights have not been restored;

7. The circulator has not signed the petition he circulated in the presence of a notary;

8. The circulator has not had a notary sign the affidavit for each petition submitted;

9. A person other than the circulator signed the petition affidavit;

10. The notary has not affixed a photographically reproducible seal;

11. The notary has not included his registration number and commission expiration date; or

12. Any combination of the scenarios of this subsection exists.

C. The following omissions related to individual petition signatures are always material and any petition signature containing such omission shall be rendered invalid if:

1. The signer is not qualified to cast a ballot for the office for which the petition was circulated;

2. The signer is also the circulator of the petition;

3. The signer provided an accompanying date that is subsequent to the date upon which the notary signed the petition;

4. The signer did not sign the petition; or

5. The signer provided an address that does not match the petition signer's address in the Virginia voter registration system, unless the signer provided an address that is within the same precinct where a voter is currently registered in the Virginia voter registration system, and the signer can be reasonably identified as the same registered voter.

D. The following omissions shall be treated as nonmaterial provided the general registrar can independently and reasonably verify the validity of the petition or signature:

1. An older version of the petition is used (provided that the information presented complies with current laws, regulations, and guidelines);

2. The "election information" including (i) county, city, or town in which the election will be held; (ii) election type; and (iii) date of election are omitted;

3. The name of the candidate and office sought are omitted from the back of the petition;

4. The circulator has not provided the last four digits of his social security number in the affidavit;

5. The signer omits his first name, provided he provides a combination of his first or middle initials or a middle name and last name and address that matches a qualified voter within the Virginia voter registration system;

6. The signer provided a derivative of his legal name as his first or middle name (e.g., "Bob" instead of "Robert");

7. The signer prints his name on the "Print" line and prints his name on the "Sign" line; or

8. The signer fails to provide the date but a period of time that qualifies can affirmatively be established with previous and subsequent dates provided by other signers upon the petition page.

E. A signature upon a petition shall be included in the count toward meeting the petition signature requirements only if:

1. The petition signer is a qualified voter who is maintained on the Virginia voter registration system either (i) with active status or (ii) with inactive status and qualified to vote for the office for which the petition was circulated;

2. The signer provides his name; and

3. The signer provides an address that matches the petition signer's address in the Virginia voter registration system, or the signer provided an address that is within the same precinct where a voter is currently registered in the Virginia voter registration system, and the signer can be reasonably identified as the same registered voter.

Statutory Authority

§§ 24.2-103 and 24.2-506 of the Code of Virginia.

Historical Notes

Derived from Virginia Register Volume 27, Issue 16, eff. March 28, 2011; amended, Virginia Register Volume 29, Issue 1, eff. August 29, 2012; Volume 29, Issue 24, eff. July 12, 2013.

prev | next | new search | table of contents | home



EXHIBIT

F

## 1VAC20-50-30. Appeals of petition signature insufficiency.

A. Pursuant to the requirements of §§ 24.2-506 and 24.2-543 of the Code of Virginia, a candidate for office, other than a party nominee, may appeal a determination that the candidate has failed to provide the required number of valid petition signatures necessary to qualify to appear on the ballot.

B. Any communication or notice required in this section shall be made in writing and delivered by mail or, unless otherwise prohibited by the Code of Virginia, electronically by electronic mail or facsimile. Notice of appeal from candidates must bear a photographically reproducible notary seal and be received by the deadlines established within this section.

C. A candidate for a county, city, or town office shall file his appeal with the local electoral board. A candidate for any other office shall file his appeal with the State Board of Elections.

D. A candidate for an office other than President of the United States must file his appeal within five calendar days of the issuance of the notice of disqualification.

E. A candidate for President of the United States must file his appeal within seven calendar days of the issuance of the notice of disqualification.

F. The proper body to which the appeal notice was given shall establish the time and place where the appeal will be heard and convey this information immediately to the candidate. Electronic mail will be the preferred method of notifying the candidate if such address has been provided by the candidate; otherwise, notice shall be sent by first-class mail.

G. The candidate bears the burden of proof in establishing that a sufficient number of signatures from qualified voters were timely provided.

1. The candidate must submit a list containing the rejected signatures to be reviewed and the specific reason for each signature's reconsideration at least two business days prior to the date on which the appeal will be heard. If the candidate submits no list, or submits a list that contains an insufficient number of names and reconsideration reasons to make up the number of signatures by which the candidate was deemed deficient, no appeal shall be held and the initial determination that the candidate did not qualify for the ballot will be final.

2. The candidate may submit documents clarifying the status of persons whose signatures were rejected for lacking proper registration status or residence.

3. The candidate may submit documents establishing the age of majority for any signer who was listed as ineligible due to status of being a legal minor.

4. The candidate may submit affidavits from persons whose signatures were rejected due to illegibility that attest to their identity. The affidavits should state the person's name, residence address, and, if possible, a reasonable description of the location where approached by the circulator to sign the petition.

5. The candidate may not submit documents establishing that a petition signer became registered or updated his voter registration status to the address provided upon the petition after the established candidate filing deadline for the office sought.

H. Individual signatures reconsidered during the appeal will only count towards the candidate's requisite number if a majority of board members agree that sufficient evidence exists for their inclusion.

I. All determinations of the board before which the appeal is being heard shall be considered final and not subject to further appeal.

Statutory Authority

§ 24.2-103 of the Code of Virginia.

Historical Notes

Derived from Virginia Register Volume 29, Issue 23, eff. July 1, 2013; amended, Virginia Register Volume 30, Issue 9, eff. December 30, 2013.

prev | next | new search | table of contents | home

# PETITION STATUS DEFINITIONS



EXHIBIT
G

| STATUS ON PETITION PAGE | STATUS ON PETITION REPORT | DEFINITION |
|---|---|---|
| R * | Accepted * | • A person registered at the address given on the petition and the address is in the election district for which the petition was circulated (if applicable); OR,<br>• A person registered at an address different from the address given on the petition but the two addresses are in the same precinct AND the registered voter can be reasonably identified as the same person who signed the petition. The latter is most readily done through the presence of all or part of the voter's social security number. This signature will be counted in the election district in which the person is currently registered to vote. |
| CI | Cannot Identify | There is more than one registered voter with the same name as the person who signed the petition, but none are at the address shown on the petition, and no part of the social security number has been provided to link a registration to the person signing the petition. |
| NR | Not Registered | No one is registered to vote with the name and, if provided, the social security number given on the petition. |
| RNQ | Registered Not Qualified | • A person is registered at the address shown on the petition but the address is outside of the election district;<br>• A person who registered after the date on which the candidate filed the petition;<br>• A person who signs a petition and is registered in the election district but did not provide a "Date Signed" that can be corroborated in the appropriate signature timeframe; or,<br>• A person who is registered but is also the petition's circulator. |
| ILL | Illegible | A person who wrote on the candidate's petition page but the text necessary to identify the person as a qualified registered voter is illegible. |
| IM | Information Mismatch | A person registered at an address different from the address given on the petition and the two addresses are in different precincts. The registered voter can be reasonably identified as the same person who signed the petition. Whether or not the voter is qualified to vote pursuant to §24.2-101 and §24.2-401 of the Code of Virginia cannot be determined from the information provided on the petition. |
|  | Blank | No voter signed this line or the information on the line was crossed out. |
| DUP | Duplicate | A duplicate name already counted due to its appearance on a previous page of the candidate's petition. |

\* The person who signs a candidate's petition must be a registered voter in at the time the petition was filed by the candidate.



# GREBook 10 Candidate and Referenda Processing

## Contents

10  Candidate and Referenda Processing ................................................................. 1
10.1    Forms to be filed by Type of Candidate ................................................. 2
10.1.1    Party Candidates Nominated for Local Offices by Primary ................................. 2
10.1.2    Party Candidates Nominated for Local Offices by Other Methods ......................... 3
10.1.3    Independent (Non-Party) Candidates for Shared Constitutional Offices ............... 3
10.1.4    Independent (Non-party) Candidates for Local Offices ......................................... 3
10.1.5    Independent (Non-party) Candidates for General Assembly ............................... 4
10.1.6    Independent (Non-party) Candidates for U. S. Senate, U. S. House of
Representatives and Governor, Lieutenant Governor and Attorney General ......................... 4
10.2    How to Process Candidate Forms ............................................................. 5
10.2.1    Document Review - Local Offices ......................................................... 5
10.2.2    Turnaround Time ..................................................................................... 5
10.2.3    Processing the Certificate of Candidate Qualification ............................... 6
10.2.4    Processing the Statement of Economic Interests .................................... 8
10.2.5    Verification of Petitions ....................................................................... 9
10.3    Required Communications ........................................................................ 17
10.3.1    General Registrar Certification to Political Party Chair ........................... 17
10.3.2    General Registrar Certification to Local Electoral Board ......................... 17
10.3.3    General Registrar to other General Registrars ...................................... 18
10.3.4    General Registrar Certification to Department of Elections ..................... 18
10.3.5    Local Electoral Board Notification to Candidate of Deficiencies .............. 19
10.3.6    Appeal to Deficiencies in Petition Signatures ...................................... 19
10.3.8    Local Electoral Board Certification to Department of Elections .............. 22
10.3.9    Department of Elections Verification of Candidates for Local Offices ............... 22
10.3.10    Department of Elections Certification to Locality .................................. 22
10.4    Certification of Local Referenda ................................................................ 22
10.5    Candidate Management ............................................................................ 23
10.5.1    Candidate Withdrawal ....................................................................... 24

Individuals seeking candidate information and forms must be referred to the appropriate candidate bulletin on the Department of Elections' web site. For general elections, updated candidate bulletins are posted in December the year before the election. For special elections, updated candidate bulletins are posted as soon as possible after the issuance of a special election writ.

If the individual has unanswered questions and is outside the Richmond calling area, please provide the Department's toll-free number: (800) 552-9745.

## 10.1    Forms to be filed by Type of Candidate

Filing requirements differ by office. Refer to the appropriate candidate bulletin for details or § 24.2-500 et seq.

A candidate for local office files documents relating to his/her candidacy with her/his general registrar.

Special elections are governed by the laws in effect at the time the writ is *issued*. § 24.2-101.1.

General registrars should suggest local, city, and town municipal office candidates review their local city or town charter when considering a run for public office. The provisions of the city or town charter may address candidate qualification requirements in addition to those present in Title 24.2. Charters include terms of office, election dates, and provisions for filling of vacancies. If the charter provisions are in conflict with the *Code of Virginia*, please contact the city or town attorney for guidance as to which provision prevails. Current charters are available in the Virginia Legislative Information System website.

Listed below, by election type, are the qualifying forms and the officer with whom each form is filed.

### 10.1.1    Party Candidates Nominated for Local Offices by Primary

A candidate must file the following documents with the appropriate political party chair and general registrar no later than the filing deadline set for the primary:

- With the Political Party Chair
  - o   Declaration of Candidacy
  - o   Petition of Qualified Voters
  - o   Receipt indicating payment of filing fee

- With the General Registrar
  - o   Certificate of Candidate Qualification for Local Offices
  - o   Statement of Economic Interests, if required for the office sought (neither an incumbent nor an interim appointee, who filed the most recent statement required and is seeking election or reelection to the same office, is required to file it again)

### 10.1.2 Party Candidates Nominated for Local Offices by Other Methods

The party's nominee for each local office must file the following documents with the general registrar no later than the filing deadline for the general or special election:

- Certificate of Candidate Qualification for Local Offices
- Statement of Economic Interests, if required for the office sought (neither an incumbent nor an interim appointee, who filed the most recent statement required and is seeking election or reelection to the same office, is required to file it again)

### 10.1.3 Independent (Non-Party) Candidates for Shared Constitutional Offices

A candidate must file the following documents with the general registrar of his county or city of residence no later than the filing deadline for the general or special election:

- Declaration of Candidacy
- Petition of Qualified Voters
- Certificate of Candidate Qualification for Local Offices
- Statement of Economic Interests, if required for office sought (neither an incumbent nor an interim appointee, who filed the most recent statement required and is seeking election or reelection to the same office, is required to file it again)

### 10.1.4 Independent (Non-party) Candidates for Local Offices

A candidate must file the following documents with the general registrar no later than the filing deadline for the general or special election:

- Declaration of Candidacy
- Petition of Qualified Voters
- Certificate of Candidate Qualification for Local Offices
- Statement of Economic Interests, if required for office sought (neither an incumbent nor an interim appointee, who filed the most recent statement required and is seeking election or reelection to the same office, is required to file it again)

Department of Elections prepares all qualifying forms except for the statement of economic interests. The Secretary of the Commonwealth prepares the statement of economic interests for statewide and local offices. The most current version of the statement is available on the Secretary of the Commonwealth's website. Questions related to the proper completion of the statement must be directed to the Secretary of the Commonwealth's office. Contact information for the Conflict of Interest Director can also be found on the Secretary of the Commonwealth's website.

### 10.1.5    Independent (Non-party) Candidates for General Assembly

A candidate must file the following documents with the general registrar of her/his county or city of residence, the clerk of the appropriate legislative body and Department of Elections no later than the filing deadline for the general or special election:

- With the Department of Elections
  - Certificate of Candidate Qualification for General Assembly offices

- With the General Registrar
  - Declaration of Candidacy
  - Petition of Qualified Voters

- With the Clerk of the Senate or House (as appropriate for the office sought)
  - Statement of Economic Interests (an incumbent who filed this document in the election year and is seeking reelection to the same office, is not required to file it again)

Questions about the proper completion of the General Assembly statement must be directed to the appropriate clerk's office [Senate Clerk's Office (804) 698-7400 or House Clerk's Office (804) 698-1619].

### 10.1.6    Independent (Non-party) Candidates for U. S. Senate, U. S. House of Representatives and Governor, Lieutenant Governor and Attorney General

A federal office candidate files documents with the Department of Elections only. A statewide office candidate files with both the Department of Elections and with the Secretary of the Commonwealth's office. Both federal and statewide candidates file the required forms by the appropriate filing deadline for either the general or special election, including petitions of qualified voters.

The Department of Elections will set up a master petition in VERIS and then forward the petition pages to the appropriate general registrar for verification. The general registrar will add his/her jurisdiction to the master petition in VERIS for each candidate. A locality must verify the petition signatures on the pages sent by Department of Elections irrespective of the jurisdictional origins of the petition signer. The Department of Elections will ask for more signatures to be added to the master petition beyond the Code's required ballot access amount. §§ 24.2-506 and 24.2-521. Ten percent more than the number needed is the goal for all U.S. Senate, U.S. House and statewide office candidates. When verification is complete, the general registrar returns the petitions to the Department of Elections.

## 10.2 How to Process Candidate Forms

### 10.2.1 Document Review - Local Offices

When the candidate files documents in person, the general registrar shall review all documents to ascertain that all required forms are included and that each is properly notarized and signed. If there are any deficiencies in the execution of the candidate's forms, the general registrar must immediately inform the filer so that the individual may properly complete replacement forms.

The general registrar/general registrar's staff also must review mailed documents for completeness and accuracy and advise the candidate immediately of any deficiencies.

The candidate must file the declaration of candidacy and petitions together. The petitions filed should contain at least as many unverified signatures as are required to qualify for the office (i.e. 125 unverified signatures for an office that requires 125 verified signatures). §§ 24.2-506 and 24.2-521. The candidate may submit additional petition pages up to, but not beyond, the deadline for the election.

Staff recommends providing the filer with a receipt indicating the filing of, or the failure to file, any required document. See general, special, and primary receipts posted in Forms Warehouse.

Staff recommends adding the candidate in VERIS after receiving either the candidate's certificate of candidate qualification or declaration and petitions. The candidate's VERIS record will allow for additional tracking of required documents.

### 10.2.2 Turnaround Time

Declarations and petitions filed with the registrar's office by independent local office candidates must be transmitted to the board within three days of their receipt for certification. Therefore, it is imperative that the general registrar process any filings immediately.

Timely processing will provide the local electoral board ample time to notify any candidate who requested to be notified in writing of deficiencies in his/her filings, and to certify qualified candidates to Department of Elections by the required deadline.

Further, it will ensure that Department of Elections receives the candidate information necessary to do the following:

- Verify accuracy of electoral boards' candidate certifications (SBE-505/SBE-612).
- Assemble data needed for candidate processing and ballot designs.
- Provide materials needed by electoral boards for ballot preparation.
- Communicate, as needed, with potential candidates.
- Post a candidate list to Department of Election's website for access by the general public.

## 10.2.3    Processing the Certificate of Candidate Qualification

In accordance with Department of Elections Policy 2010-3, a candidate's certificate of candidate qualification may not be filed any earlier than January 2nd within the election year. The form must be filed by the appropriate filing deadline for the election. The exception to the policy is when a future election's filing deadline falls in the current calendar year. As an example, a special election scheduled for January or February 2015 would have a filing deadline in November/December 2014. §§ 24.2-503, 24.2-507(5) and 24.2-510(5).

Each candidate for local office must file a certificate of candidate qualification.

### 10.2.3.1    Verification of Certificate of Candidate Qualification

Immediately upon receipt of a certificate of candidate qualification, the general registrar/general registrar's staff must verify the following:

- The form is complete, signed, and notarized.
- The candidate is registered at the address listed on the form.
- The address is located in the district in which the candidate seeks election.
- The manner in which the candidate has requested the name to be listed on the ballot meets the requirements detailed below.

If the form is properly completed, enter the candidate into VERIS. More comprehensive instructions on entering a candidate are available in the VERIS Election Setup Step by Step. If the name the candidate wants on the ballot complies with the requirements, enter it into the "Ballot Name" field. Enter the ballot name in upper/lower case with proper punctuation. Acknowledge receipt of all forms filed by the candidate in the "Candidate Qualifications" section of the candidate's VERIS record.

### 10.2.3.2    How Name May Appear on the Ballot

- Length
  - The entire name to appear on the ballot must not exceed 25 characters, including any punctuation and spaces between names.

- Titles

- No titles [Rev., Dr., Mr., Mrs., etc.] are to be used, either before or following the candidate's name.
- A woman must use her given name, not her husband's, and without a "Mrs." in front of a name (e.g. "Mary L. Jones" and not "Mrs. John W. Jones").

- Criteria
  - First name, initial or familiar form of first name
  - Middle name, initial or familiar form of middle name.
  - Optional nicknames appear within quotation marks.
  - Last name.
  - Suffix, if one (Sr. is optional; All other suffixes must be used since they appear on a person's birth certificate and are part of the person's legal name).

If the name the candidate wants on the ballot includes either a first or middle name or suffix that is not shown on his/her registration record in VERIS, the general registrar must take the following steps:

- Verify that the first or middle name or suffix missing from the VERIS record is, in fact, part of the candidate's legal name by checking the candidate's voter registration application.

  ⓘ A nickname can never replace the full name shown on the voter's VERIS record unless the name was changed by order of a court.

- Contact the candidate by telephone or email to advise her/him of the change.
- Add the missing information to the registrant's voter record in VERIS.
- Perform a "Candidate Search" in VERIS. If a candidate record exists from a past election, verify the accuracy of the candidate's voter record and click the "Copy candidate to another election" button. Complete the copy to the current election. If a candidate record does not already exist in VERIS for the appropriate election, add the candidate and choose the office the candidate is seeking (which must already exist in VERIS). Enter the receipt and verification of all forms filed by the candidate in VERIS to ensure the candidate is qualified to appear on the ballot.

The following procedures are used if the name does not comply:

- Contact the candidate by telephone or email.
- Explain the deficiency.
- Print the name decided upon above the name entered on form by the candidate. It is recommended that the general registrar general registrar's staff also initial and date the change.

Here are some examples of deficiencies:

- A request for "Robert L. Jones" when the individual is registered as "Robert Leroy Jones, Jr."
  - o Only the "Sr." suffix is optional. All other suffixes must appear on the ballot.

- A request for "Spanky" Smyth when the individual is registered as Thomas Wendell Smyth III.
  - o Spanky is a nickname that is not a form of his given name. A candidate must appear on ballot as one of the following:
    - Thomas Wendell Smyth III
    - Thomas W. Smyth III
    - T. Wendell Smyth III
    - T. W. "Tom" Smyth III
    - Thomas W. "Tom" Smyth III
    - Tom W. Smyth III (Tom is a familiar, commonly used, form of Thomas; he can appear on the ballot in this manner without quotation marks)
    - T. W. "Spanky" Smyth III
    - T. W. Smyth III (initials for both the first and middle names may be used only when the initials are also the nickname)

The following example meets the requirement for how a name may appear on the ballot but the name requested is not valid for *this* person:

- A request for "Mary Ann Westmoreland" where the individual is registered as Mary Mitchell Westmoreland under the following scenario:
  - o When called by the registrar, the candidate states that Ann is her middle name even though her voter registration reads, "Mary Mitchell." The candidate's name must match the name on her voter registration application. Therefore, this candidate may only appear on the ballot as "Mary Mitchell Westmoreland". Alternatively, the candidate may submit an updated voter registration application to supplement her name to "Mary Ann Mitchell Westmoreland". Once submitted, the candidate may appear as "Mary Ann Westmoreland". Female candidates can choose to use both a middle and maiden name/initial if within the 25 alpha character limit or use either the middle or maiden name/initial (e.g. Mary A. M. Westmoreland, Mary Ann Westmoreland or Mary Mitchell Westmoreland).

## 10.2.3.3   Retention of Forms

Keep the forms in alphabetical order by office and year in appropriately labeled file folders. These documents must be retained for the period prescribed in the Library of Virginia (LVA) Retention Schedule and destroyed following the instructions therein.

## 10.2.4   Processing the Statement of Economic Interests

The statement of economic interests must be filed by the following individuals:

- a candidate for Governor, Lieutenant Governor, or Attorney General with the Secretary of the Commonwealth,
- a candidate for Senate or House of Delegates with the clerk of the appropriate house,
- a candidate for a constitutional office with the general registrar for the county or city, and
- a candidate for member of the governing body or elected school board of any county, city, or town with a population in excess of 3,500 persons with the general registrar for the county or city. Note: Candidates for Soil and Water Conservation Director are not required to file this Statement.

In accordance with Department of Elections Policy 2010-3, a candidate's initial statement of economic interests form may not be filed any earlier than January 2nd within the election year. The form must be filed by the election's filing deadline. The exception to the policy is when a future election's filing deadline falls in the current calendar year. For example, a special election scheduled for January or February 2015 would have a filing deadline in November/December 2014. §§ 24.2-503, 24.2-507(5) and 24.2-510(5).

Candidates for re-election to the same office need not re-file this form if they have met the requirements for filing as an elected officeholder. A person who is appointed to fill a vacancy is required to file the statement as a condition to assuming office. The appointee is not required to file another statement of economic interests if he/she becomes a candidate in the special election to fill the vacancy.

These documents must be retained for the period prescribed in the LVA Retention Schedule and destroyed following the instructions therein.

### 10.2.4.1   Public Inspection

All candidate filings, including petitions and copies of statements of economic interest, with all parts of social security numbers redacted are open to public inspection and copying for reasonable costs. See, GREB 26 (discussing the Virginia Freedom of Information Act).

## 10.2.5   Verification of Petitions

A general registrar must check petitions filed by (i) groups seeking to get a referendum authorized by law on the ballot, and (ii) independent (non-party) candidates for all offices in general or special elections.

A general registrar is required to check petitions if so requested by the party chair when the party is nominating its candidate for the General Assembly, constitutional office or local office by a non-primary method of nomination. § 24.2-114(17).

A general registrar is not required to check primary petitions. The political party has sole authority in designating its primary candidates. § 24.2-527. Department of Elections strongly urges that general registrars do not participate in primary petition verification.

Checking primary petitions unnecessarily involves the commonwealth in party processes and creates the possibility of liability in cases of discrepancies.

The procedures set forth below apply to all candidate petitions:

- 1VAC20-50-20 Material Omissions Regulation
- Review of Candidate Petition Pages Checklist
- Review the VERIS Petitions Step-by-Step (Rev.3/2015)
- How to Number the Pages
- Declaration of Candidacy
- Affidavit
- Circulator
- Number of Signatures
- Certification

For referendum petitions, follow the procedures in Items 10.2.5.1, 10.2.5.2, 10.2.5.3, 10.2.5.4, 10.2.5.5, 10.2.5.6 and 10.2.5.7 only.

### 10.2.5.1 Review Department of Election's 1VAC20-50-20/1VAC20-60-20 Material Omissions from Candidate/Referendum Petitions and Petition Signature Qualification Regulations

The Department of Elections' material omission regulations identify what does and does not constitute a material omission on a petition and the petition signatures contained therein for the purpose of disallowing the petition or petition signatures. Please review the regulations before proceeding to Section 10.2.5.2. A hyperlink to the each regulation has been included for your convenience. 1VAC20-50-20 and 1VAC20-60-20

### 10.2.5.2 Acquire the Review of Candidate/Referendum Petition Pages Checklists from the Department of Election's SharePoint website

The Department of Elections' Review of Candidate/Referendum Petition Pages Checklists walks the petition reviewer through each material and immaterial element in an orderly fashion and will provide assistance in confirming that petitions and petition signatures are reviewed and accepted accurately by the general registrar or by the general registrar's staff. The checklists are posted in Forms Warehouse. See Exhibits A and B.

### 10.2.5.3 Review the VERIS Petitions Step-by Step

The VERIS petition functionality was revised with the March 2015 build. The Petitions Step-by-Step is available through the "VERIS User's Manual - Step by Steps" hyperlink on the VERIS home page. A brief training video is also available through the "GR Downloads and Information -VERIS Training" hyperlink also on the VERIS home page. The video is labeled "Petition Tracking". Please review both documents before using the new VERIS petition functionality. This video has not been updated since the April 2014 build.

### 10.2.5.4 How to Number the Pages

In order to expedite verification, the receiving registration office should implement the following procedure when any candidate files a declaration of candidacy and petitions:

- Number the front of first page 1-A.

**1-A**

| | |
|---|---|
| Jonathan Q. Independent | COMMONWEALTH OF VIRGINIA |
| ENTER ABOVE, NAME OF CANDIDATE [SHOULD BE AS IT IS TO APPEAR ON BALLOT] | **PETITION OF QUALIFIED VOTERS** |
| | [Must be filed with Declaration of Candidacy] |
| 2211 Quiet Place | When an election district includes more than one county or city, it is suggested that you use a separate petition form for qualified voters in each county or city to facilitate the processing of the filing. |
| ENTER ABOVE, RESIDENCE ADDRESS OF CANDIDATE | |
| Somewhere VA                          22193 | For a statewide office |
| ENTER ABOVE, CITY/TOWN              ZIP | It is suggested that you file petitions in county/city order to facilitate the processing of the filing. If you track the number of signatures by congressional district, enter district no.: ____ [optional]. |
| Member, House of Delegates          86th District | |
| ENTER ABOVE, OFFICE SOUGHT     ENTER ABOVE, DISTRICT, IF APPLICABLE | |

- Number the back of first page 1-B.

## 1-B

| | | | | |
|---|---|---|---|---|
| CIRCULATOR: | MUST SWEAR OR AFFIRM IN THE AFFIDAVIT BELOW THAT S/HE IS A LEGAL RESIDENT OF THE UNITED STATES OF AMERICA, NOT A MINOR NOR A FELON WHOSE VOTING RIGHTS HAVE NOT BEEN RESTORED AND THAT S/HE PERSONALLY WITNESSED EACH SIGNATURE. | | | |
| SIGNER: | YOUR SIGNATURE ON THIS PETITION MUST BE YOUR OWN AND DOES NOT SIGNIFY INTENT TO VOTE FOR THE CANDIDATE.  YOU MAY SIGN PETITIONS FOR MORE THAN ONE CANDIDATE. | | | |

| OFFICE USE ONLY | SIGNATURE OF REGISTERED VOTER [PRINT NAME IN SPACE BELOW SIGNATURE] | POST OFFICE BOXES ARE NOT ACCEPTABLE RESIDENT ADDRESS House Number. and Street Name or Rural Route and Box Number and City/Town | DATE SIGNED[ Must be after January 1 of election year] | *SEE NOTE BELOW LAST 4 DIGITS OF SOCIAL SECURITY NUMBER [OPTIONAL] |
|---|---|---|---|---|

- Number the remaining pages sequentially in a like manner.
- Create the master petition in VERIS for local office candidates.
- For General Assembly candidates, contact the Compliance and Administration division so staff can enter the master petition in VERIS.
- For General Assembly petition pages, VERIS now allows the controlling locality (the locality at which the candidate filed his or her petitions) to process all signatures within the district.  The controlling locality is responsible for making sure the petitions are processed.  The controlling locality may request the assistance of the other localities in the relevant district if necessary.  If this distribution is necessary, fax or email General Assembly petition pages to other district localities immediately.  Include with the faxed documents the name of the contact person for the campaign, the phone number for the contact person, the date the petitions were filed, and the number of petition pages filed so the other jurisdictions may add themselves to the candidate's master petition.

### 10.2.5.5    Declaration of Candidacy

Verify that the candidate is a qualified registered voter, or if the books are closed, that the registration application or change of address/transfer application is on file with your office for processing once the books reopen.  If the declaration of candidacy is witnessed rather than notarized, verify that the two witnesses are also qualified registered voters.  If not, the candidate must file a new declaration in order to file his/her petitions.  If the office does not require petitions and the declaration is found to be deficient in any way, the replacement declaration must be filed prior to the filing deadline.  See 10.2.5.9 below for the explanation of "registered" ("R").

### 10.2.5.6    Affidavit on Candidate Petition

If the affidavit on the reverse side of the petition page is not notarized, then the signatures on that page cannot be counted.  If the affidavit is complete and notarized, continue to Section 10.2.5.8.  If the affidavit is incomplete or not signed by the circulator but it has been notarized, the petition page may not be processed as set forth in 1 VAC20-50-20 Department of Election's Material omissions from candidate petitions and petition

signature qualifications regulation. Candidates will be penalized for the failure of the notary to include/affix his/her registration number, commission expiration date or photographically reproducible seal. Notaries who fail to properly execute their duties should be reported to the Secretary of the Commonwealth.

    (i)   If a notary error is found prior to the conclusion of the filing period, the petition page may be returned to the candidate so that the error may be corrected or so that the page can be re-notarization properly. The replacement notarization may only be performed over-top of the original notarization. A candidate always retains the right to abandon returned erroneous petition pages for new/replacement pages as long as the filing deadline is still open. All corrected petitions must be re-filed before the appropriate candidate filing deadline. A receipt itemizing the number of pages being returned to the candidate/campaign should be kept in the candidate's file.

### 10.2.5.7    Affidavit on Referendum Petition

If the affidavit on the reverse side of the referendum petition page is not notarized, then the signatures on that page cannot be counted. If the affidavit is complete and notarized, continue to Section 10.2.5.8. If the affidavit is incomplete or not signed by the circulator but it has been notarized, the petition page may not be processed as set forth in 1VAC20-60-20 Department of Election's regulation on material omissions on referendum petitions. Referendum petition circulators will be penalized for the failure of the notary to include/affix his/her registration number, commission expiration date or photographically reproducible seal. Notaries who fail to properly execute their duties should be reported to the Secretary of the Commonwealth.

    (i)   Referendum petitions given by the circuit court for verification cannot be returned to the candidate. Referendum petitions reviewed in the general registrar's office prior to filing with the circuit court can be corrected in the manner described in Section 10.2.5.6.

### 10.2.5.8    Circulator

Under current law, petitions can be circulated within Virginia by any person legally resident in the United States who is neither a minor nor a felon whose rights have not been restored. See 1 VAC 20-50-20. Virginia statute imposes a further requirement of Virginia residency that cannot be enforced under the U.S. 4th Circuit Court's ruling in Libertarian Party v. Judd. 718 F. 3d 308 (2013). The court's ruling makes unenforceable the statutory requirement in § 24.2-506 that requires the circulator must be a legal resident of the Commonwealth.

A circulator who signs the affidavit claiming to be a legal resident of the United States, a non-minor and a non-felon will be taken at his/her word subject to the false statement

penalty of § 24.2-1016. Indicate to the left of the circulator's name in the circulator's affidavit with either an "E" for eligible or an "NE" for not eligible the status of each circulator. Petition pages with eligible circulators can be processed. Set aside those pages with ineligible circulators.

E　　ELIGIBLE: For a person who is a legal resident of the United States of America and not a minor or a felon whose voting rights which have not been restored.

NE　　NOT ELIGIBLE: For a person who is not a legal resident of the United States of America and/or a minor and/or a felon.

For a statewide or congressional office, the Department of Elections will determine the circulator's eligibility before forwarding the petitions to the general registrars for verification.

ⓘ　　Note: Congressional candidates do not need to reside within their district (only the state) to run for office and are permitted to circulate their own petitions.

### 10.2.5.9　Verification of Signatures

Once the circulator is determined to be eligible, the names of all other persons on that page are then checked.

As each name is checked in VERIS, indicate in the left margin beside the line number for the signer one or, if necessary, two of the following alpha character abbreviations, as appropriate.

Primary Abbreviations:

R　　REGISTERED: A person registered in your county or city or, if applicable, in the election district for which the petition was circulated. The address provided on the petition matches the registrant's address in VERIS or is an address within the same precinct where the registrant is registered. For the purpose of petition verification in VERIS, accept the registrant at her/his former address. Issue the voter a confirmation notice (see "CNF" abbreviation below). § 24.2-428.1.

- The person who signs a candidate's petition must be a registered voter in either "Active" or "Inactive" status at the time the petition was filed by the candidate. If applicable, issue the inactive voter a confirmation notice (see "CNF" abbreviation below). § 24.2-428.1.
- A person who signs a petition for a referendum must be a registered voter both at the time the petition was signed (see DATE SIGNED column on petition) and at the time the petition is validated by the

registrar. § 24.2-684.1(7). Please remember to check each voter's history to ensure the voter was registered at the time they signed the petition before accepting their signature to the referendum's master petition.

RNQ   REGISTERED - NOT [A] QUALIFIED [SIGNATURE]: A person who is registered at the address shown on the petition but the address is in another election district, a person who registered after the date on which the candidate filed the petition, a person who is registered within the referendum election district but was not registered when s/he signed the referendum petition, a person who is registered in the election district and signs the same petition more than once, a person who signs a petition and is registered in the election district but did not provide a "Date Signed" that can be corroborated in the appropriate signature timeframe or a person who is registered but is also the petition's circulator.

CI   CANNOT IDENTIFY: A person who cannot be identified as a registered voter or there is more than one registered voter with the same name and none are at the address shown on the petition.

IL   ILLEGIBLE: A person who wrote on the candidate's petition page but all the text written by the person is illegible.

Secondary Abbreviations:

CNI   CONFIRMATION NOTICE ISSUED: A person who provides an address on the petition that is outside of his/her precinct of former registration or a person who provides an address on the petition that is different than his/her voter record but within the same precinct as where s/he is registered. The registrar must initiate a confirmation mailing. Most of these voters will be marked for "Research" within the VERIS petition functionality. § 24.2-428.1.

ⓘ   Note: When a registered voter is marked as "Research" by another locality's general registrar, the locality marking the voter for "Research" must send sufficient information to the impacted locality's general registrar so that the confirmation process can be completed. A VERIS screen shot of the voter's current voter record and a copy of the actual petition signature line containing the voter's perceived new address will go a long way toward helping the impacted general registrar/general registrar's staff in completing the confirmation procedures. Department of Elections will attempt to bolster improved utility with the "Research" functionality in future VERIS builds.

DUP   DUPLICATE: A duplicate name already counted due to its appearance on a previous page of the candidate's petition.

### 10.2.5.10 Number of Signatures Required

When the number of names marked with "R" equals the number required, no further names need to be checked. However, it is recommended that registrars verify signatures equal to at least 10% beyond the number required for verification in order to ensure an adequate number of verified signatures in case of an appeal.

VERIS will permit a local user to shift the status of a local master petition to "Certified" only after the minimum number of signatures has been added to the master petition. The local VERIS user must shift the status of a local candidate's master petition to "Certified" before being allowed to shift the status of the local candidate's record to "Qualified". If the registrar finds that he made an error and needs to remove one or more accepted signatures, the registrar must go back into VERIS and return the local master petition to "In Process". This action should also allow a return of the candidate's record to "In Process". Once the error is addressed, the local master petition must be returned to "Certified" or "Rejected" and the candidate's record returned to "Qualified" or "Disqualified" as applicable to the outcome of the review.

The number of registered voters as of January 1st is used for all signature requirements that are based on the number of registered voters in any county, city, town, district, or ward. §§ 24.2-506, 24.2-521.

> ⓘ  Note: In a redistricting year, the signature requirement is based on the number of registered voters in any county, city, town, district or ward at the time the legislation or ordinance is adopted.

The number of signatures required for candidates for Senate of Virginia is two hundred fifty (250). One hundred twenty-five (125) signatures are required for candidates for House of Delegates of Virginia.

One hundred twenty-five (125) signatures are required for most candidates for local office. There are a few exceptions to this rule:

- For membership on a local governing body or the school board of a county or city from an election district not at large containing 1,000 or fewer registered voters, fifty (50) signatures are required.
- For Richmond City Mayor, five hundred (500) signatures with a minimum of fifty (50) signatures from each of the city's nine council districts are required.
- For membership on a local governing body or the school board from a ward or other district not at large in a town which has more than 1,500 registered voters, twenty-five (25) signatures are required.
- For membership on a local governing body or the school board of a town that has 1,500 or fewer registered voters, *no* petition is required.
- Regardless of the size of the district, candidates for Soil and Water Conservation District Director are only required to obtain 25 signatures.

- Requirements differ as to the number of signatures needed for the various referenda authorized by law. Refer to the code section authorizing the specific referendum in question for specific details.

## 10.3     Required Communications

### 10.3.1     General Registrar Certification to Political Party Chair

A political party chair may request that the general registrar verify the petitions filed by a non-primary candidate seeking the party's nomination. § 24.2-114(17).

If so requested, the general registrar must check these forms and return them to the political party chair as quickly as possible. Include the number of signatures of registered voters that appear on the petitions when the forms are returned. To accomplish the petition verification for local offices in VERIS, create a candidate, create a master petition, and associate your locality to the master petition. For a General Assembly candidate, contact Department of Elections so that staff can create the candidate record and the master petition.

### 10.3.2     General Registrar Certification to Local Electoral Board

The general registrar must check the declaration of candidacy and petitions, if required, of all independent (non-party) candidates for offices to be certified by the local electoral board. Within three days of receipt, the general registrar must transmit these documents to the electoral board together with the certification of the registration status of the candidate, the completeness of the declaration of candidacy and either (i) that the petitions contained the required number of signatures of qualified voters for the office sought or (ii) that the petitions did not contain a sufficient number of signatures of qualified voters. When insufficient signatures are found for a candidate, include the deficient number found.

The general registrar certifies the signatures of registered voters that appear on petitions of independent (non-party) candidates for the following offices:

- Clerk of Court, when not shared with another county or city
- Commonwealth's Attorney, when not shared with another county or city
- Sheriff, when not shared with another county or city
- Commissioner of Revenue
- Treasurer, when not shared with another county or city
- Soil and Water Conservation Director
- Chairman or Member, Board of Supervisors or County Board
- Chairman or Member, School Board
- Mayor, City or Town

- Member, City or Town Council

### 10.3.3 General Registrar to other General Registrars

When a non-party candidate for the General Assembly files, contact a member of the Election Services Division and request the creation of a master petition for the candidate. VERIS now allows the controlling locality (the locality at which the candidate filed his or her petitions) to process all signatures within the district. The controlling locality is responsible for making sure the petitions are processed. The controlling locality may request the assistance of the other localities in the relevant district if necessary. If this distribution is necessary, fax or email the petition pages to the other district localities immediately. Include with the faxed documents the name of the contact person for the campaign, the phone number for the contact person, the date the petitions were filed, and the number of petition pages filed so the other jurisdictions may add themselves to the candidate's master petition.

### 10.3.4 General Registrar Certification to Department of Elections

The general registrar must formally acknowledge to the Department of Elections the number of registered voters in the county or city which appear on petitions for independent candidates for these offices:

- President and Vice President
- United States Senate
- United States House of Representatives
- Governor, Lieutenant Governor and Attorney General
- Senate of Virginia
- House of Delegates
- Constitutional Offices shared by one or more counties and/or cities

The signature totals recorded by VERIS are used for all offices. No separate certification is required.

If requested in writing by a candidate for the General Assembly or a shared constitutional office, the general registrar or secretary of a local electoral board should notify the candidate of any deficiencies in the declaration of candidacy and petitions that can be corrected prior to the filing deadline. If so requested, the general registrar may advise the candidate as to the number of valid signatures identified on his petitions. Otherwise, neither the general registrar nor the local electoral board is to initiate any contact with any candidate for these offices concerning the validity of their petitions. Department of Elections will communicate with the candidate.

### 10.3.5 Local Electoral Board Notification to Candidate of Deficiencies

For the local offices set forth in Section 10.3.4, there are certain situations that may require the local electoral board to communicate with the prospective candidate.

When requested by a candidate who files prior to the filing deadline, the local electoral board must send notification of any deficiencies or discrepancies in the candidate's declaration of candidacy or petitions that can be corrected prior to the filing deadline.

After the filing deadline, whenever a candidate must be disqualified because of deficiencies in the candidate's declaration of candidacy or petitions, the local electoral board must notify the candidate of the disqualification in writing. Please read sections 10.3.6 and 10.3.7 before sending the notice of disqualification.

When the disqualification is a result of insufficient signatures on the candidate's petitions, the electoral board must enclose copies of the petitions without the last four digits of the social security numbers. The copies will show the candidate by the lettering present the determination rendered for each signature. Include in the letter an explanation of what each petition abbreviation stands for (e.g. "R" registered voter or petitions or "CI" could not identify) and the candidate's "All Petition Signatures" VERIS report (see the *VERIS Petition Step by Step* for more details on generating the "All Petition Signatures" report).

### 10.3.6 Appeal to Deficiencies in Petition Signatures

A nonparty candidate has the right to appeal a local electoral board's determination of deficiencies with his/her petitions. The Department of Elections subsequently adopted a regulation outlining the appeals process. 1VAC20-50-30.

The electoral board does not need to solicit participation when it sends its disqualification notice. However, acknowledgement that the appeal exists is recommended. Some other highlights about the regulation are listed below.

- Electronic mail will be the preferred method of notifying the candidate if such address has been provided by the candidate; otherwise, notice shall be sent by first-class mail.
- A local office candidate must file his appeal within five calendar days of the issuance of the notice of disqualification.
- The appeal is filed with his local electoral board. Candidates for shared constitutional offices file the appeal with the board that originally checked the signatures on the petition (this may require filing an appeal in more than one locality).
- The candidate bears the burden of proof in establishing sufficient evidence to overturn a disqualification decision.
- The scope of the appeal is solely on his invalidated petition signatures. The candidate is not permitted to expand the appeal beyond the adjudication of invalid signatures.

- The outcome of the appeal is final and not subject to further challenge.

## 10.3.7 Proposed Schedules to Follow for Certain Appeal Scenarios

Scheduling will be critical in ensuring that the appeal ends promptly. An appeal may not begin until a decision is rendered regarding a nonparty candidate's petition signatures. Absentee ballot preparation cannot be finalized until all appeals have concluded. Examples of proposed appeal schedules are covered in this section. If legal questions arise from the appeal, the electoral board must consult its county/city attorney.

Several proposed appeal schedules are provided for review. The two tables with a (✱) symbol in the header present extremely narrow scheduling windows when viewed in conjunction with absentee ballot preparation. In those situations, electoral boards should use every opportunity to expedite the appeal's schedule.

| Proposed Appeal Schedule for the November 2015 Special Election for Candidates with an August 14, 2015 Filing Deadline | | |
|---|---|---|
| Date(s) | Code Section | Action |
| 5 p.m., 8/14/2015 | § 24.2-507(3)(i) | Nonparty candidate files declaration and petitions. |
| 8/17 -21/2015 | § 24.2-505(C) | Petition verification concludes and electoral board issues written notice of disqualification. |
| 8/17 - 26/2015 | 1VAC20-50-30 | Disqualified candidate files an appeal within 7 days of the issuance of disqualification notice. |
| 8/17 - 27/2015 | 1VAC20-50-30 | Electoral board issues notice on date, time and place of appeal hearing to the disqualified candidate. Electronic mail is preferred method of notice. If unavailable, First Class USPS mail is required. |
| 8/18 – 28/2015 | 1VAC20-50-30 | Appeal is heard. If the outcome makes the candidate "Qualified", mark as such in VERIS and alert the Department of Elections via email. |
| 9/19/2015 | § 24.2-612 | Absentee voting for the 11/3/15 general election must begin. |

| ✱ Proposed Appeal Schedule for the November 2015 General Election for Candidates with a September 5, 2014 Filing Deadline (filing re-opened due to withdrawal of a political party candidate per §§ 24.2-539, 24.2-540 and 24.2-541). | | |
|---|---|---|
| Date(s) | Code Section | Action |
| 5 p.m., 9/4/2015 | § 24.2-541 | Nonparty candidate files declaration and petitions. |
| 9/8 -10/2015 | § 24.2-505(C) | Petition verification concludes and electoral board issues written notice of disqualification. |
| 9/8 – 17/2015 | 1VAC20-50-30 | Disqualified candidate files an appeal within 7 days of the issuance of disqualification notice. |
| 9/8 – 18/2015 | 1VAC20-50-30 | Electoral board issues notice on date, time and place of appeal hearing to the disqualified candidate. Electronic mail is preferred method of |

| | | notice. If unavailable, First Class USPS mail is required. |
|---|---|---|
| 9/9 - 18/2015 | 1VAC20-50-30 | Appeal is heard. If the outcome makes the candidate "Qualified", mark as such in VERIS and alert the Department of Elections via email. |
| 9/19/2015 | § 24.2-612 | Absentee voting for the 11/4/14 general election must begin. |

| ✳ Proposed Appeal Schedule for the May 3, 2016 General Election | | |
|---|---|---|
| Date(s) | Code Section | Action |
| 7 p.m., 3/1/2016 | § 24.2-507(2) | Nonparty candidate files declaration and petitions. |
| 3/2-7/2016 | § 24.2-505(C) | Petition verification concludes and electoral board issues written notice of disqualification. |
| 3/2 - 14/2016 | 1VAC20-50-30 | Disqualified candidate files an appeal within 7 days of the issuance of disqualification notice. |
| 3/2 - 15/2016 | 1VAC20-50-30 | Electoral board issues notice on date, time and place of appeal hearing to the disqualified candidate. Electronic mail is preferred method of notice. If unavailable, First Class USPS mail is required. |
| 3/3 – 6/2016 | 1VAC20-50-30 | Appeal is heard. If the outcome makes the candidate "Qualified", mark as such in VERIS and alert the Department of Elections via email. |
| 3/17/2016 | § 24.2-612 | Absentee voting for the 5/1/16 general election must begin. |

| Proposed Appeal Schedule for the November 2016 General Election | | |
|---|---|---|
| Date(s) | Code Section | Action |
| 7 p.m., 6/7/2016 | § 24.2-507(1) | Nonparty candidate files declaration and petitions. |
| 6/8- 13/2016 | § 24.2-505(C) | Petition verification concludes and electoral board issues written notice of disqualification. |
| 6/8 - 20/2016 | 1VAC20-50-30 | Disqualified candidate files an appeal within 7 days of the issuance of disqualification notice. |
| 6/8 - 21/2016 | 1VAC20-50-30 | Electoral board issues notice on date, time and place of appeal hearing to the disqualified candidate. Electronic mail is preferred method of notice. If unavailable, First Class USPS mail is required. |
| 6/9 – 22/2016 | 1VAC20-50-30 | Appeal is heard. If the outcome makes the candidate "Qualified", mark as such in VERIS and alert the Department of Elections via email. |
| 9/24/2016 | § 24.2-612 | Absentee voting for the 11/8/16 general election must begin. |

### 10.3.8    Local Electoral Board Certification to Department of Elections

Shortly before the filing deadline for any local office, the Department of Elections will either post to Forms Warehouse or send via email the combined certification form required to certify candidates for each office on the ballot for the election.

Immediately after any filing deadline and the conclusion of any petition signature appeals, the general registrar and secretary of the electoral board must certify to the Department of Elections, on these forms, all qualified candidates. Forms may be faxed to (804) 225-3706, or emailed to reiko.dogu@elections.virginia.gov.

The names of any disqualified candidates with the reason for the disqualification must also be entered in the space provided on the prescribed form. The electoral board must *not* disqualify any candidate for failure to file either the certificate of candidate qualification or, if required, the statement of economic interests. See 10.3.9 below.

### 10.3.9    Department of Elections Verification of Candidates for Local Offices

Staff will review the electoral board's certification of qualified local office candidates. If any local candidate has failed to file either a certificate of candidate qualification or a required statement of economic interests, Staff must notify the candidate of this deficiency and provide ten days in which the missing form(s) may be filed. In lieu of this formal process, Staff may empower the general registrar to contact the candidate about the deficiency and granted extension. It is recommended to truncate the extension to 24 - 48 hours after notice to avoid disqualification.

### 10.3.10    Department of Elections Certification to Locality

The Department of Elections will certify to each electoral board the names of all candidates for all offices and the order in which they are to appear on the ballot once all local certification efforts are completed.

## 10.4    Certification of Local Referenda

An individual or group seeking to place a referendum on the ballot may do so only by following all codified procedures relevant to the issue.

An individual, who is a qualified voter of the county, city or town, representing either a group or acting alone, must file a copy of the petition form to be used that includes the question as it is to appear on the ballot with the clerk of circuit court. The individual must also file a statement that contains his/her name, address and the group he/she

represents (if any). These documents cannot be filed earlier than the effective date of the law authorizing the referendum for which the petition is to be circulated. The clerk must certify to the filer, within ten days, that the petition copy and statement have been received and accepted.

The individual then circulates the petitions and files them with the clerk within nine months of the clerk's certification. All signatures on the petitions must be dated on or after the date of the clerk's certification.

In addition, petitioners should be aware that any court order for a referendum must be entered at least eighty-one days before the date of the election and the court must provide the general registrar sufficient time for verifying the petitions before an order can be entered. Petitions circulated for the referendum on direct election of school board members must be filed with the court at least 111 days before the date of the general election at which this special election would be held. § 22.1-57.2.

Persons who sign any referendum petition must be registered voters in the jurisdiction for which the petition is circulated both at the time they signed the petition and at the time the registrar validates the signatures. As discussed above in relation to candidate petitions, petitions for Virginia elections may be circulated by a person legally resident in the United States who is neither a minor nor a person with a felony conviction whose voting rights have not been restored. The circulator must witness the signature of each person who signs the page and must sign an affidavit to that effect on both pages of the petition.

The general registrar may be asked to check petitions by the clerk after they have been filed or by the individual(s)/group(s) circulating the petitions before they are filed with the court. In either case, the general registrar must number the petition pages consecutively in the same manner as candidate petitions, and place his/her initials below each page number. The referendum must be added to an election in VERIS before a master petition for the referendum can be started.

The general registrar must check the petitions as quickly as possible and return them to the individual(s)/group(s) or clerk as appropriate. Further, the general registrar must provide a written certification of the number of signatures of registered voters that appear on the petitions to the individual(s)/group(s) or clerk, as appropriate.

Persons seeking any information concerning referenda to be placed on the ballot are to be directed to the Department of Election's website (http://elections.virginia.gov/index.php/election-law/place-issue-on-ballot ) or provided Department of Election's toll-free number (800) 552-9745.

## 10.5    Candidate Management

If a candidate record does not already exist in VERIS, the general registrar should enter the record within 24 hours after the receipt of the candidate's certificate of candidate qualification. Before entering the record, the general registrar should resolve any discrepancies in the manner in which the candidate's name is to appear on the ballot.

Enter the candidate's name in the manner that it will appear on the ballot in the "Ballot Name" field. The "Ballot Name" entered will appear on the Department of Elections' candidate certifications and on its candidate lists posted to the public website. Use mixed case (i.e., upper and lower case) when entering the candidate's ballot name and include all required punctuation, e.g., John P. "Joe" Dixon, Jr.

Use the "Status" field on the "Candidate Maintain" page to indicate whether the candidate is "In Process" (not yet qualified but in the process of trying to qualify), "Qualified" (qualified for the ballot), "Not Qualified" (failed to qualify for the ballot), "Unopposed" (not challenged in a Primary), "Deceased," "Deleted," or "Withdrawn."

The "Unopposed" status must only be used for uncontested primary candidates. The selection of the "Unopposed" status triggers VERIS to remove the office associated to the election from all pre and post primary election functionality and from primary reports. Once the primary candidate certification process ends, use the "Copy candidate to another election" functionality to create a November candidate record from the "Unopposed" June candidate record. The status of the November candidate record is "Qualified." All unopposed primary election offices will eventually be removed from the primary election in VERIS. The removal process hides all primary candidate records associated to the office. Therefore, it is important to copy unopposed primary candidates to the November election before the primary office is removed.

Whenever a candidate's name remains on the ballot because the candidate died or withdrew after the ballots were printed, the status field must continue to display "Qualified." This will ensure that the candidate's name appears on the election results screen to allow entry of the votes cast for the withdrawn candidate.

Use the check boxes in the "Candidate Qualifications" section of the page to indicate when each form is filed. Do not select "Qualified" as the candidate's status until all of the legal requirements for ballot access are met. It is imperative that all candidate information be entered before the combined general registrar/electoral board candidate certification is provided to the Department of Elections.

## 10.5.1   Candidate Withdrawal

Any candidate who decides that he/she no longer wants to be a candidate must withdraw in writing (either letter, faxed copy of the letter or email is acceptable). The withdrawal statement must include the candidate's name, the candidate's signature, the office the candidate was seeking and the election date and must specifically state that he/she is withdrawing as a candidate. It must be addressed to the appropriate authority.

Newspaper articles or press conferences do *not* constitute an official notice of withdrawal.

A political party nominee sends his/her withdrawal notice to the appropriate political party chair. Either the candidate or the party chair should fax/email a copy of the withdrawal notice to both the Department of Elections and the secretary of the electoral board at the office of the general registrar. Subsequent procedures for withdrawal of a primary candidate are delineated in §§ 24.2-536, 24.2-537, and 24.2-538; while procedures applicable to the withdrawal of a general or special election political party nominee are in §§ 24.2-539 and 24.2-540.

An independent candidate sends his/her withdrawal notice to the secretary of the electoral board. Notices addressed to the secretary that are sent to the general registrar are also acceptable.

If the withdrawal notice is received before ballot preparation begins, change the candidate's status to "Withdrawn" on the "Candidate Maintain" page in VERIS. Whenever a candidate's name remains on the ballot because s/he withdrew after the ballots were printed, the status field must continue to display "Qualified." This will ensure that the candidate's name remains on the "Election Results > By Office/By Precinct" screen thus allowing data entry of the votes cast for the withdrawn candidate.

If the general registrar or electoral board receives a notice of withdrawal from a candidate certified by the Department of Elections (e.g., General Assembly), the notice must immediately be faxed or emailed to the Compliance and Administration division at (804) 371-0194, info@elections.virginia.gov. Include a comment indicating who received the notice and when.

The Department of Elections determines, based on the time available before the election and the status of the ballots for the election, whether or not ballots containing the name of the withdrawn candidate must be reprinted. § 24.2-612.1.

If the Department of Elections decides that the name will remain on the ballot, it will provide to the secretary of the electoral board and the general registrar a notice explaining that the candidate's withdrawal occurred after the ballots were printed and, therefore, the name remains on the ballot.

ⓘ   If the withdrawn or deceased candidate receives the most votes, s/he must be certified by the electoral board as the person elected to the office (§ 24.2-673).

## 10.5.2   Write-In Candidacy

Whenever an individual requests procedures for becoming a write-in candidate for a local office, the general registrar should provide the following information either verbally or in writing (by letter or by email):

- That write-ins are permitted for any office elected in a general or special election;

- Article II, Section 5 of the <u>Constitution of the Commonwealth</u> requires an elected official to be able to vote for the office he is seeking.[1] Therefore, the write in candidate must be a registered voter of the jurisdiction or, if applicable, of the election district on or before the last day to register to vote before the November/May election;

- That §§ 24.2-644 and 24.2-648 require the write-in vote to be handwritten or hand-printed by the voter unless the voting system in use provides a means to enter the name electronically (include write-in instructions applicable to voting system in use);

- That the individual may inform the media of his/her write-in candidacy and about write-in procedures in any way he/she chooses;

- That the write-in candidate should use some form of his/her full legal name to eliminate any doubt that the write-in vote is for him/her and to always refer to him/herself in that manner in any campaign statement, written or oral;

- That the write-in candidate should communicate intent to run to the secretary of the electoral board;

- That any voter requiring instruction on the write-in procedures, may request instruction from the officers of election at the polls;

- That write-in candidates are still required to adhere to the requirements of the Campaign Finance Disclosure Act (CFDA).

- That CFDA reports filed in paper format are filed only with the local electoral board;

- Postmarks on filed paper CFDA reports are not considered timely filed; and

---

[1] There is an exception to the residency requirement in § 15.2-1525 that provides that a resident of a city that contains the courthouse of the county or that only shares a boundary with one county may run for local office in the county despite not being able to vote in the election for which they would be running. There is also an exception for elections for Commonwealth's attorney, where no qualified attorney runs for the office or where there is not more than one qualified attorney who could run for office. Candidates running under this scenario should file all paperwork with the general registrar for the locality where the election is being held (as opposed to the locality where the candidate resides).

Refer the individual to the Department of Elections' <u>website</u> for deadlines, forms and detailed information relating to campaign telephone calls, advertising and identification of campaign ads and materials.

Examples of the voting system(s) used in the jurisdiction should be sent to the interested write in candidate. If an example is not available from SharePoint, contact your voting equipment vendor and ask for an example. After a file is provided, send the file to Department of Elections so that it may be posted to SharePoint.

## 10.6 Exhibits

### 10.6.1 Exhibit A: Review of Candidate Petition Pages Checklist (Front)

## Review of Candidate Petition Pages

| Candidate | Petition Page Number |
| --- | --- |

| **STEP 1: Determination of material omissions** | |
| --- | --- |

**Declaration of Candidacy Form**

| Item | | Action |
| --- | --- | --- |
| 5(A) | Candidate is a qualified registered voter | ➡ | If not received by deadline, deny all petitions. GREB Handbook § 10.2.5.2. |
| 5(A) | Declaration is notarized, or witnessed by two qualified, registered voters. | ➡ | If not received by deadline, deny all petitions. GREB Handbook § 10.2.5.2. |

**Petition Page**

| Item | | Action |
| --- | --- | --- |
| Petition is on a double-sided, two-paged document. | ➡ | If not, deny the petition page and all signatures thereon. 1 VAC 20-50-20. |
| The petition must have the name, or some variation of the name, AND address of the candidate on the front of the form. | ➡ | If not, deny the petition page and all signatures thereon. 1 VAC 20-50-20. |
| The petition is to identify the office sought on the front of the form. | ➡ | If not, deny the petition page and all signatures thereon. 1 VAC 20-50-20. |
| If applicable, the petition fails to identify the applicable election district in which the candidate is running for office. | ➡ | If not, deny the petition page and all signatures thereon. 1 VAC 20-50-20. |

**Affidavit & Circulator**

| Item | | Action |
| --- | --- | --- |
| Affidavit is notarized. | ➡ | If not notarized, all signatures on petition page are denied. GREB Handbook § 10.2.5.4; 1 VAC 20-50-20. |
| Affidavit on each petition is signed by the circulator in the presence of the notary, AND the circulator has provided his current address. | ➡ | If not, signatures on petition page are denied. GREB Handbook § 10.2.5.4; 1 VAC 20-50-20. |
| Circulator has signed the petition affidavit, thus, affirming that s/he is a legal resident of the United States of America, not a minor and has not been adjudicated voting rights restoration. | ➡ | If not, deny the petition page and all signatures thereon. 1 VAC 20-50-20. |
| The notary has not affixed a photographically reproducible seal. | ➡ | If not, deny the petition page and all signatures thereon. 1 VAC 20-50-20. |
| The notary has not included his registration number and commission expiration date. | ➡ | If not, deny the petition page and all signatures thereon. 1 VAC 20-50-20. |
| Affidavit is complete. | ➡ | If the affidavit is complete and notarized, continue to follow the procedures set. If the affidavit is not signed by the circulator but it has been notarized, then do NOT process the petition nor set forth in GREB Handbook § 10.2.5.4. See the GREB Manual for further guidance. See also 1 VAC 20-50-20. |
| The date the affidavit was notarized is before any of the dates provided by the petition signers. | ➡ | Deny the petition page and all signatures thereon. |

| **STEP 2: Process signatures on petition page** | |
| --- | --- |

**Verification of Signatures**

| Item | | Action |
| --- | --- | --- |
| Process signatures on acceptable petition pages. | ➡ | Process according to GREB Handbook § 10.2.5.7. Deny signatures with a code of "R" count toward required number of signatures. |
| A person signs and provides an address that matches an address of an active or inactive voter in the VERIS, or a person signs and provides an address that is within the same precinct where an active or inactive voter is currently registered in VERIS and the signer can be reasonably identified as the same registered voter (e.g. provided last four of full and all legally number). | ➡ | Mark "R" on the petition page. 1 VAC 20-50-20. |
| A person signs, provides an address and only the last four of full social security number but the address provided is outside of the voter's current precinct in VERIS. | ➡ | Mark "RN-O" on the petition page. 1 VAC 20-50-20. |
| Circulator had signed, as a cell owner on the petition listed as circulator. | ➡ | Do deny any two signature or no more let. 1 VAC 20-50-20. |
| A person signs with a different last name and the address not within security number provided matches voter's record in VERIS. | ➡ | Accept as a registered voter. Though all recently names and will precinct, mark the signatures as "R". |
| A person signs using variation of last name and last name where address match to a voter's record in VERIS. Should as long as other match record e.g. A. Doumbriz. Does Doumbriz. Doumbriz. | ➡ | Mark "R" on the petition page. |
| A person signs using a variation of name and last name where address match to a voter's record in VERIS, e.g. Jane Thomas F. Champion, Jane Thomas. | ➡ | Mark "R" on the petition page. |

| | | | |
|---|---|---|---|
| | A person enters quotation marks or "Same as above" for his/her address. | ➡ | If the address directly above the person's signature does match to a voter's address in VERIS, mark "R" on the petition page. If the address directly above the person's signature does not match to the voter's address in VERIS, mark appropriate abbreviation on the petition page. |
| | A person signs their name on the "Print" line and prints their name on the "Sign" line. Name and address provided on the petition match a voter's record in VERIS. | ➡ | Mark "R" on the section page. (VAC 20-50-20. |
| | A petition signer fails to provide the date but a period of time that qualifies can affirmatively be established with previous and subsequent dates provided by other signers upon the page. | ➡ | Do not check signatures when the date signed cannot be established to be within the permitted time period for the petition.  Review signatures that appear to have been signed within the permitted time period for the petition. |
| N/A | Refer to any other guidance provided by SBE to determine validity of petition signatures | | N/A |

## STEP 3: Determination of nonmaterial omissions

### Petition Page

| Item | | Action |
|---|---|---|
| Older version of the petition page is used. | ➡ | This is immaterial provided that the information presented complies with current laws, regulations, and guidelines. (VAC 20-50-20). |
| The "election information" including (i) exactly city, or town in which the election will be held; (ii) election type; and (iii) date of election are omitted. | ➡ | This is immaterial. (VAC 20-50-20. |
| The name of the candidate and office sought are omitted from the back page of the petition. | ➡ | This is immaterial. (VAC 20-50-20.  Ensure the candidate's name and office sought are on the front of the petition. |

### Affidavit & Circulator

| Item | | Action |
|---|---|---|
| The circulator has not provided his driver's license number and/or date of issuance for this driver's license in the affidavit. | | This is immaterial. |
| The circulator has not indicated the county, city, or town of his voter registration or voter eligibility in the affidavit. | ➡ | This is immaterial. (VAC 20-50-20 |
| The circulator has not provided the last four digits of his social security number in the affidavit. | | This is immaterial. (VAC 20-50-20 |
| The date the affidavit was notarized is before some of the dates provided by the petition signers but after some dates provided by petition signer. | ➡ | Do not check signatures when the petition signer's date signed is after the date of notarization.  Check signatures of petition signers with a date signed before the date of notarization. |

## 10.6.2 Exhibit B: Review of Referendum Petition Pages Checklist (Front)

## Review of Referendum Petition Pages

| Referendum: | Petition Page Number |
|---|---|

| STEP 1: Determination of material omissions | |
|---|---|

**Petition Page**

| Item | Action |
|---|---|
| Petition is on a double-sided two-paged document. | ➡ If not, deny the petition page and all signatures thereon. 1 VAC 20-60-20. |
| The petition must have the "question" or "referendum issue" as set forth by law on the front of the petition. | ➡ If not, deny the petition page and all signatures thereon. 1 VAC 20-60-20. |

**Front Affidavit & Circulator**

| Item | Action |
|---|---|
| Affidavit is signed by the circulator in the presence of a notary, AND the circulator has provided his current address. | ➡ If not, signatures on petition page are denied. GREB Handbook § 10.2.5.5; 1 VAC 20-60-20. |
| Circulator has signed the petition affidavit, thus, affirming that s/he is a legal resident of the United States of America, not a minor and not a felony without voting rights restoration. | ➡ If not, deny the petition page and all signatures thereon. 1 VAC 20-60-20. |

**Back Affidavit & Circulator**

| Item | Action |
|---|---|
| Affidavit is signed by the circulator in the presence of a notary, AND the circulator has provided his current address. | ➡ If not, deny the petition page and all signatures thereon. 1 VAC 20-60-20. |
| Circulator has signed the petition affidavit, thus, affirming that s/he is a legal resident of the United States of America, not a minor and not a felony without voting rights restoration. | ➡ If not, deny the petition page and all signatures thereon. 1 VAC 20-60-20. |
| The notary has not affixed a photographic, non-reproducible seal. | ➡ If not, deny the petition page and all signatures thereon. 1 VAC 20-60-20. |
| The notary has not included his registration number and commission expiration date. | ➡ If not, deny the petition page and all signatures thereon. 1 VAC 20-60-20. |
| Affidavit is complete. | ➡ If the affidavit is complete and notarized, continue to follow the procedures set. If the affidavit is not signed by the circulator but it has been notarized, then do NOT process the petition as set forth in GREB Handbook § 10.2.5.5. See the GREB Manual for further guidance. See also 1 VAC 20-60-20. |
| The date the affidavit was notarized is before any of the dates provided by the petition signers. | ➡ Deny the petition page and all signatures thereon. |

| STEP 2: Process signatures on petition page | |
|---|---|

**Verification of Signatures**

| Item | Action |
|---|---|
| Process signatures on acceptable petition pages. | ➡ Process according to GREB Handbook § 10.2.5.7. Only signatures with a code of "R" count toward required number of signatures. |
| A person signs and provides an address that matches an address of an active or inactive voter in the VERIS, or a person signs and provides an address that is within the same precinct where an active or inactive voter is currently registered in VERIS and the signer can be reasonably identified as the same registered voter (e.g. provided last four or full social security number). | ➡ Mark "R" on the petition page. 1 VAC 20-60-20 |
| A person signs, provides an address and provides their last four of full social security number and the address provided is outside of the voter's current precinct in VERIS. | ➡ Mark "RNR" on the petition page. 1 VAC 20-60-20 |
| Circulator has signed, as a petitioner on the petition line that is not valid. | ➡ If so, deny only the signature of the circulator. 1 VAC 20-60-20 |
| A person signs with a different last name but the address and social security number provided match a voter's record in VERIS. | ➡ Accept as a registered voter. If social security number is not provided, mark the signature as "C". |
| A person signs using their last or first name and last name with address match to a voter's record in VERIS. Accept as long as identity match record e.g. A. Cabe or A. L. Cabe or L. Harry Cabe. | ➡ Mark "R" on the petition page |
| A person signs using their middle name and last name with address match to a voter's record in VERIS e.g. same Thomas B. Blossom versus Thomas. | ➡ Mark "R" on the petition page |
| A person enters his/her own marks or marks on the space of the address. | ➡ If the address is valid and is the same within precinct does not match to a voter's address in VERIS or the signature line or address provided is not within precinct signature line is not valid mark "RR 2" mark signature for within current precinct petition lines. |
| A person signs their name on the "Print" line and provides their name on the "Sign" line. Valid and address provided matches voter record in VERIS. | ➡ Mark "R" on the petition page. 1 VAC 20-60-20 |

## 10.6.2 Exhibit B: Review of Referendum Petition Pages Checklist (Back)

| | Item | | Action |
|---|---|---|---|
| | A petition signer fails to provide the date but a period of time that qualifies can affirmatively be established with previous and subsequent dates provided by other signers upon the page. | ➡ | Do not check signatures when the date signed cannot be established to be within the permitted time period for the petition. Review signatures that appear to have been signed within the permitted time period for the petition. |
| N.A. | Refer to any other guidance provided by SBE to determine validity of petition signatures | | N.A. |

### STEP 3: Determination of nonmaterial omissions

#### Petition Page

| | Item | | Action |
|---|---|---|---|
| | Older version of the petition page is used. | ➡ | This is immaterial provided that the information presented complies with current laws, regulations, and guidelines. 1 VAC 20-60-22. |
| | The "election information" including: (i) county, city, or town in which the election will be held; (ii) election type; and (iii) date of election are omitted. | ➡ | This is immaterial. 1 VAC 20-60-22. |

#### Affidavit & Circulator

| | Item | | Action |
|---|---|---|---|
| | The circulator has not provided his/her driver's license number and/or state of issuance for the driver's license in the affidavit. | ➡ | This is immaterial. |
| | The circulator has not indicated the county, city, or town of his voter registration or voter eligibility in the affidavit. | ➡ | This is immaterial. 1 VAC 20-60-23 |
| | The circulator has not provided the last four digits of his social security number in the affidavit. | ➡ | This is immaterial. 1 VAC 20-60-23 |
| | The date the affidavit was notarized is before some of the dates provided by the petition signers but after some dates provided by petition signers. | ➡ | Do not check signatures when the petition signer's date signed is after the date of notarization. Check signatures of petition signers with a date signed before the date of notarization. |