```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683034345
Cashier ID: lgarrett
Transaction Date: 09/07/2016
Payer Name: THOMPSONMCMULLAN, PC
------------------------------------
CIVIL FILING FEE
 For: THOMPSONMCMULLAN, PC
 Amount:         $400.00
------------------------------------
CHECK
 Check/Money Order Num: 27961
 Amt Tendered:   $400.00
------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

CIVIL FILING FEE
3:16CV740
```