UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

REBECCA BEACH SMITH  
CHIEF JUDGE

September 8, 2016

Joseph D. Morrissey, Esquire
MORRISSEY & GOLDMAN, LLC
605 East Nine Mile Road
Highland Springs, Virginia 23075
T:	804.737.1626
F:	804.737.1671

  **Re:** *Alan Schintzius et al v. J. Kirk Showalter et al.*
     **Civil Action No.: 3:16-cv-00740-JAG**

Dear Mr. Morrissey:

  This office is in receipt of the above-styled matter which was removed to this Court. The new civil case number is listed above.

  Our records indicate that you are not permitted to practice before the U.S. District Court for the Eastern District of Virginia. Enclosed is a copy of our Local Rule 83.1 which indicates that local counsel must be obtained in our court. If you have any further questions, please contact this office at (804) 916-2220.

            Sincerely,
            FERNANDO GALINDO, CLERK

            By:   /s/
              N. B., Deputy Clerk

enclosure

cc: case file